**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------------------x

MARKUS BLECHNER, Individually and on    :    Civil Action No. 04-331 (JJF)
Behalf of All Others Similarly Situated,    :

                                    :

               Plaintiff,          :

                                    :

     v.                          :

                                    :

DAIMLER-BENZ AG, DAIMLERCHRYSLER  :
AG, JÜRGEN SCHREMPP, ECKHARD    :
CORDES, MANFRED GENTZ, JÜRGEN    :
HUBBERT, MANFRED BISCHOFF, KURT  :
LAUK, KLAUS MANGOLD, HEINER     :
TROPITZSCH, KLAUS-DIETER        :
VOHRINGER, DIETER ZETSCHE and    :
THOMAS SONNENBERG,          :

                                    :

              Defendants.      :

--------------------------------------------------------------------x

**MOTION OF DAIMLERCHRYSLER AG AND
DAIMLER-BENZ AG TO DISMISS THE COMPLAINT**

Defendants DaimlerChrysler AG and Daimler-Benz AG hereby move for

dismissal of the Complaint in its entirety and with prejudice. The reasons for this motion are

set forth in the accompanying memorandum.

By: _____
Thomas J. Allingham II (#0476)
Robert S. Saunders (#3027)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

OF COUNSEL:
Jonathan J. Lerner
Lea Haber Kuck
Joseph N. Sacca
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants DaimlerChrysler
AG and Daimler-Benz AG

Dated: March 1, 2005