IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
| | |
|---|---|
| MARKUS BLECHNER, Individually and on Behalf of All Others Similarly Situated, | : Civil Action No. 04-331 (JJF) |
| Plaintiff, | : |
| v. | : |
| DAIMLER-BENZ AG, DAIMLERCHRYSLER AG, JÜRGEN SCHREMPP, ECKHARD CORDES, MANFRED GENTZ, JÜRGEN HUBBERT, MANFRED BISCHOFF, KURT LAUK, KLAUS MANGOLD, HEINER TROPITZSCH, KLAUS-DIETER VOHRINGER, DIETER ZETSCHE and THOMAS SONNENBERG, | : |
| Defendants. | : |
----------------------------------------------------------------x

## ORDER

The motion by Defendants DaimlerChrysler AG and Daimler-Benz AG for dismissal of the Complaint in its entirety and with prejudice is hereby GRANTED.

It is SO ORDERED.

_____
Judge Joseph J. Farnan, Jr.

DATED: _____