**CERTIFICATE OF SERVICE**

I, Michael A. Barlow, hereby certify that on March 1, 2005, I electronically filed the Opening Brief of DaimlerChrysler AG and Daimler-Benz AG in Support of Their Motion to Dismiss the Complaint with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Gary F. Traynor, Esquire
>Prickett, Jones & Elliott
>1310 King Street
>P.O. Box 1328
>Wilmington, Delaware 19899

I hereby certify that on March 1, 2005, I have served, by hand, the above-referenced document upon the following non-registered participants:

>Seth D. Rigrodsky, Esquire
>Milberg Weiss Bershad & Schulman LLP
>919 N. Market Street
>Suite 411
>Wilmington, Delaware 19801

>/s/ Michael A. Barlow
>Michael A. Barlow (ID No. 3928)
>SKADDEN, ARPS, SLATE, MEAGHER
>  & FLOM LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, Delaware 19899
>(302) 651-3000
>mbarlow@skadden.com

406621.01-Wilmington S1A