## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on March 1, 2005, I electronically filed the Compendium of Unreported Authorities Cited in the Opening Brief of DaimlerChrysler AG and Daimler-Benz AG in Support of Their Motion to Dismiss the Complaint with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Gary F. Traynor, Esquire
> Prickett, Jones & Elliott
> 1310 King Street
> P.O. Box 1328
> Wilmington, Delaware 19899

I hereby certify that on March 1, 2005, I have served, by hand, the above-referenced document upon the following non-registered participants:

> Seth D. Rigrodsky, Esquire
> Milberg Weiss Bershad & Schulman LLP
> 919 N. Market Street
> Suite 411
> Wilmington, Delaware 19801

> /s/ Michael A. Barlow
> Michael A. Barlow (ID No. 3928)
> SKADDEN, ARPS, SLATE, MEAGHER
> & FLOM LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware 19899
> (302) 651-3000
> mbarlow@skadden.com

406622.01-Wilmington S1A