## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x

MARKUS BLECHNER, Individually and on     :     Civil Action No. 04-331 (JJF)
Behalf of All Others Similarly Situated,     :

    :

       Plaintiff,     :

    :

     v.     :

    :

DAIMLER-BENZ AG, DAIMLERCHRYSLER     :
AG, JÜRGEN SCHREMPP, ECKHARD     :
CORDES, MANFRED GENTZ, JÜRGEN     :
HUBBERT, MANFRED BISCHOFF, KURT     :
LAUK, KLAUS MANGOLD, HEINER     :
TROPITZSCH, KLAUS-DIETER     :
VOHRINGER, DIETER ZETSCHE and     :
THOMAS SONNENBERG,     :

    :

       Defendants.     :

-------------------------------------------------------------------x

## DECLARATION OF THOMAS J. ALLINGHAM II IN
## SUPPORT OF MOTION BY DAIMLERCHRYSLER AG
## AND DAIMLER-BENZ AG TO DISMISS THE COMPLAINT

I, Thomas J. Allingham II, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a member of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendants DaimlerChrysler AG and Daimler-Benz AG in the above-captioned matter.

2.     I submit this declaration in support of the Motion by DaimlerChrysler AG and Daimler-Benz AG to Dismiss the Complaint, and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

Exhibit A:     Verkaufsprospekt of DaimlerChrysler AG, dated November 13, 1998

Exhibit B:     Excerpts from DaimlerChrysler 1998 Annual Report

Exhibit C:     Excerpts from DaimlerChrysler 2000 Annual Report

Exhibit D:    Excerpts from Prospectus of DaimlerChrysler AG, dated August 6, 1998

Exhibit E:    Closing prices of DaimlerChrysler AG stock traded on the Frankfurt Stock Exchange, October 30, 2000 through November 2, 2000

I declare under penalty of perjury that the foregoing is true and correct.

Executed: March 1, 2005

_____
Thomas J. Allingham II (#0476)

2

# EXHIBIT A

# DAIMLERCHRYSLER

## DaimlerChrysler AG
Stuttgart

## Verkaufsprospekt

vom 13. November 1998

für

### Stück 566.602.180 auf den Namen lautende Aktien ohne Nennbetrag (Stückaktien)

aus der am 17. September 1998 beschlossenen Kapitalerhöhung
gegen Sacheinlagen (Daimler-Benz-Sachkapitalerhöhung)

### Stück 424.648.523 auf den Namen lautende Aktien ohne Nennbetrag (Stückaktien)

aus der am 17. September 1998 beschlossenen Kapitalerhöhung
gegen Sacheinlagen (Chrysler-Sachkapitalerhöhung)

sowie

### bis zu
### Stück 144.000.000 auf den Namen lautende Aktien ohne Nennbetrag (Stückaktien)

aus der am 17. September 1998 beschlossenen Kapitalerhöhung
(Daimler-Benz-Verschmelzung)

jeweils mit einem auf je eine Stückaktie entfallenden anteiligen Betrag des Grundkapitals von DM 5,-

jeweils mit Gewinnanteilberechtigung ab Beginn des am 31. Dezember 1998 endenden ersten Geschäftsjahres*)
– Wertpapier-Kenn-Nummer 710 000 –

und zugleich

---

*) Die Angaben zur Gewinnanteilberechtigung setzen voraus, daß die Daimler Benz Verschmelzung nicht erst nach der ordentlichen Hauptversammlung der Daimler Benz Aktiengesellschaft im Jahr 1999 in das für DaimlerChrysler AG zuständige Handelsregister eingetragen wird.

# Prospekt

für die Zulassung zum Börsenhandel mit amtlicher Notierung

der

## Stück 566.602.180 auf den Namen lautenden Aktien ohne Nennbetrag (Stückaktien)

aus der am 17. September 1998 beschlossenen Kapitalerhöhung gegen Sacheinlagen (Daimler-Benz-Sachkapitalerhöhung)
jeweils mit Gewinnanteilberechtigung ab Beginn des am 31. Dezember 1998 endenden ersten Geschäftsjahres

## Stück 424.648.523 auf den Namen lautenden Aktien ohne Nennbetrag (Stückaktien)

aus der am 17. September 1998 beschlossenen Kapitalerhöhung gegen Sacheinlagen (Chrysler-Sachkapitalerhöhung)
jeweils mit Gewinnanteilberechtigung ab Beginn des am 31. Dezember 1998 endenden ersten Geschäftsjahres

## bis zu
## Stück 144.000.000 auf den Namen lautenden Aktien ohne Nennbetrag (Stückaktien)

aus der am 17. September 1998 beschlossenen Kapitalerhöhung (Daimler-Benz-Verschmelzung)
jeweils mit Gewinnanteilberechtigung ab Beginn des am 31. Dezember 1998 endenden ersten Geschäftsjahres*)
und der

## Stück 20.000 auf den Namen lautenden Aktien ohne Nennbetrag (Stückaktien)
(bisheriges Grundkapital)

jeweils mit Gewinnanteilberechtigung ab Beginn des am 31. Dezember 1998 endenden ersten Geschäftsjahres
– Wertpapier-Kenn-Nr. 710 000 –
sowie der

## bis zu
## Stück 17.100.000 auf den Namen lautenden Aktien ohne Nennbetrag (Stückaktien)

aus der am 12. November 1998 beschlossenen bedingten Kapitalerhöhung zur Durchführung der Daimler-Benz-Verschmelzung

jeweils mit Gewinnanteilberechtigung ab Beginn des Geschäftsjahres, in das der Ausübungstag fällt, soweit sie für Aktien der Daimler-Benz Aktiengesellschaft aus der 4⅛% DM-Optionsanleihe von 1996/2003 der Daimler-Benz Capital (Luxembourg) AG gewährt werden, und,

---

*) Die Angaben zur Gewinnanteilberechtigung setzen voraus, daß die Daimler-Benz-Verschmelzung nicht erst nach der ordentlichen Hauptversammlung der Daimler-Benz Aktiengesellschaft im Jahr 1999 in das für DaimlerChrysler AG zuständige Handelsregister eingetragen wird.

soweit sie für Aktien der Daimer-Benz Aktiengesellschaft aus der 5¾% DM-Wandelanleihe von 1997/2002 der Daimler-Benz Aktiengesellschaft gewährt werden, jeweils mit Gewinnanteilberechtigung ab Beginn des Geschäftsjahres, in dem diese Aktien der Daimler-Benz Aktiengesellschaft ausgegeben worden sind oder ausgegeben werden.,*)
und der

## bis zu
# Stück 15.660.000 auf den Namen lautenden Aktien ohne Nennbetrag (Stückaktien)

aus der am 12. November 1998 beschlossenen bedingten Kapitalerhöhung zur Durchführung der Daimler-Benz-Verschmelzung

jeweils mit Gewinnanteilberechtigung ab Beginn des Geschäftsjahres, in dem die Wandlung in Aktien der Daimler-Benz Aktiengesellschaft aus der 5,9% DM-Wandelanleihe von 1996/2006 der Daimler-Benz Aktiengesellschaft, aus der 5,3% DM-Wandelanleihe von 1997/2007der Daimler-Benz Aktiengesellschaft bzw. aus der 4,4% DM-Wandelanleihe von 1998/2008 der Daimler-Benz Aktiengesellschaft, für die die Aktien der DaimerChrysler AG gewährt werden, wirksam geworden ist oder wirksam wird,*)

jeweils mit einem auf je eine Stückaktie entfallenden anteiligen Betrag des Grundkapitals von DM 5,-

**an den Wertpapierbörsen zu Stuttgart, Berlin, Bremen, Düsseldorf, Frankfurt am Main, Hamburg, Hannover und München**

---

*) Die Angaben zur Gewinnanteilberechtigung setzen voraus, daß die Daimler-Benz-Verschmelzung nicht erst nach der ordentlichen Hauptversammlung der Daimler-Benz Aktiengesellschaft im Jahr 1999 in das für DaimlerChrysler AG zuständige Handelsregister eingetragen wird.

# Inhaltsverzeichnis

|  |  | Seite |
|---|---|---|
| I. | **Allgemeine Informationen** | 7 |
|  | Verantwortlichkeit für den Prospektinhalt | 7 |
|  | Einsichtnahme in Unterlagen | 7 |
|  | Gegenstand des Prospekts | 7 |
| II. | **Zusammenfassung des Prospekts** |  |
|  | Daimler-Benz Aktiengesellschaft | 9 |
|  | Chrysler Corporation | 9 |
|  | DaimlerChrysler AG | 10 |
|  | Kennzahlen im Überblick | 11 |
|  | Zusammenfassung des Umtauschangebotes | 13 |
|  | Verlängerung der Annahmefrist und Ergebnis des Umtauschangebotes | 13 |
|  |  | 14 |
| III. | **Umtauschangebot** | 15 |
|  | Verlängerung der Annahmefrist und Ergebnis des Umtauschangebotes | 17 |
|  | Börsenzulassung, Lieferung und Ausstattung der DaimlerChrysler-Aktien | 18 |
| IV. | **Anlageerwägungen** |  |
|  | Festgelegte Umtauschverhältnisse | 19 |
|  | Genehmigung zuständiger Behörden | 19 |
|  | Unsicherheiten im Hinblick auf den Integrationsprozeß und das Erreichen von Synergien | 19 |
|  | Marktrisiken | 19 |
|  | Spruchverfahren | 19 |
|  | Auswirkung einer Verzögerung der Daimler-Benz-Verschmelzung | 20 |
|  | Einbeziehung der DaimlerChrysler AG in den Standard & Poor's 500 Index | 20 |
|  | Jahr 2000 | 20 |
|  |  | 21 |
| V. | **Allgemeine Angaben über die Gesellschaft** |  |
|  | Gründung, Firma und Sitz | 22 |
|  | Gegenstand | 22 |
|  | Kapitalverhältnisse | 22 |
|  | Geschäftsjahr, Bekanntmachungen, Zahl- und Anmeldestellen | 22 |
|  | Abschlußprüfer | 28 |
|  | Investitionen | 28 |
|  | Grundbesitz | 29 |
|  | Patente und Lizenzen | 29 |
|  | Gerichts- oder Schiedsverfahren | 29 |
|  |  | 29 |
| VI. | **Aktionäre, Mitarbeiterbeteiligungen, Vergütungsstruktur für Vorstand und Mitarbeiter der DaimlerChrysler AG, Mitteilungs- und Veröffentlichungspflichten** |  |
|  | Aktionäre der DaimlerChrysler AG | 31 |
|  | Aktionäre der Daimler-Benz AG | 31 |
|  | Aktionäre der Chrysler Corporation | 31 |
|  | Mitarbeiterbeteiligungen | 31 |
|  | Vergütungsstruktur für Vorstand und Mitarbeiter der DaimlerChrysler AG | 32 |
|  | Mitteilungs- und Veröffentlichungspflichten | 33 |

**VII. Organe der Gesellschaft** ........ Seite

Allgemeines .... 34
Aufsichtsrat .... 34
Vorstand .... 34
Beabsichtigte Verwaltung (Corporate Governance) der DaimlerChrysler AG .... 35
Hauptversammlung .... 35
.... 36

**VIII. Gewinnverwendung und Dividendenpolitik**

Gewinnverwendung .... 37
Dividendenpolitik .... 37
.... 37

**IX. Zusammenschluß der Daimler-Benz AG und der Chrysler Corporation**

Einleitung .... 38
An dem Zusammenschluß beteiligte Gesellschaften .... 38
- Daimler-Benz Aktiengesellschaft .... 44
- Chrysler Corporation .... 44
Konzept für den Zusammenschluß und wesentlicher Inhalt des Business Combination Agreement .... 48
- Gewähltes Konzept für den Zusammenschluß .... 51
- Ermittlung der Umtauschverhältnisse .... 51
- Business Combination Agreement .... 51
Wirtschaftliche Begründung und Erläuterung des Zusammenschlusses .... 52
- Ausgangslage/Strukturelle Veränderungen in der internationalen Automobilindustrie .... 55
- Ausgangslage/Strategische Herausforderung für Daimler-Benz .... 55
- Strategie, Ziele und strategische Optionen für Daimler-Benz .... 56
- Unternehmerische Ausrichtung und Ziele der DaimlerChrysler AG .... 57
- Möglichkeiten der Ergebnisverbesserung und Risiken/Vorteile für die Aktionäre .... 58
- Führungsphilosophie .... 59
- Kosten des Zusammenschlusses .... 60
Bilanzielle und steuerliche Auswirkungen des Zusammenschlusses .... 61
- Bilanzielle Folgen .... 61
- Steuerliche Folgen .... 61
Verschmelzungsvertrag .... 70
.... 76

**X. Besteuerung in Deutschland**

Steuerliche Folgen der Unternehmenszusammenführung .... 80
Zusammenfassung grundlegender deutscher Besteuerungsgrundsätze .... 80
.... 80

| | | Seite |
|---|---|---|
| XI. | **Finanzteil** | |
| | Daimler-Benz AG | 84 |
| | – Konzernabschluß zum 31. Dezember 1997 | 85 |
| | – Wesentliche Unterschiede zwischen deutscher und US-Rechnungslegung | 85 |
| | – Kennzahlen wichtiger Beteiligungsgesellschaften | 122 |
| | – Zehn-Jahres-Übersicht | 123 |
| | – Geschäftsentwicklung Januar – September 1998 und Ausblick | 125 |
| | Chrysler Corporation | 127 |
| | – Konzernabschluß zum 31. Dezember 1997 | 134 |
| | – Zehn-Jahres-Übersicht | 134 |
| | – Beteiligungsgesellschaften | 172 |
| | – Geschäftsentwicklung Januar – September 1998 und Ausblick | 173 |
| | DaimlerChrysler | 178 |
| | – Ungeprüfte zusammengefaßte konsolidierte Pro-Forma-Abschlußdaten | 189 |
| | | 189 |
| XII. | **Geschäftsgang und Aussichten** | |
| | | 200 |

# I. Allgemeine Informationen

### Verantwortlichkeit für den Prospektinhalt

Die DaimlerChrysler AG, Stuttgart (nachstehend „Daimler-Chrysler" oder „Gesellschaft" genannt), die Daimler-Benz Aktiengesellschaft („Daimler-Benz"), die Chrysler Corporation („Chrysler") und die Deutsche Bank Aktiengesellschaft übernehmen gemäß § 13 Wertpapier-Verkaufsprospektgesetz in Verbindung mit § 45 Börsengesetz die Verantwortung für den Inhalt des Verkaufsprospekts/Börsenzulassungsprospekts (nachstehend „Prospekt" genannt) und erklären, daß ihres Wissens die Angaben im Prospekt richtig und keine wesentlichen Umstände ausgelassen worden sind.

### Einsichtnahme in Unterlagen

Geschäftsberichte und Zwischenberichte der Daimler-Benz Aktiengesellschaft und der Chrysler Corporation sowie die in diesem Prospekt genannten Unterlagen, die die Gesellschaft betreffen, sowie die, aus denen sich die Einzelheiten des Unternehmenszusammenschlusses und der Verschmelzung ergeben, sind in den Geschäftsräumen der Gesellschaft, Epplestraße 225, 70567 Stuttgart, und bei der Deutsche Bank AG, Taunusanlage 12, 60325 Frankfurt am Main, erhältlich bzw. einzusehen.

### Gegenstand des Prospekts

Gegenstand des Prospekts als Verkaufsprospekt sind die

**Stück 566.602.180 auf den Namen lautenden Aktien ohne Nennbetrag (Stückaktien)**

aus der am 17. September 1998 beschlossenen Kapitalerhöhung gegen Sacheinlagen (Daimler-Benz-Sachkapitalerhöhung)

**Stück 424.648.523 auf den Namen lautenden Aktien ohne Nennbetrag (Stückaktien)**

aus der am 17. September 1998 beschlossenen Kapitalerhöhung gegen Sacheinlagen (Chrysler-Sachkapitalerhöhung)

sowie die

**bis zu
Stück 144.000.000 auf den Namen lautenden Aktien ohne Nennbetrag (Stückaktien)**

aus der am 17. September 1998 beschlossenen Kapitalerhöhung (Daimler-Benz-Verschmelzung)

jeweils mit einem auf eine Stückaktie entfallenden anteiligen Betrag des Grundkapitals von DM 5,–

jeweils mit Gewinnanteilberechtigung ab Beginn des am 31. Dezember 1998 endenden ersten Geschäftsjahres.*)

Gegenstand des Prospekts als Börsenzulassungsprospekt sind die

**Stück 566.602.180 auf den Namen lautenden Aktien ohne Nennbetrag
(Stückaktien)**

aus der am 17. September 1998 beschlossenen Kapitalerhöhung gegen Sacheinlagen (Daimler-Benz-Sachkapitalerhöhung)

jeweils mit Gewinnanteilberechtigung ab Beginn des am 31. Dezember 1998 endenden ersten Geschäftsjahres

**Stück 424.648.523 auf den Namen lautenden Aktien ohne Nennbetrag
(Stückaktien)**

aus der am 17. September 1998 beschlossenen Kapitalerhöhung gegen Sacheinlagen (Chrysler-Sachkapitalerhöhung)

jeweils mit Gewinnanteilberechtigung ab Beginn des am 31. Dezember 1998 endenden ersten Geschäftsjahres

**bis zu
Stück 144.000.000 auf den Namen lautenden Aktien ohne Nennbetrag
(Stückaktien)**

aus der am 17. September 1998 beschlossenen Kapitalerhöhung (Daimler-Benz-Verschmelzung)

jeweils mit Gewinnanteilberechtigung ab Beginn des am 31. Dezember 1998 endenden ersten Geschäftsjahres*)

und die

**Stück 20.000 auf den Namen lautenden Aktien ohne Nennbetrag
(Stückaktien)**

(bisheriges Grundkapital)

jeweils mit Gewinnanteilberechtigung ab Beginn des am 31. Dezember 1998 endenden ersten Geschäftsjahres

sowie die

**bis zu
Stück 17.100.000 auf den Namen lautenden Aktien ohne Nennbetrag
(Stückaktien)**

aus der am 12. November 1998 beschlossenen bedingten Kapitalerhöhung zur Durchführung der Daimler-Benz-Verschmelzung

---

*) Die Angaben zur Gewinnanteilberechtigung setzen voraus, daß die Daimler-Benz-Verschmelzung nicht erst nach der ordentlichen Hauptversammlung der Daimler-Benz Aktiengesellschaft im Jahr 1999 in das für DaimlerChrysler AG zuständige Handelsregister eingetragen wird.

jeweils mit Gewinnanteilberechtigung ab Beginn des Ge-
schäftsjahres, in das der Ausübungstag fällt, soweit sie für
Aktien der Daimler-Benz Aktiengesellschaft aus der 4⅛
DM-Optionsanleihe von 1996/2003 der Daimler Benz Capi-
tal (Luxembourg) AG gewährt werden, und,

soweit sie für Aktien der Daimer-Benz Aktiengesellschaft
aus der 5¾% DM-Wandelanleihe von 1997/2002 der Daim-
ler-Benz Aktiengesellschaft gewährt werden, jeweils mit Ge-
winnanteilberechtigung ab Beginn des Geschäftsjahres, in
dem diese Aktien der Daimler-Benz Aktiengesellschaft aus-
gegeben worden sind oder ausgegeben werden,*)
und

**bis zu**

**Stück 15.660.000 auf den Namen lautenden Aktien
ohne Nennbetrag
(Stückaktien)**

aus der am 12. November 1998 beschlossenen bedingten
Kapitalerhöhung zur Durchführung der Daimler-Benz-
Verschmelzung

jeweils mit Gewinnanteilberechtigung ab Beginn des Ge-
schäftsjahres, in dem die Wandlung in Aktien der Daimler-
Benz Aktiengesellschaft aus der 5,9% DM-Wandelanleihe
von 1996/2006 der Daimler-Benz Aktiengesellschaft, aus
der 5,3% DM-Wandelanleihe von 1997/2007 der Daimler-
Benz Aktiengesellschaft bzw. aus der 4,4% DM-Wandel-
anleihe von 1998/2008 der Daimler-Benz Aktiengesell-
schaft, für die die Aktien der DaimlerChrysler AG gewährt
werden, wirksam geworden ist oder wirksam wird.*)

jeweils mit einem auf je eine Stückaktie entfallenden an-
teiligen Betrag des Grundkapitals von DM 5,–

---

*) Die Angaben zur Gewinnanteilberechtigung setzen voraus, daß die
Daimler-Benz-Verschmelzung nicht erst nach der ordentlichen Haupt-
versammlung der Daimler-Benz Aktiengesellschaft im Jahr 1999 in das
für DaimlerChrysler AG zuständige Handelsregister eingetragen wird.

## II. Zusammenfassung des Prospekts

Die folgende Zusammenfassung wird durch die an anderer Stelle des Prospekts enthaltenen detaillierten Informationen sowie durch die Konzernabschlüsse der Daimler-Benz Aktiengesellschaft und Chrysler Corporation, jeweils zum 31. Dezember 1997, und die ungeprüften zusammengefaßten Pro-Forma-Abschlußdaten der DaimlerChrysler AG ergänzt.

### Daimler-Benz Aktiengesellschaft

Die Daimler-Benz AG blickt auf eine mehr als hundertjährige Geschichte zurück. Gottlieb Daimler und Carl Benz, die dem Unternehmen seinen Namen gaben, waren Pioniere und Wegbereiter des Automobilbaus. Unabhängig voneinander brachten beide im Jahr 1886 die ersten Automobile in den Verkehr und leiteten damit das Zeitalter der Motorisierung ein.

Die Daimler-Motoren Gesellschaft AG, Cannstatt, wurde 1890 gegründet. Bereits im Jahre 1889 entstand die andere Vorgängergesellschaft der Daimler-Benz AG, die Benz & Cie. Rheinische Automobil- und Motorenfabrik in Mannheim, welche zehn Jahre später in eine Aktiengesellschaft umgewandelt wurde. Die beiden Unternehmen fusionierten am 29. Juni 1926 zur Daimler-Benz AG.

Unterbrochen durch die Rüstungswirtschaft und die Zerstörung der Produktionswerke im Zweiten Weltkrieg, galten in der Nachkriegszeit besondere Anstrengungen der Wiederaufnahme der Produktion von Personenfahrzeugen und Nutzfahrzeugen und der Rückkehr auf den Weltmarkt. Schon im Jahre 1953 war Daimler-Benz in 79 Ländern vertreten. Der Umsatz erreichte 1954 DM 1 Mrd. Im Jahre 1959 rückten die USA an die erste Stelle unter den Exportmärkten.

Im Laufe der sechziger Jahre wurde bei Personenwagen der Grundstein für die international führende Position des Unternehmens im Bereich qualitativ und technisch hochwertiger Fahrzeuge gelegt. Dieser Spezialisierung im Personenwagenbereich stand schon damals ein breites Produktprogramm im Nutzfahrzeugbereich gegenüber. Die siebziger Jahre waren durch weiteres Wachstum gekennzeichnet, verbunden mit dem Ausbau der internationalen Position im Premiumsegment des Automobilgeschäfts. Dieses Wachstum wurde im wesentlichen aus eigener Kraft erreicht. Ende der 70er Jahre wurden weltweit bereits über 420.000 Personenwagen und über 250.000 Nutzfahrzeuge produziert. Die internationale Position wurde weiter durch den Zukauf von Unternehmen, insbesondere der Freightliner Corporation („Freightliner") in den USA, gestärkt.

Mitte der 80er Jahre begann die Daimler-Benz AG, ihre Aktivitäten durch Unternehmensakquisitionen in den Bereichen Luftfahrt, Raumfahrt und Elektrotechnik/Elektronik auszuweiten.

Als Folge der laufenden Überprüfung des Geschäftsportfolios hat sich Daimler-Benz seit Anfang der neunziger Jahre schrittweise aus Bereichen zurückgezogen, die nicht Teil der übergeordneten Konzernstrategie waren. Gleichzeitig wurde die Position in den Kerngeschäften durch die Entwicklung neuer Produkte (z.B. Mercedes-Benz-Personenwagen der A-Klasse, M-Klasse, V-Klasse), Joint Ventures/Akquisitionen (z.B. im Bereich AEG Bahnsysteme) und Kooperationen (z.B. bei Hubschraubern und in der Raumfahrt) teilweise wesentlich ausgebaut.

Im Oktober 1997 wurden mit den drei Partnern im Airbus-Konsortium, Aérospatiale SNI, British Aerospace plc. und Construcciones Aeronauticas S.A., weitere Schritte vereinbart, um das Airbus-Konsortium in eine voll integrierte europäische Kapitalgesellschaft umzuwandeln. Gleichzeitig wurde das Geschäftsfeld Verteidigung und Zivile Systeme durch den Erwerb der Siemens-Sicherungstechnik im Jahre 1998 und die Partnerschaft mit der französisch-britischen Matra-BAe Dynamics S.A.S. im Lenkflugkörperbereich gestärkt.

Derzeit gliedert sich der Konzern in die folgenden Geschäftsfelder:

- Personenwagen
- Nutzfahrzeuge
- Luft- und Raumfahrt
- Dienstleistungen
- Direkt geführte industrielle Beteiligungen.

Soweit die Geschäftsfelder nicht in rechtlich unselbständigen Betriebsteilen, sondern in Tochtergesellschaften der Daimler-Benz AG geführt werden, sind sie größtenteils mit dieser durch Beherrschungs- und Gewinnabführungsverträge verbunden.

Die folgende Tabelle zeigt den Umsatz des Daimler-Benz-Konzerns (konsolidiert) und seiner Geschäftsfelder (unkonsolidiert aus der Sicht des jeweiligen Geschäftsfeldes) in den Jahren 1997 und 1996:

| | Umsatz Mrd. DM | |
|---|---|---|
| | 1997 | 1996 |
| Daimler-Benz-Konzern | 124,1 | 106,3 |
| Personenwagen | 53,9 | 46,7 |
| Nutzfahrzeuge | 39,1 | 32,2 |
| Luft- und Raumfahrt | 15,3 | 13,1 |
| Dienstleistungen | 15,5 | 13,1 |
| Direkt geführte industrielle Beteiligungen | 7,6 | 8,0 |

Im Jahr 1997 stieg der Umsatz des Daimler-Benz-Konzerns vergleichbar gerechnet, d.h. unter Berücksichtigung der im Konsolidierungskreis eingetretenen Veränderungen, um 19% auf DM 124,1 Mrd. Zum Wachstum haben alle Geschäftsfelder beigetragen – Personenwagen (+ 16%), Nutzfahrzeuge (+ 22%), Luft- und Raumfahrt (vergleichbar gerechnet + 20%), Dienstleistungen (vergleichbar gerechnet + 22%) und direkt geführte industrielle Beteiligungen (vergleichbar gerechnet + 17%). In regionaler Hinsicht erhöhte sich das Geschäftsvolumen insbesondere in den USA und den Ländern der Europäischen Union („EU"). Nach Abzug der konzerninternen Lieferungen steuerten die Personenfahrzeuge im Jahr 1997 41%, die Nutzfahrzeuge 30%, die Luft- und Raumfahrt 12%, Dienstleistungen 11% und die direkt geführten industriellen Beteiligungen 6% zum Konzernumsatz bei.

Daimler-Benz konnte im Jahr 1997 den Operating Profit, die Kennzahl für die Ertragskraft der betrieblichen Tätigkeit, auf DM 4,3 (1996: 2,4) Mrd. steigern. Das Ergebnis je Aktie stieg von DM 5,37 auf DM 15,59; bereinigt um steuerliche Sondereffekte betrug es DM 6,15.

| | Operating Profit [1] | |
|---|---|---|
| | 1997 in Mio. DM | 1996 in Mio. DM |
| Daimler-Benz-Konzern | 4.328 | 2.423 |
| Personenwagen | 3.132 | 3.090 |
| Nutzfahrzeuge | 481 | – 354 |
| Luft- und Raumfahrt | 432 | – 196 |
| Dienstleistungen | 457 | 288 |
| Direkt geführte industrielle Beteiligungen | – 129 | – 585 |

[1] Operating Profit Daimler-Benz-Konzern konsolidiert und für Geschäftsfelder unkonsolidiert aus Sicht des jeweiligen Geschäftsfelds.

### Chrysler Corporation

Die Chrysler Corporation entstand nach dem Recht des U.S. Bundesstaates Delaware am 4. März 1986 durch die Verschmelzung mehrerer Gesellschaften, darunter der Chrysler Motors Corporation. Chrysler Motors Corporation wurde im Jahr 1925 als Nachfolgerin der Maxwell Motor Car Company gegründet. Im gleichen Jahr wurde Walter Chrysler erster Vorsitzender des Board und Präsident.

Bereits 1929 war Chrysler Motors Corporation zu einem der „Big Three" der Automobilhersteller in den USA aufgestiegen.

Ende der 70er Jahre geriet das Unternehmen in eine Finanzkrise, die eine umfassende Sanierung notwendig machte. Nur durch eine Bundesbürgschaft und die Zugeständnisse seitens der durch die „United Automobile Workers" vertretenen Mitarbeiter sowie auch der Lieferanten, Gläubiger und Kreditgeber konnte der Geschäftsbetrieb von Chrysler aufrechterhalten werden. In dieser Zeit hat Chrysler die Rentabilitätsgrenze (break-even point) um 50% gesenkt und als erstes US-amerikanisches Automobilunternehmen benzinsparende Kleinwagen mit Frontantrieb im Markt eingeführt.

Im Jahr 1982 gewann Chrysler die einstige Ertragskraft zurück und zahlte bereits im August 1983 die durch die Bundesbürgschaft gesicherten Darlehen sieben Jahre vor Ablauf zurück.

Im November 1983 nahm Chrysler die Produktion von Minivans auf und schuf damit ein neues Marktsegment. Die Minivans wurden die bestverkauften Fahrzeuge von Chrysler. 1987 erwarb Chrysler die American Motors Corporation („AMC"), das bis dahin viertgrößte US-Automobilunternehmen. Der Erwerb schloß die weltberühmte Marke „Jeep"® mit ein.

Im Sommer 1989 startete Chrysler ein massives Kostensenkungsprogramm in Höhe von US$ 1 Mrd. und konzentrierte den Einsatz der Ressourcen auf das Automobilgeschäft. Gleichzeitig wurde bei Chrysler ein neues System für die Entwicklung und Herstellung von Personenwagen und Nutzfahrzeugen eingeführt: Es wurden sog. „Platform-Teams" gebildet, in denen verschiedene Abteilungen – wie z.B. Design, Konstruktion, Einkauf, Produktion und Vertrieb – an einer einzelnen Fahrzeugbaureihe über den gesamten Lebenszyklus hinweg zusammenarbeiten. Jedes Team trägt dabei eigene unternehmerische Verantwortung. Diese Methode senkt die Entwicklungszeiten und -kosten und führt zu einer weiteren Verbesserung der Produktqualität.

Im Jahr 1991 begann Chrysler, die technologischen Aktivitäten im neuen Chrysler Technology Center zu zentralisieren. Dadurch wurde es Chrysler möglich, Produkte unter einem Dach zu entwerfen, zu konstruieren und zu testen sowie Marketingpläne zu entwickeln. Dies hat dazu beigetragen, daß Chrysler in der nordamerikanischen Automobilindustrie zum Hersteller mit dem höchsten Gewinn pro Fahrzeug wurde.

Chrysler ist in zwei Sparten tätig: Im Automobilgeschäft und den Finanzdienstleistungen.

Im Automobilgeschäft entwickelt, produziert und verkauft Chrysler Personenwagen und Nutzfahrzeuge unter den Markenbezeichnungen Chrysler, Dodge, Plymouth und Jeep® vorrangig in den Vereinigten Staaten, in Kanada und in Mexiko („Nordamerika"). Personenwagen werden in verschiedenen Größen und Ausführungen angeboten. Bei den Nutzfahrzeugen reicht die Angebotspalette von Pickups über Geländewagen und Freizeitautos bis hin zu Vans, die den größten Anteil des Nutzfahrzeugabsatzes ausmachen. Weiterhin vertreibt Chrysler Personenwagen, die in den USA von Mitsubishi Motor Manufacturing of America, einer Tochtergesellschaft der Mitsubishi Motors Corporation, hergestellt werden.

Chrysler setzt derzeit den größten Teil seiner Fahrzeuge in Nordamerika ab. In anderen Märkten, wie z.B. in Argentinien, Brasilien, Venezuela, Taiwan, Japan, Thailand, Korea, Ägypten, Österreich, Italien, Frankreich, Belgien, den Niederlanden und Deutschland ist Chrysler über 100%ige Tochtergesellschaften tätig. In Österreich ist Chrysler an einem Joint Venture beteiligt; darüber hinaus hält Chrysler Minderheitsbeteiligungen an Gesellschaften in China und Ägypten.

Die Finanzdienstleistungsaktivitäten von Chrysler sind bei der Chrysler Financial Company LLC, einer 100%igen Tochtergesellschaft, zusammengefaßt. Die CFC bietet Finanzierung und Leasing für Kunden und Händler an. Darüber hinaus umfaßt das Leistungsspektrum der CFC auch Vermö-gens- und Schadensversicherungen für Händler sowie die Erschließung und Verwaltung von Niederlassungen von Chrysler.

Die CFC ist der größte Anbieter von Finanzierungen für Chrysler-Fahrzeuge in Nordamerika. Das Kraftfahrzeugfinanzierungsgeschäft von CFC wird über 29 Gebietsbüros in den Vereinigten Staaten und Kanada (Chrysler Credit Canada Ltd.) geführt. Außerhalb Nordamerikas bietet CFC auch Kraftfahrzeugfinanzierungen und -dienstleistungen in Europa und Asien an.

1997 finanzierte oder verleaste CFC ca. 870.000 neue und gebrauchte Fahrzeuge für Chrysler-Kunden in den USA; davon entfielen 611.000 auf neue Chrysler-Personenwagen und Nutzfahrzeuge, das waren 27% der Chrysler-Fahrzeuglieferungen in den Vereinigten Staaten. In Kanada finanzierte oder verleaste CFC 1997 ca. 114.000 Fahrzeuge, davon waren 102.000 neue Chrysler-Personenwagen und Nutzfahrzeuge (40% der Fahrzeuglieferungen).

Auf dem Gebiet der Kraftfahrzeugversicherung bieten die Chrysler Insurance Company und ihre Tochtergesellschaften („Chrysler Insurance") spezielle Versicherungsleistungen für Fahrzeughändler und ihre Kunden in den Vereinigten Staaten und Kanada an. Die Leistungen umfassen Versicherungen für Sach- und Personenschäden, die direkt den Händlern angeboten werden.

Nachstehend sind die Umsatzerlöse und die wichtigsten Ertragskennzahlen für 1997 und 1996 wiedergegeben:

in Mio. US$*

|  | 1997 | 1996 |
|---|---|---|
| Umsatzerlöse | 61.147 | 61.397 |
| Automobilbereich | 58.656 | 59.006 |
| Finanzdienstleistungen | 2.491 | 2.391 |
| Ergebnis vor Ertragsteuern, außerordentlichen Erträgen und Effekten aus einer Änderung der Bilanzierungsgrundsätze | 4.557 | 6.092 |
| Nettoergebnis | 2.805 | 3.529 |
| Ergebnis pro Aktie (voll verwässert) | US$ 4,09 | US$ 4,74 |
| Dividende pro Aktie | US$ 1,60 | US$ 1,40 |

* Ausgenommen Beträge, die sich auf einzelne Aktien beziehen.

## DaimlerChrysler AG

Durch den Zusammenschluß gehört DaimlerChrysler zu den führenden, global tätigen Automobilunternehmen und

steht in der Umsatzrangfolge der Automobilindustrie auf Rang 3 (Chrysler bisher an 6./Daimler-Benz bisher an 4. Position). Gemessen am Absatz liegt DaimlerChrysler weltweit auf Rang 5 (Chrysler bisher an 6./Daimler-Benz bisher an 15. Position).

Durch den Zusammenschluß der beiden Unternehmen und durch die Bündelung der Ressourcen können neue Wertsteigerungspotentiale erschlossen werden. Sowohl die Produktsortimente als auch die regionalen Schwerpunkte von Daimler-Benz und Chrysler ergänzen sich, so daß die Wettbewerbsposition des neuen Unternehmens insgesamt erheblich stärker sein wird, als wenn jedes der Unternehmen unabhängig geblieben wäre. DaimlerChrysler wird zu den wenigen Unternehmen in der Automobilindustrie gehören, die in zwei Triademärkten (Europa, NAFTA) über eine außerordentlich starke Marktposition verfügen.

Mit der Marke Mercedes-Benz kann DaimlerChrysler seine Position im Premiumsegment weiter ausbauen. Mit den Marken von Chrysler und den DaimlerChrysler zur Verfügung stehenden Ressourcen können das Potential im Volumensegment in den bestehenden Märkten ausgeschöpft und zugleich vielversprechende Wachstumsmärkte erschlossen werden, ohne dabei Gefahr zu laufen, das Markenimage von Mercedes-Benz zu verwässern. Durch die größere Vielfalt von Marken verringert sich die Abhängigkeit vom bisherigen Marktsegment und damit auch das unternehmerische Risiko. Zugleich können mit den neuen Marken marktkonforme Produkte für die wachstumsträchtigen Märkte in das Produkt-Portfolio aufgenommen werden.

Darüber hinaus eröffnet der Zusammenschluß den Eintritt in und die Erschließung von neuen Märkten. Insbesondere der asiatische Raum, Lateinamerika und Osteuropa bieten hier mittel- und langfristig ein erhebliches Potential.

Die Geschäftsfelder Luft- und Raumfahrt, Dienstleistungen und direkt geführte industrielle Beteiligungen werden im Unternehmen DaimlerChrysler als eigenständige Geschäftsfelder bzw. Geschäftsbereiche weitergeführt.

In der Luft- und Raumfahrt soll die Wettbewerbsfähigkeit insbesondere durch die Bildung europäischer Strukturen weiter vorangetrieben werden. Ein wesentliches Ziel besteht darin, das Airbus-Konsortium in eine voll integrierte europäische Kapitalgesellschaft umzuwandeln. Die „Airbus Single Company" soll bis Mitte 1999 realisiert werden.

Darüber hinaus hat sich die Daimler-Benz Aerospace AG in Übereinstimmung mit den europäischen Partnern und unterstützt von den Regierungen Großbritanniens, Frankreichs und Deutschlands für die Schaffung einer European Aerospace and Defence Company (EADC) ausgesprochen. Dazu werden intensive Gespräche mit allen europäi-

schen Partnern über Wege zu diesem Ziel geführt. Abschließende Ergebnisse liegen bislang noch nicht vor, so daß Aussagen über die möglichen Modelle verfrüht wären.

Bei den Dienstleistungen geht es vorrangig darum, das Geschäft bei den Finanzdienstleistungen, den IT Services und den Telekommunikations- und Mediendiensten weiter auszubauen und zu internationalisieren.

Im Bereich der direkt geführten industriellen Beteiligungen verfügt Adtranz über gute Marktperspektiven und wird deshalb sein Restrukturierungsprogramm weiter gezielt vorantreiben.

Die Automobil-Elektronik wird vom Wachstum in der Automobilindustrie überproportional profitieren. Im Hinblick auf die Verbindung mit Chrysler vergrößert sich der konzerninterne Markt für diesen Geschäftsbereich.

Durch den Zusammenschluß von Daimler-Benz und Chrysler entsteht ein Unternehmen, das über wettbewerbsfähige Produkte, eine starke Marktposition und effiziente Produktionsstrukturen verfügt.

Dies alles schafft gute Voraussetzungen für eine weitere nachhaltige Stärkung der Ertragskraft, von der dann auch die Aktionäre des Unternehmens entsprechend profitieren werden. Die neue DaimlerChrysler AG, die zu den ertragstärksten Unternehmen weltweit zählen wird, wird auch hinsichtlich der Dividendenpolitik neue Standards setzen.

Durch den Zusammenschluß der Daimler-Benz AG und der Chrysler Corporation wird das übliche Maß an unternehmerischen Risiko grundsätzlich nicht vergrößert. Soweit sich marktabhängige Risiken verstärken, können diese durch gegenläufige Chancen relativiert werden. Das gemeinsame Unternehmen wird gegenüber der bisherigen Daimler-Benz AG den Anteil seines Umsatzes in den USA erheblich vergrößern, so daß die Abhängigkeit von diesem Markt verbunden mit der Dollar-Umrechnung zu einem höheren Risiko führen kann. Dieser durch das verstärkte Amerika-Geschäft potentielle Nachteil kann jedoch durch das zyklische Verhalten des Automarktes in anderen Regionen ausgeglichen werden. Kraftfahrzeuge gehören zu den sogenannten dauerhaften Gebrauchsgütern; die Automobilindustrie ist deshalb eine Branche, die tendenziell unbeständiger als die Gesamtwirtschaft ist. Die Schwankungen auf den großen Weltmärkten finden jedoch nicht genau zur gleichen Zeit und in gleichem Umfang statt, so daß ein Unternehmen mit Präsenz in mehreren großen Märkten einen umfassenderen Schutz gegen zyklische Marktbewegungen hat.

## Kennzahlen im Überblick

|  | Daimler-Benz | Chrysler | 1997 in Mrd. DM Daimler-Chrysler [1] |
|---|---|---|---|
| Umsatz | 124,1 | 105,2 | 229,3 |
| Ergebnis vor Ertragsteuern | 4,2 | 7,9 | 12,2 |
| Liquidität | 21,2 | 14,1 | 38,1 |
| Eigenkapital | 35,1 | 20,4 | 55,6 |
| Bilanzsumme | 137,2 | 108,3 | 245,5 |
| Forschungs- und Entwicklungsaufwand | 9,8[2] | 3,0 | 12,9 |
| Sachinvestitionen | 6,9 | 8,9 | 15,8 |
| Beschäftigte | 300.000 | 121.000 | 421.000 |

[1] Ungeprüfte Pro-forma-Jahresabschlußdaten, ermittelt nach der Pooling of Interests-Methode.

[2] Einschließlich Auftragsforschung.

### Zusammenfassung des Umtauschangebotes

Die DaimlerChrysler AG hat den Aktionären der Daimler-Benz AG angeboten, ihre auf den Inhaber lautenden Stückaktien der Daimler-Benz AG gegen auf den Namen lautende Stückaktien der DaimlerChrysler AG zu tauschen.

Das Umtauschverhältnis betrug für je 1 (eine) auf den Inhaber lautende Stückaktie der Daimler-Benz AG 1 (eine) auf den Namen lautende Stückaktie der DaimlerChrysler AG.

Falls das Tauschangebot bei Ablauf der Annahmefrist bzw. gegebenenfalls der Nachfrist für mindestens 90 % der Daimler-Benz-Aktien (bezogen auf das Grundkapital der Daimler-Benz AG zu diesem Zeitpunkt) angenommen worden ist oder bei Anmeldung der Durchführung der Daimler-Benz-Sachkapitalerhöhung zur Eintragung in das Handelsregister der DaimlerChrysler AG mindestens 90 % der Daimler-Benz-Aktien (bezogen auf das Grundkapital der Daimler-Benz AG zu diesem Zeitpunkt) Gegenstand der Einbringung gewesen sind, betrug das Umtauschverhältnis für je 1 (eine) auf den Inhaber lautende Stückaktie der Daimler-Benz AG 1,005 auf den Namen lautenden Stückaktie der DaimlerChrysler AG.

Mit Einreichung der Daimler-Benz-Aktien wurde die Annahme des Tauschangebots erklärt. Die Annahme des Tauschangebots wurde wirksam, nachdem die Umbuchung der zum Tausch eingereichten Aktien in die Wertpapier-Kenn-Nr. 550 009 oder die Mitteilung der Annahmeerklärung über die depotführende Bank bzw. Einreichungs- und Umtauschstelle an die Deutsche Bank AG, Frankfurt am Main, innerhalb einer von der Deutsche Bank AG, Frankfurt am Main, den depotführenden Banken und Einreichungs- und Umtauschstellen hierfür gesetzten Frist erfolgt war.

Diejenigen Daimler-Benz-Aktionäre, die ihre Aktien getauscht und übertragen haben, wurden mit Vollzug des Aktientauschs Aktionäre der DaimlerChrysler AG. Ihnen stehen deshalb keine Ansprüche auf bare Zuzahlung zu, sollte den verbleibenden Daimler-Benz-Aktionären in einem etwaigen gemäß §§ 305 ff. UmwG durchgeführten gerichtlichen Spruchverfahren im Zusammenhang mit der beabsichtigten nachfolgenden Daimler-Benz-Verschmelzung eine solche bare Zuzahlung wegen einer etwaigen Unangemessenheit des in der Daimler-Benz-Verschmelzung geltenden Umtauschverhältnisses zugesprochen werden.

Die Annahmefrist begann am 24. September 1998. Sie endete am 23. Oktober 1998 und zwar um 12.00 Uhr Ortszeit des jeweiligen Ortes der Einreichung.

Die DaimlerChrysler AG behielt sich das Recht vor, die Annahmefrist zu verlängern.

Alle Aktionäre, die das Angebot angenommen haben, konnten jederzeit bis zum Ablauf der Annahmefrist bzw. gegebenenfalls der Nachfrist vom Tauschvertrag zurücktreten. Von diesem Rücktrittsrecht konnte insbesondere im Falle eines besseren Angebots eines Dritten Gebrauch gemacht werden.

Im Umtauschangebot war ferner ein außerordentliches Rücktrittsrecht sowohl der DaimlerChrysler AG als auch der tauschenden Daimler-Benz-Aktionäre für den Fall geregelt, daß die Durchführung der Daimler-Benz-Sachkapitalerhöhung nicht bis zum 31. Januar 1999 in das Handelsregister der DaimlerChrysler AG eingetragen ist.

Der Tausch war für die Daimler-Benz-Aktionäre kosten- und spesenfrei.

Unterbreitet die DaimlerChrysler AG innerhalb einer Frist von zwölf Monaten den Daimler-Benz-Aktionären ein besseres, freiwilliges öffentliches Angebot und liegt innerhalb dieser Frist kein Angebot eines Dritten vor, so wird die DaimlerChrysler AG denjenigen, die das vorliegende Umtauschangebot angenommen haben, eine entsprechende Nachbesserung gewähren.

### Verlängerung der Annahmefrist und Ergebnis des Umtauschangebotes

Nachdem ca. 97 % der Daimler-Benz-Aktien bereits während der ursprünglichen Frist zum Umtausch angemeldet wurden, mußte das Umtauschangebot nach den Regeln der US-Wertpapieraufsicht Securities and Exchange Commission (SEC) um weitere zehn Geschäftstage verlängert werden. Der Grund war, daß nunmehr das verbesserte Umtauschverhältnis galt.

Um den Aktionären an anderen Börsenplätzen ebenfalls die Gelegenheit zu geben, auch jetzt noch das Umtauschangebot anzunehmen, hatte sich die DaimlerChrysler AG entschlossen, die Annahmefrist um zehn Geschäftstage bis zum 6. November 1998, 12.00 Uhr mittag Ortszeit des Ortes, an dem die jeweiligen Aktien eingereicht werden, zu verlängern ("Nachfrist"). Eine weitere Verlängerung der Annahmefrist blieb vorbehalten. Im übrigen galten auch während der Nachfrist die Bedingungen und Bestimmungen des Umtauschangebotes fort. Für die Wahrung der Nachfrist war der Zeitpunkt der Einreichung der Aktien bei der jeweiligen depotführenden Bank oder Einreichungs- und Umtauschstelle maßgebend.

Das Umtauschangebot an die Aktionäre der Daimler-Benz AG ist abgeschlossen worden. Bis zum Ende der Nachfrist sind rund 98 % der zu diesem Zeitpunkt ausstehenden Daimler-Benz-Aktien zum Umtausch eingereicht worden. Das Umtauschverhältnis betrug daher für je 1 (eine) eingereichte auf den Inhaber lautende Stückaktie der Daimler-Benz Aktiengesellschaft 1,005 auf den Namen lautende Stückaktien der DaimlerChrysler AG.

## III. Umtauschangebot

Nachstehend ist der wesentliche Inhalt des Umtauschangebotes wiedergegeben, das am 22. September 1998 u.a. in der Frankfurter Allgemeine Zeitung und am 24. September 1998 im Bundesanzeiger veröffentlicht worden ist:

### Tauschangebot

Die DaimlerChrysler AG bietet den Aktionären der Daimler-Benz AG an,

- ihre auf den Inhaber lautenden Stückaktien der Daimler-Benz AG, Stuttgart, auf die jeweils ein anteiliger Betrag des Grundkapitals der Daimler-Benz AG von DM 5,- entfällt, mit Gewinnanteilscheinen Nr. 68 bis Nr. 70 und Erneuerungsschein

### gegen

- auf den Namen lautende Stückaktien der DaimlerChrysler AG, Stuttgart, auf die jeweils ein anteiliger Betrag des Grundkapitals der DaimlerChrysler AG von DM 5,- entfällt, mit Gewinnberechtigung ab Beginn des am 31. Dezember 1998 endenden ersten Geschäftsjahres der DaimlerChrysler AG

zu den Bedingungen und Bestimmungen des Umtauschgebots zu tauschen.

### Umtauschverhältnisse

#### Umtauschverhältnis 1 : 1

Das Umtauschverhältnis beträgt für je 1 (eine) auf den Inhaber lautende Stückaktie der Daimler-Benz AG 1 (eine) auf den Namen lautende Stückaktie der DaimlerChrysler AG

#### Umtauschverhältnis 1 : 1,005

Falls das Tauschgebot bei Ablauf der Annahmefrist bzw. gegebenenfalls der Nachfrist für **mindestens 90 %** der Daimler-Benz-Aktien (bezogen auf das Grundkapital der Daimler-Benz AG zu diesem Zeitpunkt) angenommen ist oder bei Anmeldung der Durchführung der Daimler-Benz-Sachkapitalerhöhung zur Eintragung ins Handelsregister der DaimlerChrysler AG mindestens 90 % der Daimler-Benz-Aktien (bezogen auf das Grundkapital der Daimler-Benz AG zu diesem Zeitpunkt) Gegenstand der Einbringung sind, beträgt das Umtauschverhältnis für je 1 (eine) auf den Inhaber lautende Stückaktie der Daimler-Benz AG 1,005 auf den Namen lautenden Stückaktien der DaimlerChrysler AG.

### Annahme des Tauschangebots und Eigentumsübertragung

Mit der Einreichung der Daimler-Benz-Aktien wird die Annahme des Tauschangebots erklärt. Die Annahme des Tauschangebots wird wirksam, sofern die Umbuchung der zum Tausch eingereichten Aktien in die Wertpapier-Kenn-Nr. 550 009 oder die Mitteilung der Annahmeerklärung über die depotführende Bank bzw. Einreichungs- und Umtauschstelle an die Deutsche Bank AG, Frankfurt am Main, innerhalb einer von der Deutsche Bank AG, Frankfurt am Main, den depotführenden Banken und Einreichungs- und Umtauschstellen hierfür gesetzten Frist erfolgt. Mit dieser Annahme erfolgt auch die Einigung mit der DaimlerChrysler AG als Vertreterin der Deutsche Bank AG, Frankfurt am Main, über die Übertragung des Eigentums an den eingereichten Daimler-Benz-Aktien auf die Deutsche Bank AG, Frankfurt am Main, als Treuhänderin zu den Bedingungen und Bestimmungen des Umtauschgebots. Es besteht Einigkeit, daß die Übertragung des Eigentums an den eingereichten Daimler-Benz-Aktien von den tauschenden Daimler-Benz-Aktionären auf die Deutsche Bank AG, Frankfurt am Main, durch die Eintragung der Durchführung der Daimler-Benz-Sachkapitalerhöhung in das Handelsregister der DaimlerChrysler AG aufschiebend bedingt ist.

Mit der Annahme des Tauschangebots wird außerdem unwiderruflich erklärt:

- das Einverständnis zu einer Verfügungssperre der eingereichten Daimler-Benz-Aktien (das Rücktrittsrecht bleibt unberührt);
- der Auftrag und die Vollmacht an die depotführende Bank sowie die Einreichungs- und Umtauschstellen, alle im Rahmen des Tauschangebots und seiner Annahme erforderlichen und zweckdienlichen Handlungen vorzunehmen und entsprechende Erklärungen abzugeben und entgegenzunehmen.

Ferner wird für den Fall des Eintritts der aufschiebenden Bedingung und der Eintragung der Durchführung der Daimler-Benz-Sachkapitalerhöhung in das Handelsregister der DaimlerChrysler AG und damit des Wirksamwerdens sowohl des Tauschvertrages als auch des Übertragungsvertrages unwiderruflich erklärt:

- das Einverständnis mit der Ausübung des Stimmrechts durch die Deutsche Bank AG, Frankfurt am Main, in einer unmittelbar nach Eintragung der Durchführung der Daimler-Benz-Sachkapitalerhöhung in das Handelsregister der DaimlerChrysler AG abzuhaltenden Hauptversammlung der DaimlerChrysler AG, um

- alle in Zusammenhang mit der Daimler-Benz-Verschmelzung gemäß § 23 UmwG zur Gewährung gleicher Rechte an die Inhaber von Options- und Wandlungsrechten sowie Wandlungspflichten zum Bezug von Aktien der Daimler-Benz AG notwendigen Kapitalmaßnahmen zu beschließen,

- bedingte Kapitalien zur Durchführung der Daimler-Benz-Verschmelzung in Höhe von DM 85.500.000,– und DM 78.300.000,– zu beschließen sowie

- den Vorstand zu ermächtigen, Wandel- und Optionsanleihen entsprechend der derzeitigen satzungsmäßigen Ermächtigung der Daimler-Benz AG zu begeben, und das dafür erforderliche bedingte Kapital in Höhe von DM 200.000.000,– zu schaffen,

- das Einverständnis, die aufgrund des Umtauschangebots zu liefernden DaimlerChrysler-Aktien im Wege der Girosammelgutschrift geliefert zu erhalten und, vorausgesetzt, daß keine andere zulässige Weisung erteilt wird, in das Aktienbuch der DaimlerChrysler AG eingetragen zu werden. Ein Anspruch auf Lieferung effektiver Stücke besteht nicht.

Diejenigen Daimler-Benz-Aktionäre, die ihre Aktien tauschen und übertragen, werden mit Vollzug des Aktientauschs Aktionäre der DaimlerChrysler AG. Ihnen stehen deshalb keine Ansprüche auf bare Zuzahlung zu, sollte den verbleibenden Daimler-Benz-Aktionären in einem etwaigen gemäß §§ 305ff. UmwG durchgeführten gerichtlichen Spruchverfahren im Zusammenhang mit der beabsichtigten nachfolgenden Daimler-Benz-Verschmelzung eine solche bare Zuzahlung wegen einer etwaigen Unangemessenheit des in der Daimler-Benz-Verschmelzung geltenden Umtauschverhältnisses zugesprochen werden.

## Aufschiebende Bedingung

Der aufgrund des Tauschangebots und dessen Annahme durch die tauschenden Daimler-Benz-Aktionäre zustandekommende Tauschvertrag mit der DaimlerChrysler AG ist dadurch aufschiebend bedingt, daß bei Ablauf der Annahmefrist und bzw. wenn das Angebot verlängert wird, bei Ablauf der Nachfrist mindestens 75% der Daimler-Benz-Aktien, bezogen auf das Grundkapital der Daimler-Benz AG zu diesem Zeitpunkt, zum Tausch eingereicht worden sind.

## Annahmefrist und Nachfrist

### Annahmefrist

Die Frist, innerhalb derer die Daimler-Benz-Aktionäre die Annahme des Tauschangebots erklären können,

beginnt am 24. September 1998 und endet am 23. Oktober 1998, 12.00 Uhr Ortszeit des Ortes, an dem die jeweiligen Aktien eingereicht werden.

### Nachfrist

Die DaimlerChrysler AG behält sich das Recht vor, die Annahmefrist nach Abstimmung mit der Übernahmekommission zu verlängern. Eine Verlängerung ist insbesondere für den Fall vorgesehen, daß bei Ablauf der Annahmefrist die Mindestumtauschquote oder die Zielumtauschquote noch nicht erreicht ist. Die Erklärung der ersten Verlängerung kann bis zum 27. Oktober 1998 erfolgen.

Eine Verlängerung der Annahmefrist hat jeweils zu einen bestimmten Zeitraum („Nachfrist") zu erfolgen. Die DaimlerChrysler AG behält sich jedoch das Recht vor, eine von ihr gesetzte Nachfrist mit einer Ankündigungsfrist von fünf Bankarbeitstagen vorzeitig zu beenden.

### Rücktrittsrecht

Alle Aktionäre, die das Angebot angenommen haben, können jederzeit bis zum Ablauf der Annahmefrist bzw. gegebenenfalls der Nachfrist von dem Tauschvertrag zurücktreten. Von diesem Rücktrittsrecht kann insbesondere im Falle eines besseren Angebots eines Dritten Gebrauch gemacht werden.

### Außerordentliches Rücktrittsrecht

Sofern (a) die Zulassung der DaimlerChrysler-Aktien zur öffentlichen Plazierung in den USA (Registration Statement auf Form F-4) aufgehoben wird oder die U.S. Securities and Exchange Commission ein entsprechendes Verfahren einleitet, (b) eine notwendige behördliche Genehmigung oder sonstige Maßnahme nicht vorliegt oder eine Mitteilung oder Anzeige an eine Behörde unterblieben ist und sich hierdurch wesentliche nachteilige Auswirkungen für die DaimlerChrysler AG ergeben würden, oder (c) eine gesetzliche Regelung oder eine gerichtliche oder behördliche Anordnung besteht, welche die Durchführung der Unternehmenszusammenführung verhindert oder wesentliche nachteilige Auswirkungen auf Chrysler Corporation oder Daimler-Benz AG erwarten läßt, steht der DaimlerChrysler AG ein außerordentliches Rücktrittsrecht zu, das nur bis zum Ablauf der Annahmefrist bzw. gegebenenfalls der Nachfrist ausgeübt werden kann.

Ferner steht sowohl der DaimlerChrysler AG als auch den tauschenden Daimler-Benz Aktionären ein außerordentliches Rücktrittsrecht zu, sofern (a) eine Eintragung der Durchführung der Daimler-Benz-Sachkapitalerhöhung in das Handelsregister der DaimlerChrysler AG unterbleibt, weil nicht zur Gewißheit der DaimlerChrysler AG feststeht, daß am Tag der Eintragung 75 % der dann ausgegebenen Daimler-

Benz-Aktien in die DaimlerChrysler AG eingebracht werden oder (b) die Eintragung der Durchführung der Daimler-Benz Sachkapitalerhöhung in das Handelsregister der Daimler-Chrysler AG nicht bis zum 31. Januar 1999 erfolgt ist.

### Umtausch

Die eingereichten Daimler-Benz-Aktien werden zunächst auf die Deutsche Bank AG, Frankfurt am Main, als Treuhänderin der Daimler-Benz-Aktionäre gemäß dem Umtauschgebot übertragen. Diese wird die eingereichten Daimler-Benz-Aktien anschließend im Rahmen der Daimler-Benz-Sachkapitalerhöhung nach Maßgabe eines mit der Daimler-Chrysler AG abzuschließenden Nachgründungs- und Einbringungsvertrages an die DaimlerChrysler AG gegen Gewährung von Aktien der DaimlerChrysler AG übertragen.

Die von der Deutsche Bank AG, Frankfurt am Main, aufgrund der Daimler-Benz-Sachkapitalerhöhung bezogenen DaimlerChrysler-Aktien werden von dieser für die tauschenden Daimler-Benz-Aktionäre oder deren Rechtsnachfolger als Treuhänderin gehalten und an diese im Wege der Girosammelgutschrift spätestens drei Bankarbeitstage nach Entstehen der Aktien durch Eintragung der Durchführung der Daimler-Benz-Sachkapitalerhöhung in das Handelsregister der DaimlerChrysler AG übertragen.

Die bei einem Umtauschverhältnis von 1,005 Daimler-Chrysler-Aktien für je 1 (eine) Daimler-Benz-Aktie zusätzlich anfallenden vollen DaimlerChrysler-Aktien, auf die aufgrund der Zahl der eingereichten Daimler-Benz-Aktien ein Anspruch besteht, werden innerhalb von 14 Bankarbeitstagen nach Entstehen der Aktien durch Eintragung der Durchführung der Daimler-Benz-Sachkapitalerhöhung in das Handelsregister der DaimlerChrysler AG an die tauschenden Daimler-Benz-Aktionäre oder deren Rechtsnachfolger übertragen. Soweit aufgrund der Zahl der eingereichten Daimler-Benz-Aktien ein Anspruch auf volle Stücke nicht besteht, werden die anfallenden Aktienspitzen zusammengefaßt und unverzüglich zum amtlichen Börsenkurs durch Vermittlung eines Kursmaklers verkauft. Der Erlös wird anteilig den tauschenden Daimler-Benz-Aktionären oder deren Rechtsnachfolgern kosten- und spesenfrei spätestens innerhalb der vorgenannten Frist von 14 Bankarbeitstagen ausgezahlt.

### Kosten der Annahme

Der Tausch und die Übertragung der Daimler-Benz-Aktien aufgrund des Umtauschgebots ist für die Daimler-Benz-Aktionäre kosten- und spesenfrei.

### Steuern

Den Daimler-Benz-Aktionären wird empfohlen, eine ihre persönlichen Verhältnisse berücksichtigende steuerliche Beratung einzuholen.

### Zeitpunkt der Bekanntgabe des Angebotsergebnisses

Das Ergebnis des Umtauschangebotes wird spätestens drei Bankarbeitstage nach Ablauf der Annahmefrist bzw. gegebenenfalls der Nachfrist bekanntgegeben.

### Erklärung und Mitteilungen

Erklärungen und Mitteilungen der DaimlerChrysler AG in Zusammenhang mit dem Umtauschangebot gelten mit der Veröffentlichung in der Frankfurter Allgemeinen Zeitung als ordnungsgemäß erfolgt.

### Übernahmekodex

Die DaimlerChrysler AG hat für das Umtauschangebot den Übernahmekodex der Börsensachverständigenkommission beim Bundesministerium der Finanzen anerkannt.

### Nachbesserung

Unterbreitet die DaimlerChrysler AG innerhalb einer Frist von zwölf Monaten den Daimler-Benz-Aktionären ein besseres, freiwilliges öffentliches Angebot und liegt innerhalb dieser Frist kein Angebot eines Dritten vor, so wird die DaimlerChrysler AG denjenigen, die das vorliegende Umtauschgebot annehmen, eine entsprechende Nachbesserung gewähren.

### Anwendbares Recht

Der durch das Tauschangebot der DaimlerChrysler AG und dessen Annahme zustandekommende Tauschvertrag unterliegt dem Recht der Bundesrepublik Deutschland.

### Verlängerung der Annahmefrist und Ergebnis des Umtauschangebotes

Nachdem ca. 97 % der Daimler-Benz-Aktien bereits während der ursprünglichen Frist zum Umtausch angemeldet wurden, mußte das Umtauschangebot nach den Regeln der US-Wertpapieraufsicht Securities and Exchange Commission (SEC) um weitere zehn Geschäftstage verlängert werden. Der Grund war, daß nunmehr das verbesserte Umtauschverhältnis galt.

Um den Aktionären an anderen Börsenplätzen ebenfalls die Gelegenheit zu geben, auch jetzt noch das Umtauschgebot anzunehmen, hatte sich die DaimlerChrysler AG entschlossen, die Annahmefrist um zehn Geschäftstage bis zum 6. November 1998, 12.00 Uhr mittag Ortszeit des Ortes, an dem die jeweiligen Aktien eingereicht werden, zu verlängern ("Nachfrist"). Eine weitere Verlängerung der Annahmefrist blieb vorbehalten. Im übrigen galten auch während der Nachfrist die Bedingungen und Bestimmungen des Umtauschangebotes fort. Für die Wahrung der Nachfrist

war der Zeitpunkt der Einreichung der Aktien bei der jeweiligen depotführenden Bank oder Einreichungs- und Umtauschstelle maßgebend.

Das Umtauschangebot an die Aktionäre der Daimler-Benz AG ist abgeschlossen worden. Bis zum Ende der Nachfrist sind rund 98 % der zu diesem Zeitpunkt ausstehenden Daimler-Benz-Aktien zum Umtausch eingereicht worden. Das Umtauschverhältnis betrug daher für je 1 (eine) eingereichte auf den Inhaber lautende Stückaktie der Daimler-Benz Aktiengesellschaft 1,005 auf den Namen lautende Stückaktien der DaimlerChrysler AG.

### Börsenzulassung, Lieferung und Ausstattung der DaimlerChrysler-Aktien

Die Zulassung sämtlicher Aktien der Gesellschaft zum Börsenhandel mit amtlicher Notierung an den Wertpapierbörsen zu Stuttgart, Berlin, Bremen, Düsseldorf, Frankfurt am Main, Hamburg, Hannover und München ist am 18. September 1998 beantragt worden; die Aktien sind am 13. November 1998 zugelassen worden.

Desweiteren sind die Aktien der Gesellschaft an der New York Stock Exchange, an den Wertpapierbörsen in Chicago, Philadelphia, San Francisco (Pacific Stock Exchange), Montreal, Toronto, Paris, Tokio, Wien und an der Schweizer Börse zugelassen worden.

Die amtliche Notierung der Aktien wird am 17. November 1998 an den deutschen Wertpapierbörsen sowie an den Wertpapierbörsen in New York, Chicago, Philadelphia und San Francisco (Pacific Stock Exchange) aufgenommen. Die Aufnahme der amtlichen Notierung an den übrigen ausländischen Wertpapierbörsen erfolgt nach den jeweiligen dortigen Usancen.

Nachdem die Einzelheiten der geplanten Kooperation zwischen den Wertpapierbörsen in London und Frankfurt am Main bekanntgegeben worden sind, beabsichtigt DaimlerChrysler nun nicht mehr, eine Zulassung der Aktien an der London Stock Exchange zu erlangen.

Das Grundkapital der Gesellschaft wird zunächst in mehreren Globalurkunden verbrieft, von denen mindestens eine bei der Deutsche Börse Clearing Aktiengesellschaft, Frankfurt am Main, hinterlegt wird.

Die Globalurkunden wurden von dem Vorsitzenden des Aufsichtsrats und von Mitgliedern des Vorstands in vertretungsberechtigter Zahl eigenhändig unterzeichnet. Sie tragen den Ausstellungsvermerk „Stuttgart, im November 1998".

Bis zum 17. November 1998 erfolgt die buchmäßige Lieferung der Aktien durch die Deutsche Börse Clearing Aktiengesellschaft, Frankfurt am Main, die Morgan Guarantee Trust Company of New York, Niederlassung

Brüssel, als Betreiberin des Euroclear-Systems ("Euroclear") oder die CEDEL Bank, société anonyme, Luxemburg ("Cedel").

Die Form und den Inhalt der Aktienurkunden und etwaiger Gewinnanteilscheine setzt der Vorstand mit Zustimmung des Aufsichtsrats fest.

Ein Anspruch der Aktionäre auf Verbriefung ihrer Aktien und Gewinnanteile ist satzungsgemäß ausgeschlossen, soweit dies gesetzlich zulässig und nicht eine Verbriefung nach den Regeln einer Börse erforderlich ist, an der die Aktien zugelassen sind. Die Gesellschaft ist berechtigt, Aktienurkunden auszustellen, die einzelne Aktien (Einzelaktien) oder mehrere Aktien (Sammelaktien) verkörpern.

Auf Wunsch stehen effektive Aktienurkunden zur Verfügung, deren druckmäßige Ausstattung nicht vollständig den deutschen Richtlinien für den Druck von Wertpapieren entsprechen. Zu beachten ist weiterhin, daß effektive Aktienurkunden nicht mit Gewinnanteilscheinen versehen sind und für die Geltendmachung von Dividendenansprüchen etc. gegenüber der Gesellschaft durch die Inhaber effektiver Stücke ausschließlich die Eintragung im Aktienbuch ausschlaggebend ist.

**An den deutschen Wertpapierbörsen sind die DaimlerChrysler-Aktien jedoch ausschließlich als Miteigentumsanteile an den bei der Deutsche Börse Clearing AG hinterlegten Globalurkunden lieferbar; effektive Aktienurkunden sind in Deutschland börsenmäßig nicht lieferbar. Sie können jedoch über jedes deutsche Kreditinstitut bei der Deutsche Börse Clearing AG zur Verschaffung entsprechender Miteigentumsanteile am Girosammelbestand eingeliefert werden.**

Die zum Umtausch eingereichten Daimler-Benz-Aktien wurden nach Ablauf der Umtauschfrist sowie während der Verlängerung der Umtauschfrist in der Zeit vom 26. Oktober bis 11. November 1998 unter der separaten Wertpapier-Kenn-Nummer 550 009 an den deutschen Wertpapierbörsen gehandelt und amtlich notiert. In der Zeit vom 12. bis 16. November 1998 wurden bzw. werden Lieferansprüche auf DaimlerChrysler-Aktien aus Daimler-Benz-Aktien unter der Wertpapier-Kenn-Nummer 710 000 gehandelt und amtlich notiert.

Mit Ablauf des 12. November 1998 wurde die amtliche Notierung der Chrysler-Stammaktien an den Wertpapierbörsen zu Frankfurt am Main, Berlin und München sowie an den Wertpapierbörsen zu New York, Chicago, Philadelphia, San Francisco (Pacific Stock Exchange), Montreal, Toronto und London eingestellt. In der Zeit vom 13. bis 16. November 1998 wurden bzw. werden an den Wertpapierbörsen zu Frankfurt am Main, Berlin und München Lieferansprüche auf DaimlerChrysler-Aktien aus Chrysler-Aktien unter der Wertpapier-Kenn-Nummer 710 009 gehandelt und amtlich notiert.

# IV. Anlageerwägungen

Bei ihrer Anlageentscheidung sollten potentielle Investoren in DaimlerChrysler-Aktien die nachfolgend dargestellten Risikofaktoren sowie auch die anderen in diesem Prospekt enthaltenen Informationen sorgfältig abwägen.

## Festgelegte Umtauschverhältnisse

Die Daimler-Benz AG, Chrysler und DaimlerChrysler AG haben sich in dem Vertrag über den Unternehmenszusammenschluß vom 7. Mai 1998 und seiner Änderung vom 4. August 1998 auf ein festes Umtauschverhältnis für den Umtausch der Chrysler-Aktien in DaimlerChrysler-Aktien geeinigt (siehe Kapitel IX, Abschnitt III dieses Prospekts). Dieses Umtauschverhältnis bleibt von Kursänderungen bei der Daimler-Benz-Aktie nach Abschluß des Vertrages über den Unternehmenszusammenschluß unberührt. Daimler-Benz-Aktien wurden nach endgültigem Ablauf des Umtauschangebots im Verhältnis von 1 zu 1,005 in DaimlerChrysler-Aktien umgetauscht.

## Genehmigung zuständiger Behörden

Die Europäische Kommission hat am 22. Juli 1998 mitgeteilt, daß sie keine Einwände gegen den Zusammenschluß hat. Die Wartefrist für den Vollzug des Zusammenschlusses nach dem U.S. Hart Scott Rodino Act ist am 30. Juli 1998 abgelaufen, ohne daß Einwände erhoben worden sind. Die Daimler-Benz AG und Chrysler bemühen sich, auch alle sonstigen Genehmigungen zuständiger Behörden, insbesondere der Wettbewerbs- und Kartellbehörden anderer Staaten, zu erhalten. Es kann jedoch keine Gewähr dafür übernommen werden, daß die erforderlichen Zustimmungen der jeweils zuständigen Behörden ohne Auflagen erteilt werden. Diese Auflagen könnten Einschränkungen bestehender Geschäftstätigkeiten beinhalten oder die Abgabe bestimmter Geschäftsbetriebe zur Folge haben.

## Unsicherheiten im Hinblick auf den Integrationsprozeß und das Erreichen von Synergien

Obwohl die Vorstände von Chrysler und Daimler-Benz davon ausgehen, daß durch den Zusammenschluß ein erhebliches Synergiepotential freigesetzt werden kann, stellt die Integration von zwei großen Gesellschaften mit Sitz in unterschiedlichen Ländern und Aktivitäten in unterschiedlichen geographischen Regionen und mit unterschiedlicher Unternehmenskultur und Vergütungsstruktur eine erhebliche Herausforderung für das Management dar. Aus diesem Grund kann nicht mit Sicherheit vorausgesagt werden, daß diese Integration sowie die dadurch erwarteten Synergien in dem vom Management erwarteten Ausmaß und innerhalb des abgesteckten Zeitrahmens erreicht werden können.

## Marktrisiken

Die Entwicklung der DaimlerChrysler AG kann durch eine Vielzahl von sozialen, politischen und wirtschaftlichen Faktoren, Entwicklungen und Bedingungen in den USA, Deutschland und der Europäischen Union, sowie von den wirtschaftlichen und wettbewerbsrechtlichen Bedingungen der Industriezweige und Märkte, in denen sie tätig ist, beeinflußt werden. Beispiele hierfür sind nachfolgend aufgeführt:

- Der Automobilsektor ist weltweit durch einen starken Wettbewerb gekennzeichnet. Darüber hinaus stellen Überkapazitäten in Zeiten wirtschaftlicher Schwäche ein besonderes Risiko dar.

- Die DaimlerChrysler AG wird wie alle international tätigen Automobilunternehmen von sich ändernden und verschärfenden gesetzlichen Auflagen hinsichtlich Kontrolle von Emissionen, Reduzierung des Benzinverbrauchs und Erhöhung der Sicherheitsstandards in ihren verschiedenen Absatzmärkten, vor allem aber in den USA, Kanada und in Europa, betroffen.

- Die Auftragseingänge im Flugzeugbau für die Zivilluftfahrt, an dem die Gesellschaft über Airbus Industries beteiligt ist, sind in hohem Maße schwankend, da sie weltweit von der Entwicklung des Flugverkehrs und der Profitabilität und den Ersatzbeschaffungszyklen der Fluglinien abhängen.

- Als Folge ihrer weltweiten Geschäftsaktivitäten wird die DaimlerChrysler AG Zinsänderungs- und Fremdwährungsrisiken ausgesetzt sein, die das Geschäftsergebnis und die Finanzlage des Unternehmens negativ beeinflussen können. Das Fremdwährungsrisiko wird vor allem das Automobilgeschäft der DaimlerChrysler AG betreffen, soweit Verkaufsumsätze und Herstellungskosten in unterschiedlichen Währungen anfallen. Das gleiche gilt für den Bereich der Luft- und Raumfahrt, wo Umsätze aus dem Verkauf von Flugzeugen, Turbinen und sonstigen Produkten der Flugzeug- und Raumfahrtindustrie auch weiterhin primär in US Dollar getätigt werden, die Produkte dagegen ausschließlich in Deutschland hergestellt werden. Die Gesellschaft wird diese Risiken im Rahmen ihrer normalen betriebs- und finanzwirtschaftlichen Tätigkeit zu begrenzen versuchen.

- Schließlich kann DaimlerChrysler AG von all den Risiken betroffen werden, die für grenzüberschreitend tätige Unternehmen typisch sind, insbesondere hinsicht-

lich verspäteter Zahlungen von Kunden aus bestimmten Ländern oder Schwierigkeiten bei der Eintreibung von Forderungen. Darüber hinaus ist die Gesellschaft, wenn auch in geringem Maße, von nachteiligen sozialen, politischen und wirtschaftlichen Entwicklungen in Asien, Lateinamerika und Osteuropa betroffen.

## Spruchverfahren

Entsprechend dem deutschen Umwandlungsgesetz haben die Aktionäre, die ihre Daimler-Benz-Aktien nicht zum Tausch in DaimlerChrysler-Aktien anbieten und entsprechend Aktionäre der Daimler-Benz AG bleiben, bis zu zwei Monate nach der Eintragung der Verschmelzung in das Handelsregister das Recht, bei dem zuständigen Amtsgericht ein Spruchverfahren zu beantragen, bei dem das bei der Verschmelzung zugrundegelegte Umtauschverhältnis der Aktien überprüft wird. Sollte diese Überprüfung ergeben, daß das Umtauschverhältnis unangemessen niedrig ist, haben die Aktionäre, die zum Zeitpunkt der Verschmelzung noch Aktionäre der Daimler-Benz AG waren, das Recht auf eine bare Ausgleichszahlung. Daimler-Benz-Aktionäre, die ihre Aktien im Rahmen des Umtauschangebots (vgl. Kapitel III. dieses Prospekts) getauscht haben, nehmen an einem etwaigen Spruchverfahren nicht teil.

## Auswirkung einer Verzögerung der Daimler-Benz-Verschmelzung

Wenn sich nach der Beendigung des Daimler-Benz-Umtauschangebots die Verschmelzung von Daimler-Benz auf DaimlerChrysler aus irgendwelchen Gründen verzögert, werden die Daimler-Benz-Aktionäre, die am Tauschangebot nicht teilgenommen haben, weiterhin Daimler-Benz-Aktien halten. In diesem Fall kann keine Zusicherung gegeben werden, daß weiterhin ein liquider Markt in diesen Aktien fortbesteht oder daß diese Aktien weiterhin an allen Börsen notiert werden, an denen sie derzeit notiert sind. Darüber hinaus wird erwartet, daß die Dividende, die in Zukunft auf DaimlerChrysler-Aktien gezahlt wird, höher sein wird als die bisher auf Daimler-Benz-Aktien ausgeschüttete Dividende.

Der Daimler-Benz AG sind bislang drei Anfechtungsklagen gegen die Beschlußfassungen auf der Hauptversammlung vom 18. September 1998 zugegangen. Eine Anfechtungsklage richtet sich gegen die Beschlußfassung zum Tagesordnungspunkt 2 „Zustimmung zu dem Verschmelzungsvertrag zwischen der DaimlerChrysler AG, Stuttgart, als übernehmender und der Daimler-Benz AG, Stuttgart, als übertragender Gesellschaft"; die weiteren Anfechtungsklagen richten sich sowohl gegen die Beschlußfassung zum

Tagesordnungspunkt 2 als auch gegen die Beschlußfassung zum Tagesordnungspunkt 1 „Zustimmung zu dem Zusammenschluß der Daimler-Benz AG, Stuttgart, und der Chrysler Corporation, Auburn Hills, Michigan, USA, in der DaimlerChrysler AG, Stuttgart". Eine der weiteren Anfechtungsklagen richtet sich als Anfechtungs- und Nichtigkeitsklage auch gegen die DaimlerChrysler AG und wendet sich in erster Linie gegen die Sachkapitalerhöhungsbeschlüsse. Trotz dieser Anfechtungsklage sind die Sachkapitalerhöhungen in das Handelsregister eingetragen worden. Nach Überzeugung der Gesellschaft ist die Klage gegen die DaimlerChrysler AG offenkundig unzulässig und unbegründet. Darüber hinaus liegen der Daimler-Benz AG vier Anträge zu der Erlangung von Auskünften vor, die nach dem Vorbringen den antragstellenden Aktionären auf der Hauptversammlung vom 18. September 1998 nicht gegeben worden sind.

Die Anfechtungsklagen gegen die Daimler-Benz AG verhindern zunächst die Eintragung der Verschmelzung in das Handelsregister. Die Daimler-Benz AG beabsichtigt jedoch, bei dem zuständigen Prozeßgericht feststellen zu lassen, daß die Erhebung der Klagen der Eintragung nicht entgegensteht, so daß – bei einer entsprechenden Entscheidung – die Verschmelzung vor Abschluß der Klageverfahren in das Handelsregister eingetragen werden kann.

Der Handel mit Daimler-Benz American Depositary Shares an der New York Stock Exchange wurde mit Ablauf des 6. November 1998 eingestellt. Weiterhin wird die Börsennotierung der Daimler-Benz American Depositary Shares an der New York Stock Exchange eingestellt und die Registrierung der Daimler-Benz-Aktien und der Daimler-Benz American Depositary Shares unter dem U.S. Securities Exchange Act beendet werden.

## Einbeziehung der DaimlerChrysler AG in den Standard & Poor's 500 Index

Investmentfonds, die sich an einem Aktienindex wie dem S&P 500 Index orientieren, erreichen dies, indem sie die Aktien der in diesen Indizes vertretenen Unternehmen kaufen. In den S&P 500 Index werden Aktien aufgenommen, die als repräsentativ für die US-amerikanische Wirtschaft gelten. Dazu gehören nur wenige Aktien nicht-amerikanischer Unternehmen. Obschon die Daimler-Benz AG und Chrysler dem Zulassungsausschuß für die Aufnahme von Unternehmen in den S&P 500 Index ihre Gründe vorgetragen haben, weshalb auch die DaimlerChrysler-Aktie in diesen Index aufgenommen werden sollte, hat dieser am 1. Oktober 1998 bekanntgegeben, daß die DaimlerChrysler-Aktie nicht in den S&P 500 Stock Index aufgenommen wird. Investmentfonds, die sich am S&P 500 Index orientieren

und die in größerem Umfang in Chrysler-Aktien investiert hatten, werden deshalb ihre im Umtausch hierfür empfangenen DaimlerChrysler-Aktien verkaufen müssen, was sich negativ auf den Aktienkurs der DaimlerChrysler-Aktie auswirken kann.

### Jahr 2000

Sowohl Chrysler als auch Daimler-Benz haben eine Bestandsaufnahme der Maßnahmen durchgeführt, die derzeit aus ihrer Sicht erforderlich sind, um die Umstellung der Computersysteme auf das Jahr 2000 rechtzeitig sicherzustellen, die im Geschäftsablauf eine Schlüsselstellung einnehmen. Beide Gesellschaften sind dabei, ihre Informations- und anderen Computersysteme umzustellen bzw. zu erneuern, damit Störfälle vermieden werden. Diese Umstellungsmaßnahmen sollen im dritten Quartal 1999 abgeschlossen sein. Aufgrund derzeit vorliegender Informationen erwarten weder Daimler-Benz noch Chrysler, daß sich die Kosten der Umstellungsmaßnahmen auf die Finanz- oder Ertragslage der DaimlerChrysler nachhaltig auswirken werden. Beide Unternehmen können aber nicht ausschließen, daß ihre Umstellungsmaßnahmen nicht so rechtzeitig abgeschlossen sein werden, daß jegliche Störfälle vermieden bzw. die dabei anfallenden Kosten in keinem Fall einen wesentlichen Umfang annehmen werden.

Wenn Daimler-Benz und Chrysler nicht in der Lage sein sollten, ihre Umstellungsmaßnahmen innerhalb des vorgesehenen Zeitraums abzuschließen, werden Alternativpläne für diejenigen Schlüsselsysteme entwickelt, die nicht auf das Jahr 2000 umgestellt sind. Darüber hinaus können Störungen in Computersystemen bei Lieferanten oder Händlern, die als solche außerhalb der Kontrolle von Daimler-Benz und Chrysler liegen, negative Auswirkungen auf die Materialbeschaffung von Daimler-Benz und Chrysler (und damit auch der DaimlerChrysler AG) sowie auf deren Verkaufs- und Dienstleistungsaktivitäten im Verhältnis zu ihren Händlern haben. Störfälle in den Computersystemen der DaimlerChrysler AG bzw. den Computersystemen ihrer Lieferanten oder Händler sowie die zur Vermeidung von Störfällen aufzuwendenden Kosten können sich nachhaltig auf die Finanz- und Ertragslage der DaimlerChrysler AG auswirken. Sowohl Daimler-Benz als auch Chrysler haben Verfahrensabläufe geschaffen, die es ihnen ermöglichen, bei ihren Händlern und bei Lieferanten, die für den Geschäftsablauf kritisch sind, den Stand der Vorbereitungen auf das Jahr 2000 einschätzen zu können. Sowohl Daimler-Benz als auch Chrysler glauben, daß nach vernünftiger Einschätzung die wahrscheinlichste Sachanlage diejenige sein wird, daß eine geringe Anzahl von Lieferanten während eines kurzen

Zeitraums nach dem 1. Januar 2000 keine Komponenten wird liefern können. Als Teil ihrer Bestandsaufnahme werden Daimler-Benz und Chrysler Alternativpläne für diejenigen ablaufkritischen Lieferanten entwickeln, die entweder nicht in der Lage oder aber nicht willens sind, eine Planung für die Umstellung auf das Jahr 2000 zu entwickeln. Obwohl diese Pläne noch erstellt werden müssen, erwarten sowohl Daimler-Benz als auch Chrysler, daß diese Pläne eine Kombination verschiedener Handlungsalternativen einschließlich umfangreicherer Lagerhaltung von Komponenten und ausgewählte Bezugsumstellungen auf solche Lieferanten, die auf das Jahr 2000 umgestellt haben, vorsehen werden. Daimler-Benz und Chrysler gehen jeweils davon aus, daß die Lieferanten in dieser Kategorie einen unwesentlichen Teil der gesamten Lieferantengruppe der DaimlerChrysler AG ausmachen. In jedem Fall wird davon ausgegangen, daß diese Pläne bis zum dritten Quartal 1999 vorliegen.

# V. Allgemeine Angaben über die Gesellschaft

### Gründung, Firma und Sitz

Die DaimlerChrysler AG wurde am 4. Mai 1998 mit Sitz in Düsseldorf und einem Grundkapital von DM 100.000,– unter der Firma Oppenheim Aktiengesellschaft errichtet und am 6. Mai 1998 erstmals im Handelsregister eingetragen.

Gründer der Gesellschaft war Christopher Freiherr von Oppenheim, Köln. Das Grundkapital wurde in bar geleistet. Bei Gründung der Gesellschaft wurden keine Aktien für Rechnung eines Mitglieds des Vorstands oder des Aufsichtsrats übernommen. Weder der Vorstand noch ein Mitglied des Aufsichtsrats haben sich besondere Vorteile oder für die Gründung oder Vorbereitung eine Entschädigung oder Belohnung ausbedungen.

Die mit der Gründung der Gesellschaft und der Eintragung im Handelsregister verbundenen Kosten und Steuern (insbesondere Notar- und Gerichtsgebühren, Kosten der Veröffentlichung, Steuern, Rechts- und Steuerberatungskosten, Gutachterkosten, Bankkosten) bis zum Betrag von insgesamt DM 10.000,– trägt die Gesellschaft.

Durch Beschluß der außerordentlichen Hauptversammlung vom 17. Juni 1998 wurde die Firma in DaimlerChrysler Aktiengesellschaft geändert und der Gegenstand der Gesellschaft neugefaßt.

Durch Beschluß der außerordentlichen Hauptversammlung vom 13. Juli 1998 wurde die Firma in DaimlerChrysler AG geändert, das Grundkapital von Inhaberaktien auf Namensaktien (Stückaktien) umgestellt und der Sitz der Gesellschaft nach Stuttgart verlegt. Sie wird im Handelsregister in Stuttgart unter HRB 19360 geführt.

### Gegenstand

Gegenstand der Gesellschaft war zunächst die Zusammenführung der Unternehmen Daimler-Benz Aktiengesellschaft, Stuttgart, Deutschland, und der Chrysler Corporation, Auburn Hills, Michigan/U.S.A.

Die Gesellschaft war berechtigt, Tochtergesellschaften und Zweigniederlassungen im In- und Ausland zu errichten sowie andere Unternehmen, einschließlich der Daimler-Benz Aktiengesellschaft, Stuttgart/Deutschland, und der Chrysler Corporation, Auburn Hills, Michigan/U.S.A., zu erwerben oder sich an ihnen zu beteiligen.

Die außerordentliche Hauptversammlung vom 17. September 1998 hat u.a. beschlossen, den satzungsmäßigen Gegenstand der Gesellschaft wie folgt zu ändern:

„Gegenstand der Gesellschaft ist die unmittelbare oder mittelbare Tätigkeit auf dem Gebiet der Entwicklung, der Herstellung und des Vertriebs von Erzeugnissen und der Erbringung von Dienstleistungen, insbesondere in folgenden Geschäftszweigen:

–  Landfahrzeuge,

–  Wasser-, Luft- und Raumfahrzeuge sowie sonstige Erzeugnisse der Verkehrs-, Luftfahrt-, Raumfahrt- und Meerestechnik,

–  Motoren und andere technische Antriebe,

–  Anlagen, Maschinen und Geräte für die Erzeugung, Übertragung und Nutzung von Energie,

–  elektrische und elektronische Geräte, Anlagen und Systeme,

–  Kommunikations- und Informationstechnik, Unternehmensberatung,

–  Finanzdienstleistungen, Versicherungsvermittlungen, Media- und Messeaktivitäten und

–  Verwaltung und Entwicklung von Immobilien.

Die Gesellschaft ist zu allen Handlungen und Maßnahmen berechtigt, die der Erreichung des Gesellschaftszwecks dienen.

Die Gesellschaft kann Zweigniederlassungen im In- und Ausland errichten sowie sich an anderen Unternehmen beteiligen. Die Gesellschaft kann Unternehmen erwerben oder sie veräußern, sie unter einheitlicher Leitung zusammenfassen und Unternehmensverträge mit ihnen schließen oder sich auf die Verwaltung der Beteiligung beschränken. Sie ist berechtigt, ihren Betrieb ganz oder teilweise in Beteiligungsunternehmen auszugliedern.

Die Gesellschaft darf genehmigungsbedürftige Finanzdienstleistungen sowie Bank- und Immobiliengeschäfte nicht unmittelbar selbst tätigen."

Diese Satzungsänderung wurde nach Eintragung der Durchführung der Daimler-Benz-Sachkapitalerhöhung und der Chrysler-Sachkapitalerhöhung im Handelsregister eingetragen.

### Kapitalverhältnisse

*Grundkapital Daimler-Benz AG*

Die Aktien sind an den Wertpapierbörsen zu Stuttgart, Berlin, Bremen, Düsseldorf, Frankfurt am Main, Hannover und München zum Börsenhandel mit amtlicher Notierung zugelassen. Sie werden darüber hinaus an der Schweizer Börse sowie an den Wertpapierbörsen zu London, Tokio und Wien notiert. An der Börse in New York wurden die Aktien in Form von American Depositary Shares

("ADSs") letztmalig am 6. November 1998 gehandelt. An der Börse in Singapur ist beabsichtigt, die Notierung der Aktien in Form von Singapore Depositary Shares ("SDSs") einstellen zu lassen.

Das Grundkapital der Daimler-Benz AG betrug per 31. Dezember 1997 DM 2.583.741.685,-. Es war wie folgt in auf den Inhaber lautende Aktien eingeteilt:

| Stück | Nennbetrag je Stück DM | Nennbetrag insgesamt DM |
|---|---|---|
| 4.227.977 | 5,- | 21.139.885,- |
| 552.414 | 50,- | 27.620.700,- |
| 397.881 | 100,- | 39.788.100,- |
| 2.495.193 | 1.000,- | 2.495.193.000,- |

Die Daimler-Benz AG hat in ihrer Hauptversammlung vom 27. Mai 1998 nach Maßgabe des Gesetzes über die Zulassung von Stückaktien (Stückaktiengesetz) die Einführung der Stückaktie mit einem auf je eine Stückaktie entfallenden anteiligen Betrag des Grundkapitals von DM 5,- beschlossen. An die Stelle jeweils einer Aktie im Nennbetrag von DM 5,- ist eine Stückaktie, an die Stelle jeweils einer Aktie im Nennbetrag von DM 50,- sind zehn Stückaktien, an die Stelle jeweils einer Aktie im Nennbetrag von DM 100,- sind 20 Stückaktien und an die Stelle jeweils einer Aktie im Nennbetrag von DM 1.000,- sind 200 Stückaktien getreten. Die Stimmrechte aus den Aktien wurden entsprechend angepaßt. Die ausgegebenen Aktienurkunden, die noch auf einen Nennbetrag lauten, bleiben bestehen.

Die Satzungsänderungen sind am 5. August 1998 in das Handelsregister eingetragen worden.

Ferner wurden Vorstand und Aufsichtsrat ermächtigt, nach dem 1. Januar 1999 die auf DM lautenden Betragsangaben in der Satzung auf Euro umzustellen.

Von den Ermächtigungen, das Grundkapital

• gemäß § 3 Abs. 2 der Satzung bis zum 30. April 2001 bis zu DM 500.000.000,- (genehmigtes Kapital I) und

• gemäß § 3 Abs. 7 der Satzung bis zum 30. Juni 2002 bis zu DM 20.000.000,- (genehmigtes Kapital III)

jeweils durch Ausgabe neuer Aktien gegen Bareinlagen zu erhöhen, hat der Vorstand am 2. Juni 1998 mit Zustimmung des Aufsichtsrats teilweise Gebrauch gemacht und das Grundkapital von DM 2.583.741.685,- um insgesamt DM 261.898.375,- auf DM 2.845.640.060,- gegen Bareinlagen durch Ausgabe von insgesamt Stück 52.379.675 auf den Inhaber lautenden Aktien zu je DM 5,- mit voller Gewinnberechtigung für das Geschäftsjahr 1998 erhöht. Die Beschlüsse über die Kapitalerhöhungen und ihre Durchführung sind am 5. Juni 1998 in das Handelsregister eingetragen worden.

In den ersten neun Monaten des Geschäftsjahres 1998 wurde das Grundkapital um insgesamt DM 23.490.630,- erhöht durch Ausgabe von insgesamt 4.698.126 auf den Inhaber lautenden Stückaktien aus Ausübung von Options- bzw. Wandlungsrechten aus der 4 1/8 % DM-Optionsanleihe von 1996/2003 der Daimler-Benz Capital (Luxembourg) AG und der 5 3/4 % DM-Pflichtwandelanleihe von 1997/2002 sowie der 5,9 % DM-Wandelanleihe von 1996/2006 der Daimler-Benz AG.

Das Grundkapital betrug zum 30. September 1998 DM 2.869.130.690,-. Das Grundkapital ist voll eingezahlt.

Die Daimler-Benz AG hat in ihrer Hauptversammlung vom 27. Mai 1998 den Vorstand ermächtigt,

• gemäß § 3 Abs. 6 der Satzung das Grundkapital bis zum 30. April 2003 um insgesamt bis zu DM 500.000.000,- durch Ausgabe neuer Aktien gegen Bareinlagen zu erhöhen (genehmigtes Kapital II) und

• gemäß § 3 Abs. 3 der Satzung das Grundkapital in der Zeit bis zum 30. Juni 2002 um insgesamt bis zu DM 50.000.000,- durch Ausgabe neuer Aktien zu erhöhen (genehmigtes Kapital IV).

Im Zusammenhang mit der 4 1/8 % DM 1.200.000.000,- Optionsanleihe von 1996/2003 der Daimler-Benz Capital (Luxembourg) AG hat die Daimler-Benz AG Optionsscheine ausgegeben. Das Optionsrecht bezieht sich jeweils auf einen Aktienkorb, der aus 10.254 Aktien der Daimler-Benz AG besteht, eingeteilt in 6.408 neue Aktien je Aktienkorb und 3.846 alte Aktien je Aktienkorb. Die Anleihe ist mit insgesamt 1.200.000 Optionsscheinen ausgestattet, die zum Erwerb von 7.689.600 Stück neuen auf den Inhaber lautenden Stückaktien mit einem auf diese Aktien entfallenden Betrag des Grundkapitals der Daimler-Benz AG von DM 38.448.000,- berechtigen. Die Optionsrechte können bis zum 19. Juni 2003 entweder durch Übertragung der Teilschuldverschreibung mit dazugehörigem Darlehensanspruch, seit dem 26. Juni 1998 zu einem Ausgabepreis von DM 83,87, oder durch Zahlung in Geld, seit dem 26. Juni 1998 zu einem Ausgabepreis von DM 87,45, ausgeübt werden. Durch bereits erfolgte Ausübung von Optionsrechten sind bis zum 30. September 1998 4.661.916 neue Aktien im Nennbetrag von je DM 5,- der Daimler-Benz AG ausgegeben worden.

Des weiteren hat die Daimler-Benz AG den Inhabern der nachrangigen Teilschuldverschreibungen aus der 5 ¾ % DM-Wandelanleihe von 1997/2002 mit Pflichtwandlung („DM-Pflichtwandelanleihe 1997/2002") Wandlungsrechte gewährt. Die Anleihe ist in insgesamt 7.600.000 Teilschuldverschreibungen mit Pflichtwandlung eingeteilt, die in mindestens 6.551.200, höchstens jedoch 9.500.000 neue Stückaktien mit einem auf eine Stückaktie entfallenden anteiligen Betrag des Grundkapitals von DM 5,– gewandelt werden. Bis zum 4. Juni 2002 besteht ein freiwilliges Wandlungsrecht zum höchsten Wandlungspreis von DM 151,62. Alle bis dahin nicht gewandelten Teilschuldverschreibungen werden am 14. Juni 2002 zwingend in Aktien gewandelt. Die Pflichtwandlung erfolgt mindestens zum geringsten Wandlungspreis von DM 104,56 und höchstens zum höchsten Wandlungspreis von DM 151,62. Seit Begebung dieser Anleihe bis zum 30. September 1998 sind durch Wandlung 3.343 neue Aktien im Nennbetrag von je DM 5,– der Daimler-Benz AG ausgegeben worden.

Zur Sicherung der Bezugsrechte aus der DM-Optionsanleihe 1996/2003 sowie der DM-Pflichtwandelanleihe 1997/2002 dient ein bedingtes Kapital gemäß § 3 Abs. 4 der Satzung.

Die Daimler-Benz AG hat ferner den Inhabern der Wandelschuldverschreibungen aus der 5,9 % DM-Wandelanleihe von 1996/2006 („DM-Wandelanleihe 1996/2006") Wandlungsrechte gewährt. Die Anleihe war ursprünglich mit insgesamt 889.000 Wandlungsrechten ausgestattet, die zum Erwerb von 889.000 neuen Stückaktien mit einem auf je eine Stückaktie entfallenden anteiligen Betrag des Grundkapitals von DM 5,–, d.h. im Gesamtbetrag von DM 4.445.000,–, berechtigen; die Wandlungsrechte sind bis zum 12. Juli 2006 zum Ausgabepreis von DM 83,77 je Stückaktie auszuüben. Nach Rückabwicklungen und Ausübungen standen am 1. Oktober 1998 noch 63.000 Wandlungsrechte aus.

Die Daimler-Benz AG hat ferner den Inhabern der Wandelschuldverschreibungen aus der 5,3 % DM-Wandelanleihe von 1997/2007 („DM-Wandelanleihe 1997/2007") Wandlungsrechte gewährt. Die Anleihe war ursprünglich mit insgesamt 7.429.600 Wandlungsrechten ausgestattet, die zum Erwerb von 7.429.600 neuen Stückaktien mit einem auf je eine Stückaktie entfallenden anteiligen Betrag des Grundkapitals von DM 5,–, d.h. im Gesamtbetrag von DM 37.148.000,–, berechtigen; die Wandlungsrechte sind bis zum 16. Juli 2007 zum Ausgabepreis von DM 129,53 je Stückaktie (seit dem 26. Juni 1998) auszuüben. Wandlungsrechte wurden bisher noch nicht ausgeübt. Nach Rückab-

wicklungen standen am 1. Oktober 1998 noch 7.335.600 Wandlungsrechte aus.

Die Daimler-Benz AG hat außerdem den Inhabern von Wandelschuldverschreibungen aus der 4,4 % DM-Wandelanleihe von 1998/2008 („DM-Wandelanleihe 1998/2008") Wandlungsrechte gewährt. Die Anleihe ist mit insgesamt 8.115.200 Wandlungsrechten ausgestattet, die zum Erwerb von 8.115.200 neuen Stückaktien mit einem auf je eine Stückaktie entfallenden anteiligen Betrag des Grundkapitals von DM 5,–, d.h. im Gesamtbetrag von DM 40.576.000,–, berechtigen; die Wandlungsrechte sind bis zum 17. Juli 2008 zum Ausgabepreis von DM 181,43 je Stückaktie auszuüben. Es sind noch keine Wandlungsrechte ausgeübt worden.

Zur Sicherung der Bezugsrechte aus der DM-Wandelanleihe 1996/2006, der DM-Wandelanleihe 1997/2007 und der DM-Wandelanleihe 1998/2008 dient ein bedingtes Kapital gemäß § 3 Abs. 5 der Satzung.

Von der in der Hauptversammlung vom 27. Mai 1998 erteilten Ermächtigung, bis zum 30. April 2003 Options- und/oder Wandelschuldverschreibungen im Gesamtnennbetrag von bis zu DM 5.000.000.000,– zu begeben, hat der Vorstand noch nicht Gebrauch gemacht. Aus dem ebenfalls in der Hauptversammlung vom 27. Mai 1998 beschlossenen bedingten Kapital in Höhe von DM 200.000.000,– (bedingtes Kapital III) zur Sicherung von Bezugsrechten aus Wandel- und Optionsanleihen sind ebenfalls noch keine Aktien ausgegeben worden

Ebenso hat die Daimler-Benz AG von dem gemäß § 3 Abs. 3 der Satzung ausgewiesenen genehmigten Kapital in Höhe von DM 50.000.000,– (genehmigtes Kapital IV) zur Ausgabe von Belegschaftsaktien noch keinen Gebrauch gemacht.

### Grundkapital Chrysler Corporation

Die Stammaktien von Chrysler wurden in den Vereinigten Staaten an der New York Stock Exchange, Chicago Stock Exchange, Pacific Stock Exchange und Philadelphia Stock Exchange notiert. Ferner wurden die Chrysler-Stammaktien an der Montreal Stock Exchange, Toronto Stock Exchange, der London Stock Exchange sowie an den Wertpapierbörsen in Frankfurt am Main, Berlin und München gehandelt.

Das Grundkapital der Chrysler Corporation setzt sich zusammen aus Stammaktien und Vorzugsaktien im Nennbetrag von je US$ 1,00 pro Aktie. Die Chrysler Corporation ist nach ihrer Satzung berechtigt, insgesamt 1.020.000.000 Aktien auszugeben (autorisierte Aktien). Diese zur Ausgabe autorisierten Aktien (Authorized Shares) sind zu unterscheiden von den tatsächlich ausgegebenen Aktien (Issued

Shares). Bei den ausgegebenen Aktien ist wiederum zu unterscheiden zwischen solchen Aktien, die von den Chrysler-Aktionären gehalten werden, die also ausstehend sind (Outstanding Shares), und den von der Gesellschaft selbst gehaltenen eigenen Aktien (Treasury Shares). Solche eigenen Aktien vermitteln keine Stimmrechte.

Kapital der Chrysler Corporation zum 30. September 1998:

- autorisierte Chrysler-Aktien
  (gesamt) ......................................... 1.000.000.000 Aktien
- autorisierte Chrysler-
  Vorzugsaktien (gesamt) ....................... 20.000.000 Aktien
  - ausgegebene und
    ausstehende Chrysler-
    Aktien (gesamt) .............................. 647.423.781 Aktien
  - ausgegebene und
    ausstehende Chrysler-
    Vorzugsaktien (gesamt) ....................... keine[1])
  - Bestand an eigenen
    Chrysler-Aktien
    (gesamt) ....................................... 176.572.223 Aktien
  - Bestand an eigenen
    Chrysler-Vorzugsaktien
    (gesamt) ....................................... keine

[1]) Chrysler hat alle ausstehenden Vorzugsaktien zum 17. Juli 1998 eingezogen.

Chrysler-Aktien, die im Zusammenhang mit Vergütungsprogrammen und Vorzugsaktien mit Umtauschrecht reserviert sind (zum 30. September 1998):

| Zweck | Erforderliche Aktien |
| --- | --- |
| Stock Compensation Plans | 58.652.638[1]) |
| Umwandlung von Chrysler-Series A Vorzugsaktien | keine[2]) |
| Umwandlung von American Motors Corporation ("AMC")-Aktien | 682[3]) |
| Gesamtzahl | 58.653.320 |

[1]) Diese Aktien sind erforderlich, um die 36.066.489 ausstehenden Stock Options, 1.943.100 Bezugsrechte auf Chrysler-Performance-Aktien und 79.403 Stock-Units für Directors zu erfüllen, zuzüglich 20.563.646 verbleibende Aktien, die für weitere Zuteilungen zur Verfügung stehen.
[2]) Chrysler hat alle ausstehenden Vorzugsaktien zum 17. Juli 1998 eingezogen.
[3]) Chrysler-Aktien, die zum Umtausch gegen Angebot von AMC-Aktien erforderlich sind.

### Grundkapital DaimlerChrysler AG

Das Grundkapital der DaimlerChrysler AG betrug DM 100.000,–. Es war eingeteilt in 20.000 auf den Namen lautende Stückaktien mit einem auf je eine Stückaktie entfallenden Anteil am Grundkapital von DM 5,–. Alleiniger Aktionär war Sal. Oppenheim jr. & Cie. Kommanditgesellschaft auf Aktien, Köln.

### Erste Stufe des Zusammenschlusses – Daimler-Benz-Sachkapitalerhöhung/Chrysler-Sachkapitalerhöhung

Im Rahmen der Daimler-Benz-Sachkapitalerhöhung und des damit verbundenen Umtauschangebots wurden die von den Daimler-Benz-Aktionären eingereichten Aktien als Sacheinlagen gegen Ausgabe neuer DaimlerChrysler-Aktien in die DaimlerChrysler AG eingebracht.

Die Einbringung der Daimler-Benz-Aktien erfolgte durch die Deutsche Bank AG als Treuhänderin der Daimler-Benz-Aktionäre, auf die die Aktien zunächst zu diesem Zweck von den tauschenden Daimler-Benz-Aktionären übertragen wurden.

Parallel wurden durch die Bank of New York die von ihr im Rahmen des Reverse Triangular Merger erworbenen Aktien an der Chrysler Corporation als Sacheinlagen in einer weiteren Kapitalerhöhung gegen Ausgabe neuer DaimlerChrysler-Aktien ebenfalls in die DaimlerChrysler AG eingebracht.

Die Deutsche Bank AG hat die Aktien der Daimler-Benz-Aktionäre aufschiebend bedingt durch die Eintragung der Durchführung der Kapitalerhöhung gegen Sacheinlagen in Form der Daimler-Benz-Aktien erworben. Entsprechend stand auch der Einbringungsvertrag unter der aufschiebenden Bedingung der Eintragung der Durchführung dieser Kapitalerhöhung.

Schließlich wurde zur Sicherstellung der ordnungsmäßigen und abgestimmten Durchführung der Kapitalerhöhungen gegen Sacheinlagen der Vorstand der DaimlerChrysler AG durch Beschluß der Hauptversammlung der DaimlerChrysler AG angewiesen, die Durchführung der Kapitalerhöhungen mit der Maßgabe anzumelden, daß die Durchführung der Daimler-Benz-Sachkapitalerhöhung erst dann in das Handelsregister der DaimlerChrysler AG eingetragen wird, wenn hinsichtlich der Eintragung der Durchführung der Chrysler-Sachkapitalerhöhung keine Eintragungshindernisse bestehen.

Somit übertrugen die Daimler-Benz-Aktionäre endgültig erst dann das Eigentum an den Aktien, als feststand, daß auch die Durchführung der Chrysler-Sachkapitalerhöhung eingetragen wird.

Die Höhe des Betrages, um den das Grundkapital der DaimlerChrysler AG im Rahmen der Kapitalerhöhungen gegen Sacheinlagen in Form der Daimler-Benz-Aktien und der Chrysler-Aktien erhöht wurde, hing davon ab, wie viele Daimler-Benz-Aktien zum Tausch eingereicht wurden. Der Gesamtumfang der im Rahmen des Tausches übertragenen Daimler-Benz-Aktien bestimmte auch die Zahl der einzubringenden Chrysler-Aktien, da wegen des Erreichens der Zielquote von mindestens 90% zum Tausch angebotener Daimler-Benz-Aktien die Chrysler Corporation einen Teil ihrer eigenen Aktien (Treasury Stock) wieder ausgeben mußte, um die Anwendung der Pooling of Interests-Methode sicherzustellen.

Nach der Einbringung der von den Daimler-Benz-Aktionären zum Tausch eingereichten Daimler-Benz-Aktien durch die Deutsche Bank AG ist die DaimlerChrysler AG mit rd. 98% am Grundkapital der Daimler-Benz AG beteiligt. Die restlichen Aktien befinden sich weiterhin im Streubesitz. Nach der Einbringung aller Chrysler-Aktien durch die Bank of New York ist die DaimlerChrysler AG alleinige Aktionärin der Chrysler Corporation.

Die außerordentliche Hauptversammlung der DaimlerChrysler AG vom 17. September 1998 hatte u.a. beschlossen, das Grundkapital von DM 100.000,– um bis zu DM 3.100.000.000,– auf bis zu DM 3.100.100.000,– sowie um bis zu weitere DM 2.200.000.000,– zu erhöhen. Zur Zeichnung der auf den Erhöhungsbetrag von bis zu DM 3.100.000.000,– entfallenden neuen Aktien wurde die Deutsche Bank AG zugelassen; zur Zeichnung der auf den Erhöhungsbetrag von bis zu DM 2.200.000.000,– entfallenden neuen Aktien wurde die Bank of New York zugelassen.

Es handelte sich um „bis zu"-Kapitalerhöhungen, weil bei Beschlußfassung die Zahl der im Umtauschverfahren eingereichten Daimler-Benz-Aktien noch nicht feststand. Die Höhe des Betrages der Daimler-Benz-Sachkapitalerhöhung hing nicht nur von der Zahl der zum Umtausch eingereichten Daimler-Benz-Aktien ab, sondern auch davon, ob für eine Daimler-Benz-Aktie eine DaimlerChrysler-Aktie oder – bei Erreichen einer Umtauschquote von 90% oder mehr – 1,005 DaimlerChrysler-Aktien gewährt wurden. Die Höhe des Betrages der Chrysler-Sachkapitalerhöhung hing ebenfalls davon ab, ob eine Umtauschquota von 90% oder mehr erreicht worden ist. Da dies der Fall war, hat Chrysler 23,5 Mio. Stück eigener Aktien (Treasury Stock) an den Chrysler Corporation Master Retirement Trust ausgegeben. Der Trust dient zur Abdeckung zukünftiger Pensionsverpflichtungen von Chrysler. Die Ausgabe der 23,5 Mio. Aktien an den Trust erfolgte ohne Zahlung eines Kaufpreises. Die Anzahl der ausgegebenen Chrysler-Aktien und damit die Anzahl der zu gewährenden DaimlerChrysler-Aktien hat sich entsprechend erhöht.

Ferner hat die Hauptversammlung am 17. September 1998 genehmigte Kapitalerhöhungen (genehmigtes Kapital I: DM 500.000.000,–; genehmigtes Kapital II: DM 50.000.000,–, jeweils befristet bis zum 30. April 2003) beschlossen. Der Vorstand der DaimlerChrysler AG wurde angewiesen, die genehmigten Kapitalerhöhungen mit der Maßgabe anzumelden, daß die genehmigten Kapitalerhöhungen erst dann in das Handelsregister eingetragen werden, wenn die Durchführung der Daimler-Benz-Sachkapitalerhöhung und der Chrysler-Sachkapitalerhöhung eingetragen ist.

Die Durchführung der Daimler-Benz-Sachkapitalerhöhung um DM 2.833.010.900,– und der Chrysler-Sachkapitalerhöhung um DM 2.123.242.615,– auf insgesamt DM 4.956.353.515,– ist am 12. November 1998 in das Handelsregister des Amtsgerichts Stuttgart eingetragen worden.

Schließlich hat die Hauptversammlung am 17. September 1998 dem Verschmelzungsvertrag zwischen der DaimlerChrysler AG und der Daimler-Benz Aktiengesellschaft vom 4. August 1998 zugestimmt und eine Kapitalerhöhung zur Durchführung der Verschmelzung um bis zu DM 720.000.000,– beschlossen. Der Aufsichtsrat der DaimlerChrysler AG hat am 14. September 1998 den Nachgründungsbericht hinsichtlich der Verschmelzung entsprechend § 52 Abs. 3 AktG (i.V. mit § 67 UmwG) erstattet und der Hauptversammlung empfohlen, dem Verschmelzungsvertrag zuzustimmen. Der vom Amtsgericht Stuttgart bestellte Nachgründungsprüfer, BDO Deutsche Warentreuhand Aktiengesellschaft Wirtschaftsprüfungsgesellschaft, Frankfurt am Main, hat am 16. September 1998 seinen Prüfungsbericht entsprechend § 52 Abs. 4 AktG erstattet. Der Prüfer kommt insbesondere zu dem Ergebnis, daß keine Anhaltspunkte gegen die Richtigkeit und Vollständigkeit der Feststellungen des Aufsichtsrats in dessen Prüfungsbericht ersichtlich sind und daß der Wert des Vermögens der Daimler-Benz AG den geringsten Ausgabebetrag im Sinne des § 34 Abs. 1 Nr. 2 AktG der von der DaimlerChrysler AG zur Durchführung der Verschmelzung an die außenstehenden Aktionäre der Daimler-Benz AG zu gewährenden neuen Aktien erreicht.

Zwei bedingte Kapitalerhöhungen zur Durchführung der Verschmelzung mit Erhöhungsbeträgen bis zu DM 85.500.000,– und bis zu DM 78.300.000,– sowie zwei weitere bedingte Kapitalerhöhungen (ebenfalls mit Erhöhungsbeträgen von bis zu DM 85.500.000,– und bis zu DM 78.300.000,–) zur Gewährung gleichwertiger Rechte im Sinne von § 23 UmwG sind in der außerordentlichen Haupt-

versammlung vom 12. November 1998 beschlossen worden. Der Vorstand wurde angewiesen, die Verschmelzung erst zur Eintragung in das Handelsregister anzumelden, wenn die Durchführung der Daimler-Benz-Sachkapitalerhöhung und der Chrysler-Sachkapitalerhöhung in das Handelsregister eingetragen worden ist. Die bedingten Kapitalerhöhungen zur Gewährung gleichwertiger Rechte im Sinne von § 23 UmwG sollen erst dann eingetragen werden, wenn die Verschmelzung eingetragen worden ist.

Die Beschlüsse über die Kapitalerhöhung zur Durchführung der Verschmelzung sowie die beiden bedingten Kapitalerhöhungen zur Durchführung der Verschmelzung sind am 12. November 1998 in das Handelsregister des Amtsgerichts Stuttgart eingetragen worden.

*Zweite Stufe des Zusammenschlusses – Verschmelzung der Daimler-Benz AG als übertragende Gesellschaft auf die DaimlerChrysler AG als übernehmende Gesellschaft*

Zweite Stufe des Zusammenschlusses ist die Verschmelzung der Daimler-Benz AG als übertragende Gesellschaft auf die DaimlerChrysler AG als übernehmende Gesellschaft.

Dadurch werden den nach der Durchführung des Umtauschangebots und der Daimler-Benz-Sachkapitalerhöhung noch außenstehenden Aktionären der Daimler-Benz AG Aktien der DaimlerChrysler AG gewährt. Zu diesem Zweck hat die DaimlerChrysler AG am 17. September 1998 eine weitere Erhöhung ihres Grundkapitals um bis zu DM 720.000.000,– zur Durchführung der Verschmelzung beschlossen (§ 66 UmwG), und zwar durch Ausgabe von bis zu 144.000.000 auf den Namen lautenden Stückaktien mit einem auf eine Stückaktie entfallenden Anteil am Grundkapital von DM 5,– (siehe oben).

Ferner hat die außerordentliche Hauptversammlung der DaimlerChrysler AG vom 12. November 1998 zwei bedingte Kapitalerhöhungen zur Durchführung der Verschmelzung sowie zwei weitere bedingte Kapitalerhöhungen zur Gewährung gleichwertiger Rechte im Sinne von § 23 UmwG beschlossen. Die bedingten Kapitalerhöhungen zur Durchführung der Verschmelzung werden nur insoweit durchgeführt, als aufgrund der Ausübung von Options- und Wandlungsrechten in der Zeit vom 1. Juli 1998 bis zum Wirksamwerden der Verschmelzung neue Stückaktien der Daimler-Benz AG ausgegeben werden, die nicht vor Wirksamwerden der Verschmelzung in Aktien der DaimlerChrysler AG umgetauscht werden und daher über die durch unbedingte Kapitalerhöhung zur Durchführung der Verschmelzung geschaffenen bis zu 144.000.000 Stückaktien hinaus weitere Stückaktien der DaimlerChrysler AG benötigt werden, um alle bei Wirksamwerden der Verschmel-

zung vorhandenen Aktien außenstehender Aktionäre der Daimler-Benz AG in Stückaktien der DaimlerChrysler AG umzutauschen. Die bedingten Kapitalerhöhungen zur Gewährung gleichwertiger Rechte im Sinne von § 23 UmwG stellen Aktien für diejenigen Inhaber von Options- und Wandlungsrechten bereit, die ihre Rechte erst nach Wirksamwerden der Verschmelzung ausüben.

Da bei Abschluß des Verschmelzungsvertrags die Zahl der im Umtauschverfahren eingebrachten Daimler-Benz-Aktien noch nicht feststand, war auch die zur Durchführung der Verschmelzung beschlossene Kapitalerhöhung eine „bis zu"-Kapitalerhöhung. Darüber hinaus hing die Höhe des Betrages, um den das Grundkapital zu erhöhen ist, davon ab, ob für eine Daimler-Benz-Aktie eine DaimlerChrysler-Aktie oder – bei Erreichen einer Umtauschquote von 90 % oder mehr – 1,005 DaimlerChrysler-Aktien gewährt werden.

Gemäß § 66 UmwG ist die Eintragung der Durchführung dieser Kapitalerhöhung Voraussetzung für die Eintragung der Daimler-Benz-Verschmelzung in die Handelsregister der Daimler-Benz AG und der DaimlerChrysler AG. Die Kapitalerhöhung gilt mit dem Abschluß des Verschmelzungsvertrages und den Zustimmungsbeschlüssen der Hauptversammlungen der Daimler-Benz AG und der DaimlerChrysler AG als durchgeführt. Die Verschmelzung wird mit Eintragung im Handelsregister der DaimlerChrysler AG wirksam. Mit Wirksamkeit der Verschmelzung werden die außenstehenden Aktionäre der Daimler-Benz AG Aktionäre der DaimlerChrysler AG. Der Zusammenschluß der Daimler-Benz AG und der Chrysler Corporation in der DaimlerChrysler AG ist damit vollzogen.

Die außerordentliche Hauptversammlung der DaimlerChrysler AG vom 12. November 1998 hat u.a. über folgende Tagesordnungspunkte Beschluß gefaßt:

1. Zustimmung zum Nachgründungs- und Einbringungsvertrag mit Deutsche Bank AG, Frankfurt am Main.

2. Zustimmung zum Nachgründungs- und Einbringungsvertrag mit The Bank of New York, New York.

3. Genehmigte Kapitalerhöhung: Ermächtigung des Vorstands, das Grundkapital der Gesellschaft in der Zeit bis zum 31. Dezember 1999 um insgesamt bis zu DM 150.000.000,– durch Ausgabe neuer auf den Namen lautender Stückaktien gegen Sacheinlagen zu erhöhen. Zur Zeichnung der neuen Aktien sind ausschließlich Aktionäre der Daimler-Benz Aktiengesellschaft oder für Aktionäre der Daimler-Benz Aktiengesellschaft handelnde Treuhänder zugelassen. Das Be-

zugsrecht der Aktionäre ist ausgeschlossen. Als Gegenleistung sind Aktien der Daimler-Benz Aktiengesellschaft an die Gesellschaft zu übertragen. Für jede Stückaktie der Daimler-Benz Aktiengesellschaft werden 1,005 Stückaktien der Gesellschaft ausgegeben.

4. Satzungsänderung betreffend erster Aufsichtsrat: Mit Eintragung dieser Satzungsänderung am 12. November 1998 in das Handelsregister endete die Amtszeit des ersten Aufsichtsrats.

Eine weitere außerordentliche Hauptversammlung der DaimlerChrysler AG vom 12. November 1998 hat neben den bedingten Kapitalerhöhungen zur Durchführung der Verschmelzung und zur Gewährung gleichwertiger Rechte im Sinne von § 23 UmwG (siehe oben) über folgende Tagesordnungspunkte Beschluß gefaßt:

1. Ermächtigung des Vorstands zur Begebung von Options- und Wandelanleihen nebst bedingter Kapitalerhöhung und Satzungsänderung:

   a) Ermächtigung des Vorstands, bis zum 30. April 2003 mit Zustimmung des Aufsichtsrats einmalig oder mehrmals auf den Inhaber lautende Options- und/oder Wandelschuldverschreibungen im Gesamtnennbetrag von bis zu DM 5.000.000.000,– mit einer Laufzeit von längstens 20 Jahren zu begeben und den Inhabern von Optionsschuldverschreibungen Optionsrechte bzw. den Inhabern von Wandelschuldverschreibungen Wandlungsrechte auf bis zu 40.000.000 Stückaktien nach näherer Maßgabe der Options- bzw. Wandelanleihebedingungen zu gewähren.

   b) Das Grundkapital wird um bis zu DM 200.000.000,– durch Ausgabe von bis zu 40.000.000 Stückaktien bedingt erhöht (bedingtes Kapital). Die bedingte Kapitalerhöhung dient der Gewährung von Rechten an die Inhaber bzw. Gläubiger von Options- und Wandelschuldverschreibungen, die gemäß vorstehender Ermächtigung unter a) bis zum 30. April 2003 von der Gesellschaft oder durch eine 100%ige unmittelbare oder mittelbare Beteiligungsgesellschaft der Gesellschaft unter Garantie der DaimlerChrysler AG begeben werden.

2. Anweisung an den Vorstand zur Anmeldung zum Handelsregister: Die bedingten Kapitalerhöhungen zur Durchführung der Verschmelzung sollen ebenso wie die Verschmelzungskapitalerhöhung bereits vor Anmel-

dung der Verschmelzung zur Eintragung in das Handelsregister der DaimlerChrysler AG angemeldet werden. Die bedingten Kapitalerhöhungen zur Gewährung gleichwertiger Rechte im Sinne von § 23 UmwG sollen zusammen mit der Verschmelzung angemeldet und erst eingetragen werden, wenn auch die Verschmelzung eingetragen ist. Die bedingte Kapitalerhöhung zur Unterlegung der Ermächtigung zur Ausgabe von Options- und Wandelanleihen soll erst in das Register eingetragen werden, nachdem die Daimler-Benz-Sachkapitalerhöhung und Chrysler-Sachkapitalerhöhung eingetragen worden sind.

### Geschäftsjahr, Bekanntmachungen, Zahl- und Anmeldestellen

Das Geschäftsjahr der DaimlerChrysler AG ist das Kalenderjahr.

Die die Aktien betreffenden Bekanntmachungen der Gesellschaft erscheinen im Bundesanzeiger und in mindestens einem überregionalen Pflichtblatt der deutschen Wertpapierbörsen.

Die DaimlerChrysler AG ist verpflichtet, an den genannten deutschen Börsenplätzen mindestens je ein Kreditinstitut als Zahl- und Anmeldestelle bekanntzugeben, an dessen Schaltern alle die Aktien betreffenden Maßnahmen durchgeführt werden können. Zahl- und Anmeldestellen sind in Deutschland derzeit die Niederlassungen der Deutsche Bank AG.

### Abschlußprüfer

Abschlußprüfer der Gesellschaft ist die KPMG Deutsche Treuhand-Gesellschaft Aktiengesellschaft Wirtschaftsprüfungsgesellschaft, Marie-Curie-Straße 30, D-60439 Frankfurt am Main („KPMG").

Abschlußprüfer der Daimler-Benz AG ist die KPMG. Die Konzernabschlüsse zum 31. Dezember 1995, 1996 und 1997 des Daimler-Benz-Konzerns sind von der KPMG unter Einbeziehung der deutschen und der US-amerikanischen Grundsätze ordnungsgemäßer Durchführung von Abschlußprüfungen geprüft worden. Diese stellen die Vermögens- und Finanzlage sowie die Ertragslage und die Zahlungsströme des Daimler-Benz-Konzerns in allen wesentlichen Belangen angemessen dar. Mit der Ausnahme der von Daimler-Benz angewandten, von der Securities und Exchange Commission (SEC) jedoch ausdrücklich erlaubten Quotenkonsolidierung stehen diese Konzernabschlüsse im Einklang mit den US-amerikanischen Rechnungslegungsgrundsätzen (United States Generally Accepted Accounting Principles).

Abschlußprüfer der Chrysler Corporation ist Deloitte & Touche, Suite 1600, 200 Renaissance Center, Detroit, Michigan 48243-1274, USA. Sie haben die konsolidierten Jahresabschlüsse der Gesellschaft für die Geschäftsjahre 1995, 1996 und 1997 geprüft und jeweils ihren uneingeschränkten Bestätigungsvermerk erteilt.

### Investitionen

Die Investitionen in Sachanlagen dürften 1998 im Daimler-Benz-Konzern auf über DM 9 Mrd. ansteigen. Schwerpunkte liegen bei den Produktanläufen im Geschäftsbereich Mercedes-Benz, dem Ausbau des Fahrzeugvertriebs in Asien, der Ausweitung des Maintenance-Geschäfts im Geschäftsbereich Antriebe Luftfahrt und dem Projekt Potsdamer Platz. Die Finanzierung der Investitionen erfolgt überwiegend aus dem Cash flow der Geschäftstätigkeit.

Chrysler hat in den drei dem 31. Dezember 1997 vorangegangenen Geschäftsjahren etwa US Dollar 19 Mrd. für Produktentwicklung und den Kauf von Produktionsanlagen aufgewandt. Die Ausgaben für diese Zwecke in den drei folgenden Geschäftsjahren werden sich etwa auf demselben Niveau bewegen oder dieses sogar übersteigen. Zum 31. Dezember 1997 war Chrysler Verpflichtungen zu Investitionen, einschließlich Verpflichtungen im Hinblick auf laufende Bauvorhaben, in Höhe von etwa US Dollar 1,3 Mrd. eingegangen. Die Finanzierung soll aus dem Cash flow der Geschäftstätigkeit und vorhandenen liquiden Mitteln (Barmitteln, entsprechenden Mitteln und liquiden Wertpapieren in Höhe von etwa US Dollar 10,3 Mrd. zum 30. Juni 1998) erfolgen.

### Grundbesitz

Zum Ende des Geschäftsjahres 1997 verfügte der Daimler-Benz-Konzern über Grundbesitz von rd. 63 Mio. m², wovon rd. 16 Mio. m² bebaute Grundstücke sind.

Zum Ende des Geschäftsjahres 1997 verfügte Chrysler (einschließlich der konsolidierten Tochtergesellschaften) über einen Grundbesitz von rund 17.110 Acres (entsprechend rund 69 Mio. m²), wovon rund 76,5 Mio. Square Feet (entsprechend rund 7,6 Mio. m²) bebaut sind.

### Patente und Lizenzen

Die Daimler-Benz AG und ihre Tochtergesellschaften sind nicht von Patenten, Lizenzen, Verträgen oder neuen Herstellungsverfahren abhängig, die von wesentlicher Bedeutung für ihre Geschäftstätigkeit oder Rentabilität sind.

Chrysler besitzt zahlreiche Rechte zum Schutz geistigen Eigentums, einschließlich Patente, Rechte an technologischen Entwicklungen, Warenzeichen, Marken und Copy-

rights, und nimmt Lizenzen zur Nutzung solcher Rechte von anderen in Anspruch, so wie Chrysler auch selbst Lizenzen zur Nutzung seiner eigenen Rechte an andere vergibt. Auch wenn Chrysler keines dieser Rechte für sich genommen für wesentlich hält, hält die Gesellschaft doch die Gesamtheit dieser Rechte für ihre Geschäftstätigkeit für überaus wichtig.

### Gerichts- oder Schiedsverfahren

Gerichts- oder Schiedsverfahren, die einen erheblichen Einfluß auf die wirtschaftliche Lage der DaimlerChrysler AG haben könnten, sind nicht anhängig gewesen, noch sind nach ihrer Kenntnis solche Verfahren anhängig oder angedroht.

Gegen Daimler-Benz-Konzernunternehmen sind verschiedene Prozesse, behördliche Untersuchungen und Verfahren sowie andere Ansprüche anhängig bzw. geltend gemacht oder könnten in Zukunft eingeleitet oder geltend gemacht werden. Rechtsstreitigkeiten sind vielen Unsicherheiten unterworfen, der Ausgang einzelner Verfahren kann nicht mit Sicherheit vorausgesagt werden. Auch wenn eine eventuelle Inanspruchnahme des Unternehmens aus Rechtsstreitigkeiten nicht mit Sicherheit bestimmt werden kann, werden sich daraus ergebende mögliche Verpflichtungen keinen wesentlichen Einfluß auf die Vermögenslage des Daimler-Benz-Konzerns haben.

Der Daimler-Benz AG sind bislang drei Anfechtungsklagen gegen die Beschlußfassungen auf der Hauptversammlung vom 18. September 1998 zugegangen. Eine Anfechtungsklage richtet sich gegen die Beschlußfassung zum Tagesordnungspunkt 2 „Zustimmung zu dem Verschmelzungsvertrag zwischen der DaimlerChrysler AG, Stuttgart, als übernehmender und der Daimler-Benz AG, Stuttgart, als übertragender Gesellschaft"; die weiteren Anfechtungsklagen richten sich sowohl gegen die Beschlußfassung zum Tagesordnungspunkt 2 als auch gegen die Beschlußfassung zum Tagesordnungspunkt 1 „Zustimmung zu dem Zusammenschluß der Daimler-Benz AG, Stuttgart, und der Chrysler Corporation, Auburn Hills, Michigan, USA, in der DaimlerChrysler AG, Stuttgart". Eine der weiteren Anfechtungsklagen richtet sich als Anfechtungs- und Nichtigkeitsklage auch gegen die DaimlerChrysler AG und wendet sich in erster Linie gegen die Sachkapitalerhöhungsbeschlüsse. Trotz dieser Anfechtungsklage sind die Sachkapitalerhöhungen in das Handelsregister eingetragen worden. Nach Überzeugung der Gesellschaft ist die Klage gegen die DaimlerChrysler AG offenkundig unzulässig und unbegründet. Darüber hinaus liegen der Daimler-Benz AG vier Anträge zu der Erlangung von Auskünften vor, die nach dem Vorbringen

den antragstellenden Aktionären auf der Hauptversamm-
lung vom 18. September 1998 nicht gegeben worden sind.

Die Anfechtungsklagen gegen die Daimler-Benz AG ver-
hindern zunächst die Eintragung der Verschmelzung in das
Handelsregister. Die Daimler-Benz AG beabsichtigt jedoch,
bei dem zuständigen Prozeßgericht feststellen zu lassen,
daß die Erhebung der Klagen der Eintragung nicht entge-
gensteht, so daß – bei einer entsprechenden Entscheidung
– die Verschmelzung vor Abschluß der Klageverfahren in
das Handelsregister eingetragen werden kann.

Gegen Chrysler und ihre Tochtergesellschaften sind ver-
schiedene Forderungen und Klagen erhoben, von denen
einige als Sammelklagen eingereicht worden sind und Scha-
densersatz oder andere Abhilfe verlangen, die zu erheb-
lichen Kosten führen könnten. Obwohl diese Verfahren
nach Ansicht von Chrysler zu im ordnungsgemäßen Ge-
schäftsgang routinemäßig anfallenden Klagen gehören,
sind Gerichtsverfahren mit vielen Unwägbarkeiten verbun-
den und ihr Ausgang daher nicht mit Sicherheit vorherseh-
bar. Es ist durchaus möglich, daß Chrysler zur Beilegung
einiger dieser Klagen über einen längeren Zeitraum und in
einem nicht näher abschätzbaren Umfang Ausgaben tätigen
muß, die die Rücklagen der Gesellschaft übersteigen. Auch
wenn die endgültige Beilegung solcher Klagen sich wesent-
lich auf die konsolidierten Ergebnisse des Geschäftsjahres
auswirken könnte, in dem hierfür die Rücklagen berichtigt
werden müssen, geht Chrysler davon aus, daß sich die ent-
sprechenden Berichtigungen nicht wesentlich auf seine
konsolidierte Finanzlage auswirken sollten.

Am 7. und 8. Mai 1998 sind zudem zwei Klagen als
Sammelklagen gegen Chrysler und die Mitglieder seines
Board of Directors beim Court of Chancery im Staate Dela-
ware eingereicht worden (*Maryland Linotype Composition
Co., et al. v. Robert Anthony Lutz, et. al.*, C.A. 16363 NC, und
*Jules Bernstein v. Robert Anthony Lutz, et al.*, C.A. 16369 NC).
Die Kläger, die vorgeben, Aktionäre von Chrysler zu vertre-
ten, behaupten, daß Chrysler und sein Board of Directors
ihre Treuepflichten gegenüber den Aktionären verletzt hät-
ten, indem sie es versäumt hätten, für die im Zuge der
Chrysler-Verschmelzung (vgl. Kapitel IX. dieses Prospekts)
hinzugebenden Chrysler-Aktien den bestmöglichen Preis
auszuhandeln. Die Kläger begehren eine einstweilige Verfü-
gung gegen die Chrysler-Verschmelzung oder hilfsweise
Schadensersatz in Höhe der Differenz zwischen dem Wert
der Gegenleistung für die hingegebenen Chrysler-Aktien
und dem angeblichen bestmöglichen Preis. Chrysler beab-
sichtigt, sich entschieden gegen diese Klagen zu wehren,
sobald sie ihr zugestellt worden sind.

# VI. Aktionäre, Mitarbeiterbeteiligungen, Vergütungsstruktur für Vorstand und Mitarbeiter der DaimlerChrysler AG, Mitteilungs- und Veröffentlichungspflichten

### Aktionäre der DaimlerChrysler AG

Bis zur Durchführung des Umtausches der zum Tausch eingereichten Daimler-Benz-Aktien und Chrysler-Aktien war die Sal. Oppenheim jr. & Cie. KGaA, Köln, Alleingesellschafterin der DaimlerChrysler AG.

### Aktionäre der Daimler-Benz AG

Die Deutsche Bank Aktiengesellschaft, Frankfurt am Main, war zum 30. Juni 1998 mit etwa 21,8 % am Grundkapital beteiligt. Ferner war das Emirat Kuwait zum 30. Juni 1998 mit etwa 13 % am Grundkapital beteiligt. In Deutschland wurden ca. 63 % der Daimler-Benz-Aktien gehalten; davon entfielen ca. 48 % auf institutionelle Anleger. Darüber hinaus wurden größere Positionen von Anlegern in Großbritannien (4,8 %), in den Beneluxländern (4,0 %), der Schweiz (3,2 %) sowie in den USA (9,8 %) gehalten.

### Aktionäre der Chrysler Corporation

Im Aktienbuch waren zum 30. Juni 1998 ungefähr 132.000 Aktionäre für die Chrysler-Aktien eingetragen.

Nach Kenntnis der Chrysler Corporation hielten die folgenden Aktionäre Aktienpakete von mehr als 5 %:

| Gesellschafter | Anzahl Chrysler-Aktien | Prozent[1] |
|---|---|---|
| Kirk Kerkorian Tracinda Corporation [2] | 71.753.992 | 11,11 |
| Research and Management Company [3] | 37.778.800 | 5,83 |

[1] Bezogen auf alle ausgegebenen Chrysler-Aktien vor Zusammenschluß.
[2] Zum 31. Juli 1998.
[3] Zum 31. Dezember 1997.

### Mitarbeiterbeteiligungen

*Mitarbeiterbeteiligung an der Daimler-Benz AG*

Seit 1973 wurde den Mitarbeitern jährlich aufgrund eines jeweils neuen Vorstandsbeschlusses die Möglichkeit geboten, Aktien der Daimler-Benz AG zu einem Vorzugspreis entsprechend den Vorschriften des § 19a des Einkommensteuergesetzes zu erwerben.

Entwicklung der an das Management ausgegebenen Stock-Options:

| | 1. Halbjahr 1998 | | Geschäftsjahr 1997 | |
|---|---|---|---|---|
| | Nominalwert der Wandelschuldverschreibungen Mio. DM | Anzahl der Wandlungsrechte Stück | Nominalwert der Wandelschuldverschreibungen Mio. DM | Anzahl der Wandlungsrechte Stück |
| Bestand am Jahresanfang | 37,5 | 7.509.600 | 1,0 | 198.000 |
| gewährt | - | - | 37,1 | 7.429.600 |
| ausgeübt | (0,2) | (35.000) | (0,5) | (100.000) |
| Rückzahlungen | (0,2) | (52.000) | (0,1) | (18.000) |
| noch bestehend zum Periodenende | 37,1 | 7.422.600 | 37,5 | 7.509.600 |
| ausübbar zum Periodenende | 0,3 | 63.000 | 0,5 | 98.000 |

*Mitarbeiterbeteiligung an der Chrysler Corporation*

Im Jahre 1997 wurden insgesamt 10.081.929 Aktienoptionen an 1.807 Führungskräfte und im Jahre 1998 9.127.061 Aktienoptionen an 1.829 Führungskräfte ausgegeben. Ferner wurden im Jahre 1997 ca. 546.600 Chrysler-Performance-Aktien an 95 Führungskräfte und 1998 411.700 Chrysler-Performance-Aktien an 95 Führungskräfte sowie zusätzlich 595.000 Chrysler-Performance-Aktien an sieben Führungskräfte zugesagt.

Wie in den USA üblich, sind die leitenden Mitarbeiter nach dem Stock Option-Plan der Chrysler Corporation aus dem Jahre 1991 berechtigt, im Falle eines „Change in Control" alle ihre Aktien-Optionen und sonstigen aktienorientierten Rechte, die ihnen nach dem Plan gewährt worden sind, auszuüben, und zwar unabhängig davon, ob diese Rechte nach den Bedingungen des Plans im übrigen bereits hätten ausgeübt werden können. Der Zusammenschluß der Daimler-Benz AG und der Chrysler Corporation stellt einen solchen Change in Control dar, denn die Chrysler Corporation wird als Ergebnis der Zusammenführung eine 100 %ige Tochtergesellschaft der DaimlerChrysler AG. Im Falle des Zusammenschlusses werden dementsprechend die Werte von Aktien-Optionen und von anderen aktienorientierten Rechten, ob ausübbar oder nicht, im Ergebnis in Rechte zum Bezug von DaimlerChrysler-Aktien ohne weitere Optionspreiszahlung umgewandelt. Auf der Grundlage eines Chrysler-Aktienpreises von US$ 65,71 erhalten im Falle der Unternehmenszusammenführung alle Executive Officers zusammen als eine Gruppe (30 Personen) 3.533.234 DaimlerChrysler-Aktien für vorzeitig ausgeübte Aktien-Optionen und andere aktienorientierte Rechte.

Da dieser vorzeitige Stock-out, mit dem in den USA üblicherweise bei einem Change in Control zu rechnen ist, zu einem Verlust der ausstehenden Optionsrechte, bezogen auf die Restlaufzeit, geführt hätte, hat Chrysler einen „Equity Based Compensation Plan" in Kraft gesetzt. Dieser Plan dient der Erhaltung des Vergütungsniveaus, das essentiell ist, um leitende Führungskräfte weiter an Chrysler binden zu können. Nach dem Plan wird jeder Mitarbeiter so gestellt, als könnte er seine ursprünglichen Stock Options wie „Phantom Stocks" auf Grundlage von Stock Appreciation Rights („SARs") entsprechend den Bedingungen der jeweiligen Stock Option-Pläne zu einem entsprechenden neuen Basispreis weiterführen. Auf der Zeitachse übertragen führt dies bei Annahme weiterhin steigender Kurse allerdings nicht zu einer Mehrvergütung im Vergleich zu einem hypothetischen Verbleib im ursprünglichen Stock Option-Plan.

Während echte Aktienoptionen bei Vorliegen bestimmter Bedingungen gemäß U.S. GAAP nur eigenkapitalwirksam sind, schlägt sich ein SAR im Aufwand der Gesellschaft nieder. Der Equity Based Compensation Plan führt zur Ausgabe von 22.640.150 SARs entsprechend dem Aufwand auf der Basis eines Ausgabekurses entsprechend dem Aktienkurs am Tage der Wirksamkeit der Kapitalerhöhung gegen Sacheinlagen durch Einbringung der Chrysler-Aktien in die DaimlerChrysler AG.

Auf der Grundlage der von den jeweiligen Personen am 27. Mai 1998 gehaltenen Chrysler-Aktienoptionen werden die Executive Officers zusammen als eine Gruppe im Falle eines Zusammenschlusses der Chrysler Corporation mit der Daimler-Benz AG SARs für 8.521.319 DaimlerChrysler-Aktien erhalten.

## Vergütungsstruktur für Vorstand und Mitarbeiter der DaimlerChrysler AG

Um im internationalen Wettbewerb erfolgreich zu sein, wird DaimlerChrysler sowohl den Vorstand und das leitende Management als auch Arbeiter und Angestellte wettbewerbsfähig und leistungsgerecht entlohnen. Dies bezieht sich nicht allein auf die monatliche Vergütung, sondern umfaßt auch die variablen Vergütungsbestandteile, die Sozialleistungen und die Beteiligung der Beschäftigten am Unternehmen in Form von Aktien-Options-Plänen und Belegschaftsaktienprogrammen.

Für Vorstand und leitende Führungskräfte soll eine international wettbewerbsfähige Vergütungsstruktur geschaffen werden, die den in der deutschen und US-amerikanischen Automobilindustrie geltenden Standards entspricht. Da die Führungskräfte an ihrem unternehmerischen Handeln und an ihrem Erfolg zu messen sind, ist eine stärker am Unternehmenserfolg orientierte Vergütung erforderlich, die sich deutlich an einer Beteiligung an Chancen und Risiken ausrichtet. Hierbei werden auch längerfristig aktienorientierte Vergütungsformen wie z. B. Stock Option-Pläne zur Anwendung kommen. Moderne Vergütungssysteme führen damit zu einem hohen variablen Anteil an der Gesamtvergütung. Sie beinhalten die Chance überdurchschnittlicher Vergütung bei überdurchschnittlicher Unternehmens- und Mitarbeiter-Leistung, führen aber auch zu einer geringeren Vergütung, wenn der Erfolg einmal ausbleiben sollte. Diese Vergütungssysteme für das Management sind eine wesentliche Voraussetzung für den Erfolg des Zusammenschlusses, da das neue Unternehmen in Europa und den USA gleichermaßen seine Attraktivität für Führungskräfte sichern muß.

Für einen Zeitraum von zwei Jahren nach Durchführung des Zusammenschlusses hat sich DaimlerChrysler verpflichtet, die bestehenden Vergütungsregelungen ein-

schließlich Nebenleistungen der Chrysler- und Daimler-Benz-Mitarbeiter nicht zu deren Lasten zu verändern. Ferner werden die Dienstzeiten, die sich die Beschäftigten bei Daimler Benz und Chrysler erworben haben, auf die Anwartschaften bei DaimlerChrysler angerechnet.

### Mitteilungs- und Veröffentlichungspflichten

Nach dem Wertpapierhandelsgesetz hat jede Person, die durch Erwerb, Veräußerung oder auf sonstige Weise 5%, 10%, 25%, 50% oder 75% der Stimmrechte an einer börsennotierten Gesellschaft (mit Sitz in der Bundesrepublik Deutschland, deren Aktien zum Börsenhandel mit amtlicher Notierung an einer deutschen Wertpapierbörse oder einer Börse in einem Mitgliedstaat der Europäischen Union oder in einem anderen Vertragsstaat des Abkommens über den Europäischen Wirtschaftsraum zugelassen sind) erreicht, überschreitet oder unterschreitet, der Gesellschaft sowie dem Bundesaufsichtsamt für den Wertpapierhandel unverzüglich, spätestens jedoch innerhalb von sieben Kalendertagen, das Erreichen, Überschreiten oder Unterschreiten der genannten Schwelle sowie die Höhe ihres Stimmrechtsanteils unter Angabe ihrer Anschrift und des Tages des Erreichens, Überschreitens oder Unterschreitens schriftlich mitzuteilen. Dies gilt auch bei der erstmaligen Zulassung von Aktien zum amtlichen Handel an einer der vorgenannten Börsen. Im Zusammenhang mit vorgenannten Vorschriften regelt das Wertpapierhandelsgesetz auch die Meldepflichten bei der Zurechnung von Stimmrechten für Personen, die die Kontrolle der Stimmrechtsausübung für diese Aktien besitzen. Die Meldepflicht durch die erste Person bezieht sich z. B. auch auf Aktien, die einem Dritten gehören und von diesem für Rechnung der ersten Person gehalten werden. Rechte aus Aktien, die einem Meldepflichtigen gehören oder aus denen ihm Stimmrechte gemäß § 22 Abs. 1 Nr. 1 oder 2 des Wertpapierhandelsgesetzes zugerechnet werden, bestehen grundsätzlich nicht für die Zeit, für welche die Mitteilungspflichten nach § 21 Abs. 1 oder Abs. 1a Wertpapierhandelsgesetz nicht erfüllt werden.

# VII. Organe der Gesellschaft

## Allgemeines

Gemäß den Bestimmungen des Aktiengesetzes hat die DaimlerChrysler AG einen Vorstand und einen Aufsichtsrat. Vorstand und Aufsichtsrat arbeiten unabhängig voneinander, und eine gleichzeitige Mitgliedschaft einer Person in Vorstand und Aufsichtsrat ist unzulässig. Der Vorstand ist für die Geschäftsführung zuständig und vertritt die Gesellschaft gegenüber Dritten. Dem Aufsichtsrat obliegen Ernennung und Abberufung der Mitglieder des Vorstands sowie die Überwachung der Geschäftsführung.

Die nachfolgenden, den Vorstand, Aufsichtsrat und die Hauptversammlung betreffenden Satzungsbestimmungen werden zur Eintragung ins Handelsregister angemeldet, sobald die zur Durchführung des Tausches der Daimler-Benz-Aktien gegen DaimlerChrysler-Aktien erfolgte Kapitalerhöhung durchgeführt, die Gesellschaft damit die Mehrheit an der Daimler-Benz Aktiengesellschaft erworben hat und das Statusverfahren nach §§ 97, 98 AktG durchlaufen ist. Für die Interimszeit zwischen der Eintragung der Sachkapitalerhöhung und dem Durchlaufen des Statusverfahrens setzt sich der Aufsichtsrat aus zwölf von den Aktionären gewählten Mitgliedern zusammen.

## Aufsichtsrat

Der erste Aufsichtsrat bestand satzungsgemäß aus drei Mitgliedern. Nach Ablauf des sog. Statusverfahrens gemäß §§ 97, 98 AktG wird der Aufsichtsrat satzungsgemäß aus 20 Mitgliedern bestehen, von denen 10 Mitglieder durch die Aktionäre und 10 Mitglieder durch die Arbeitnehmer gewählt werden. Die Wahl erfolgt längstens für die Zeit bis zur Beendigung der Hauptversammlung, die über die Entlastung für das vierte Geschäftsjahr nach dem Beginn der Amtszeit beschließt. Hierbei wird das Geschäftsjahr, in dem die Amtszeit beginnt, nicht mitgerechnet. Die Hauptversammlung kann für Mitglieder der Aktionäre bei der Wahl eine kürzere Amtszeit bestimmen.

Die Amtszeit des ersten Aufsichtsrats endete am 12. November 1998.

In der Zeit zwischen diesem Termin und dem Abschluß des Statusverfahrens besteht der Aufsichtsrat der DaimlerChrysler AG aus 12 Mitgliedern, die durch die außerordentliche Hauptversammlung der DaimlerChrysler AG vom 9. November 1998 gewählt worden sind. Diese Hauptversammlung hat auch die 10 Mitglieder des mitbestimmten 20er-Aufsichtsrats gewählt.

Im Anschluß an die Hauptversammlung, in der die zehn Aufsichtsratsmitglieder der Aktionäre gewählt worden sind und nach erfolgter gerichtlicher Bestellung der Arbeitnehmervertreter findet eine Aufsichtsratssitzung statt, zu der es einer Einladung nicht bedarf. In dieser Sitzung wählt der mitbestimmte Aufsichtsrat nach dem Mitbestimmungsgesetz für die Dauer seiner Amtszeit aus seiner Mitte einen Vorsitzenden und einen Stellvertreter.

Im Anschluß an die Wahl des Vorsitzenden und des Stellvertreters bildet der Aufsichtsrat zur Wahrnehmung der in § 31 Abs. 3 Mitbestimmungsgesetz genannten Aufgaben für die Dauer seiner Amtszeit einen Ausschuß, dem der Vorsitzende des Aufsichtsrats, sein Stellvertreter und zwei weitere Mitglieder angehören, von denen je eines von den Aufsichtsratsmitgliedern der Arbeitnehmer und der Aktionäre mit der Mehrheit der abgegebenen Stimmen gewählt werden.

Der Aufsichtsrat kann aus seiner Mitte Ausschüsse für besondere Aufgaben und Befugnisse bilden. Den Ausschüssen des Aufsichtsrats können auch, soweit gesetzlich zulässig, entscheidende Befugnisse des Aufsichtsrats übertragen werden.

Die Beschlüsse des Aufsichtsrats werden mit einfacher Mehrheit der abgegebenen Stimmen gefaßt, soweit nicht gesetzlich andere Mehrheiten vorgeschrieben sind. Bei Feststellung des Abstimmungsergebnisses werden Stimmenthaltungen nicht mitgezählt.

Ergibt eine Abstimmung Stimmengleichheit, so kann jedes Aufsichtsratsmitglied die zweite Abstimmung verlangen. Der Vorsitzende des Aufsichtsrats – im Fall seiner Verhinderung sein Stellvertreter – bestimmt, wann die Abstimmung wiederholt wird. Ergibt sich auch bei der zweiten Abstimmung Stimmengleichheit, hat der Vorsitzende des Aufsichtsrats zwei Stimmen.

Die Mitglieder des aus 12 bzw. 20 Mitgliedern bestehenden Aufsichtsrats erhalten neben dem Ersatz ihrer Auslagen – einschließlich der ihnen für die Aufsichtsratstätigkeit zur Last fallenden Umsatzsteuer – eine feste, nach Ablauf des Geschäftsjahres zahlbare Vergütung, die sich für das einzelne Mitglied auf DM 100.000,–, für den Vorsitzenden auf den 2-fachen, für den Stellvertreter des Vorsitzenden auf den 1,5-fachen und für gewählte Mitglieder in Ausschüssen des Aufsichtsrats auf den 1,3-fachen Betrag beziffert.

Da die mitbestimmungsrechtlichen Regelungen zunächst nicht gelten, setzt sich der Aufsichtsrat – interimistisch – aus den folgenden 12 Anteilseignervertretern zusammen:

Hilmar Kopper

Vorsitzender des Aufsichtsrats der Deutsche Bank AG

Robert E. Allen

Former Chairman of the Board and Chief Executive Officer of AT & T

Sir E. John P. Browne
Group Chief Executive of British Petroleum
Company p.l.c.
Joseph A. Califano, Jr.
Chariman of the Board and President of National Center
on Addiction and Substance Abuse at Columbia
University
Dr. Martin Kohlhaussen
Sprecher des Vorstands der Commerzbank AG
Robert J. Lanigan
Chairman Emeritus of Owens-Illinois, Inc.
Peter A. Magowan
President and Managing General Partner of
San Francisco Giants
Dr. Manfred Schneider
Vorsitzender des Vorstands der Bayer AG
G. Richard Thoman
President and Chief Operating Officer of
Xerox Corporation
Bernhard Walter
Sprecher des Vorstands der Dresdner Bank AG
Lynton R. Wilson
Chairman of BCE Inc.
Dr. Mark Wössner
Vorsitzender des Aufsichtsrats der Bertelsmann AG

Mit Wirksamwerden der Daimler-Benz-Sachkapitaler-
höhung ist der Aufsichtsrat nach dem Mitbestimmungsge-
setz mit 10 Vertretern der Anteilseigner und 10 Vertretern
der Arbeitnehmer zusammenzusetzen. Für die Veränderung
ist nach dem Gesetz zum einen das Statusverfahren nach
§§ 97, 98 AktG durchzuführen, zum anderen sind die
Arbeitnehmervertreter im Aufsichtsrat gemäß § 104 AktG
durch das Gericht zu bestellen.

### Vorstand
Der Vorstand besteht satzungsgemäß aus mindestens zwei
Mitgliedern. Der Aufsichtsrat bestellt die Vorstandsmitglie-
der nach den Bestimmungen des Aktiengesetzes (und des
Mitbestimmungsgesetzes) und bestimmt ihre Zahl.
Die Vertretung der Gesellschaft erfolgt durch zwei Vor-
standsmitglieder oder ein Vorstandsmitglied gemeinschaft-
lich mit einem Prokuristen.

### Mitglieder
Robert J. Eaton
Jürgen E. Schrempp

Nach erfolgter gerichtlicher Bestellung der Arbeitneh-
mervertreter als 20 Mitgliedern bestehenden Auf-
sichtsrats wird erwartet, daß dieser in seiner konstituieren-
den Sitzung die bestehenden Vorstandsmitglieder bestäti-
gen sowie die folgenden 16 Personen zusätzlich in den Vor-
stand der DaimlerChrysler AG berufen wird:
Dr. Manfred Bischoff
Dr. Eckhard Cordes
Theodor R. Cunningham
Thomas C. Gale
Dr. Manfred Gentz
James P. Holden
Jürgen Hubbert
Dr. Kurt J. Lauk
Dr. Klaus Mangold
Dennis K. Pawley
Thomas W. Sidlik
Thomas T. Stallkamp
Heiner Tropitzsch
Gary C. Valade
Klaus-Dieter Vöhringer
Dr. Dieter Zetsche

Die Mitglieder des Vorstands und Aufsichtsrats sind
unter der Adresse der Gesellschaft erreichbar.

### Beabsichtigte Verwaltung (Corporate Governance) der DaimlerChrysler AG
Um sicherzustellen, daß die Unternehmensverfassung der
DaimlerChrysler AG dem Konzept eines Zusammenschlusses
unter gleichberechtigten Partnern entspricht, haben die Ver-
tragsparteien vereinbart, den zuständigen Organen, nämlich
der Hauptversammlung, dem Aufsichtsrat und Vorstand der
DaimlerChrysler AG, eine entsprechende Unternehmensver-
fassung und Leitungsstruktur zu empfehlen, ohne jedoch in
deren Rechte und Kompetenzen einzugreifen.
Für die Wahl als Vertreter der Anteilseigner in dem ge-
mäß dem MitbestG zusammengesetzten Aufsichtsrat der
DaimlerChrysler AG, der aus zehn Anteilseignervertretern
und zehn Arbeitnehmern bestehen wird, sind fünf Mitglie-
der aus dem Kreis der Anteilseignervertreter des amtieren-
den Aufsichtsrats der Daimler-Benz AG und fünf externe
Mitglieder des Board of Directors von Chrysler vorgeschla-
gen worden. Da die vorgeschlagenen Mitglieder des Board
of Directors der Chrysler Corporation gesetzliche Vertreter
der Chrysler Corporation i. S. v. § 100 Abs. 2 AktG sind, sind
sie aus dem Board of Directors der Chrysler Corporation
ausgeschieden, bevor sie Mitglieder des Aufsichtsrats der
DaimlerChrysler AG geworden sind.

Zur Sicherung der Integration beider Unternehmen soll außerdem vorgeschlagen werden, daß Herr Hilmar Kopper, Vorsitzender des Aufsichtsrats der Daimler-Benz AG, für mindestens zwei Jahre den Aufsichtsratsvorsitz der DaimlerChrysler AG übernimmt.

Der Vorstand soll aus 18 Mitgliedern bestehen, von denen jeweils acht Mitglieder aus dem Vorstand von Daimler-Benz AG bzw. Chrysler Corporation sowie zwei weitere Vorstandsmitglieder der Daimler-Benz AG (mit Zuständigkeit für die Geschäftsfelder Luft- und Raumfahrt sowie Dienstleistungen) dem Aufsichtsrat zur Bestellung empfohlen werden sollen. Der Vorstand soll einen Vorstandsausschuß, bezeichnet als „Chairmen Integration Council (Office of the Chairmen)" bilden. Hauptaufgabe dieses Ausschusses ist, die Integration beider Unternehmen sicherzustellen.

Herr J. E. Schrempp und Herr R. J. Eaton sollen für drei Jahre als gemeinsame Vorstandsvorsitzende amtieren. Herr J. E. Schrempp ist derzeit Vorsitzender des Vorstands der Daimler-Benz AG und Herr R. J. Eaton Chairman und Chief Executive Officer der Chrysler Corporation. Herr R. J. Eaton hat seine Absicht bekanntgegeben, nach Ablauf von drei Jahren als Vorstand zurückzutreten.

Es ist vorgesehen, bei der DaimlerChrysler AG ein Integrationskomitee einzurichten. Dieses Komitee setzt sich aus den Vorstandsvorsitzenden und im wesentlichen aus den Anteilseignervertretern des Aufsichtsrats zusammen. Es handelt sich nicht um einen Ausschuß des Aufsichtsrats, dem Aufgaben und Rechte des Aufsichtsrats zustehen würden. Das Integrationskomitee wird den Vorstand der DaimlerChrysler AG im Zusammenhang mit dem Zusammenschluß der beiden Unternehmen und den damit verbundenen Geschäften beraten.

Die DaimlerChrysler AG wird neben ihrem rechtlichen Sitz in Stuttgart zwei operative Verwaltungszentralen haben, und zwar am derzeitigen Hauptsitz der Daimler-Benz AG in Stuttgart sowie am derzeitigen Hauptsitz der Verwaltung der Chrysler Corporation in Auburn Hills, Michigan, USA. Englisch ist als Managementsprache vorgesehen.

## Hauptversammlung

Die Hauptversammlung wird durch den Vorstand oder den Aufsichtsrat einberufen. Sie findet am Sitz der Gesellschaft oder jedem anderen gesetzlich nicht ausgeschlossenen Ort statt.

Die Einberufung ist mindestens einen Monat vor dem Tag, bis zu dessen Ablauf sich die Aktionäre für die Versammlung anzumelden haben, bekanntzugeben; der Tag der Einberufung und der letzte Tag der Anmeldefrist sind hierbei nicht mitzurechnen.

Die Hauptversammlung, die über die Entlastung des Vorstands und Aufsichtsrats, die Verwendung des Bilanzgewinns, die Wahl des Abschlußprüfers und gegebenenfalls die Feststellung des Jahresabschlusses beschließt (ordentliche Hauptversammlung), findet innerhalb der ersten acht Monate eines jeden Geschäftsjahres statt.

Zur Teilnahme an der Hauptversammlung und zur Ausübung des Stimmrechts werden die Aktionäre zugelassen, die im Aktienbuch der Gesellschaft eingetragen sind und die sich nicht später als am dritten Tag vor der Versammlung bei der Gesellschaft angemeldet haben.

Den Vorsitz in der Hauptversammlung führt der Vorsitzende des Aufsichtsrats oder im Fall seiner Behinderung ein von ihm bestimmtes Mitglied des Aufsichtsrats. In Ermangelung einer solchen Bestimmung das von den Aufsichtsratsmitgliedern der Aktionäre gemäß § 27 Abs. 3 Mitbestimmungsgesetz gewählte Mitglied. Ist keiner von diesen erschienen oder zur Leitung der Versammlung bereit, wird der Versammlungsleiter durch den Aufsichtsrat gewählt.

Der Vorsitzende leitet die Verhandlungen und bestimmt die Reihenfolge der Verhandlungsgegenstände sowie die Art und Form der Abstimmung.

Die Beschlüsse der Hauptversammlung werden, soweit nicht zwingende Vorschriften des Aktiengesetzes etwas Abweichendes bestimmen, mit einfacher Mehrheit der abgegebenen Stimmen gefaßt. Soweit das Aktiengesetz außerdem zur Beschlußfassung eine Mehrheit des bei der Beschlußfassung vertretenen Grundkapitals vorschreibt, genügt, soweit dies gesetzlich zulässig ist, die einfache Mehrheit des vertretenen Kapitals.

Der Aufsichtsrat ist berechtigt, Änderungen der Satzung, die nur die Fassung betreffen, zu beschließen.

# VIII. Gewinnverwendung und Dividendenpolitik

## Gewinnverwendung

Der Vorstand hat in den ersten drei Monaten des Geschäftsjahres den Jahresabschluß und den Lagebericht für das vergangene Geschäftsjahr aufzustellen und dem Abschlußprüfer vorzulegen. Unverzüglich nach ihrer Aufstellung hat der Vorstand den Jahresabschluß nebst Lagebericht dem Aufsichtsrat zugleich mit dem Vorschlag vorzulegen, den der Vorstand der Hauptversammlung für die Verwendung des Bilanzgewinns machen will.

Der Vorstand ist – mit Zustimmung des Aufsichtsrats – ermächtigt, nach Ablauf des Geschäftsjahres auf den voraussichtlichen Bilanzgewinn einen Abschlag an die Aktionäre zu zahlen, wenn ein vorläufiger Abschluß für das vergangene Geschäftsjahr einen Jahresüberschuß ergibt. Als Abschlag darf höchstens die Hälfte des Betrages gezahlt werden, der vom dem Jahresüberschuß nach Abzug der Beträge verbleibt, die nach Gesetz oder Satzung in Gewinnrücklagen einzustellen sind. Außerdem darf der Abschlag nicht die Hälfte des vorjährigen Bilanzgewinns übersteigen.

Die Gewinnanteile der Aktionäre bestimmen sich nach ihren Anteilen am Grundkapital.

Bei Ausgabe neuer Aktien kann eine andere Gewinnberechtigung festgesetzt werden.

## Dividendenpolitik

Die DaimlerChrysler AG wird vorbehaltlich eines entsprechenden Beschlusses der Hauptversammlung voraussichtlich jährlich Dividenden ausschütten, auch wenn über die Höhe der von Jahr zu Jahr gezahlten Dividenden keine Zusicherung abgegeben werden kann. Die Ausschüttung zukünftiger Dividenden hängt von der Finanz- und Ertragslage der DaimlerChrysler AG, einschließlich ihres Liquiditätsbedarfs, den zukünftigen Ertragsaussichten und anderen Faktoren ab.

Die bisherigen Chrysler-Aktionäre haben die Erwartung, daß sie hinsichtlich der Ausschüttung durch den Zusammenschluß nicht schlechter gestellt werden. Da aber die Dividenden bei Chrysler in der Vergangenheit deutlich höher lagen als bei der Daimler-Benz AG, ist damit zu rechnen, daß die DaimlerChrysler AG eine neue Dividendenpolitik verabschieden wird, die den berechtigten Erwartungen der Aktionäre der neuen Gesellschaft entspricht. Unter der Voraussetzung, daß die Erwartungen für die DaimlerChrysler AG eintreten, bedeutet dies, daß auch die bisherigen Daimler-Benz-Aktionäre künftig mit deutlich höheren Ausschüttungen rechnen können.

# IX. Zusammenschluß der Daimler-Benz AG und der Chrysler Corporation

## I. Einleitung

Vor dem Hintergrund der sich weltweit abzeichnenden Konsolidierung der Automobilindustrie wurden seit Februar 1998 vom Vorstand der Daimler-Benz Aktiengesellschaft („Daimler-Benz AG") und dem Management der Chrysler Corporation („Chrysler") Gespräche über die Möglichkeit eines Zusammenschlusses beider Unternehmen geführt und hierüber Anfang Mai 1998 Einigung erzielt.

Unter dem 7. Mai 1998 haben die Daimler-Benz AG, die Chrysler Corporation und die DaimlerChrysler AG (vormals Oppenheim Aktiengesellschaft) das Business Combination Agreement (Vertrag über den Unternehmenszusammenschluß) unterzeichnet.

Bedingt durch für die Durchführung des Zusammenschlusses notwendige Anpassungen kamen die Parteien überein, das Business Combination Agreement in einigen Punkten zu ändern. Wesentliche Änderung ist die Verbesserung des Umtauschverhältnisses von Daimler-Benz-Aktien in DaimlerChrysler-Aktien für den Fall, daß 90 % oder mehr der Daimler-Benz-Aktien getauscht werden. Die geänderte Fassung des Business Combination Agreement wurde am 4. August 1998 (Not. Urkunde 2369/1998 des Notars Martin Herb, Stuttgart) beurkundet. Bezugnahmen auf das Business Combination Agreement in diesem Prospekt beziehen sich ausschließlich auf die geänderte Fassung des Business Combination Agreement.

Der Zusammenschluß der Daimler-Benz AG und der Chrysler Corporation erfolgt in der DaimlerChrysler AG als zukünftiger Konzernobergesellschaft und soll in zwei Stufen vollzogen werden:

- in der ersten Stufe durch zwei parallel bei der DaimlerChrysler AG durchzuführende Kapitalerhöhungen gegen Sacheinlagen, durch die die Daimler-Benz AG und die Chrysler Corporation jeweils zu Tochtergesellschaften der DaimlerChrysler AG werden, sowie

- in der zweiten Stufe durch Verschmelzung der Daimler-Benz AG auf die DaimlerChrysler AG.

In der ersten Stufe wurde zunächst den Daimler-Benz-Aktionären von der DaimlerChrysler AG ein Angebot unterbreitet, ihre Daimler-Benz-Aktien gegen DaimlerChrysler-Aktien zu tauschen (nachfolgend „Umtauschangebot"); die zum Tausch eingereichten Aktien wurden als Sacheinlagen im Rahmen einer Kapitalerhöhung gegen Ausgabe neuer DaimlerChrysler-Aktien in die DaimlerChrysler AG eingebracht („Daimler-Benz-Sachkapitalerhöhung"). Parallel zu der Daimler-Benz-Sachkapitalerhöhung wurde die im Wege

eines sog. Reverse Triangular Merger nach dem Recht des US-Bundesstaates Delaware von einem zu diesem Zweck in den USA eingeschalteten Exchange Agent erworbene gesamte Beteiligung an der Chrysler Corporation im Wege einer (weiteren) Kapitalerhöhung gegen Sacheinlagen („Chrysler-Sachkapitalerhöhung") in die DaimlerChrysler AG eingebracht. Die früheren Chrysler-Aktionäre erhalten als Gegenleistung DaimlerChrysler-Aktien.

In der zweiten Stufe wird die Daimler-Benz AG – die in der ersten Stufe durch die Daimler-Benz-Sachkapitalerhöhung eine Konzerngesellschaft der DaimlerChrysler AG geworden ist – auf die DaimlerChrysler AG verschmolzen („Daimler-Benz-Verschmelzung").

Nach Durchführung der zweiten Stufe des Zusammenschlusses werden alle Aktionäre der Daimler-Benz AG und der Chrysler Corporation Aktionäre der DaimlerChrysler AG sein, mit einer aus beiden Unternehmen zusammengeführten Verwaltung, die dem Konzept des Zusammenschlusses als einem „Merger of Equals" (Zusammenschluß unter Gleichen) entspricht. Die gesellschaftsrechtliche Struktur des DaimlerChrysler-Konzerns („DaimlerChrysler") wird derjenigen der Daimler-Benz AG entsprechen, jedoch – bedingt durch die fehlende Möglichkeit, die Chrysler Corporation grenzüberschreitend auf die DaimlerChrysler AG zu verschmelzen – mit der Chrysler Corporation als weiterer Tochtergesellschaft (100 %), die nach Durchführung des Zusammenschlusses als „DaimlerChrysler Corporation" firmieren wird.

Der Daimler-Benz-Konzern („Daimler-Benz") und der Chrysler-Konzern („Chrysler") waren vor dem Zusammenschluß entsprechend den schematischen Abbildungen 1 und 2 aufgebaut:



Abbildung 1: Daimler-Benz



Abbildung 2: Chrysler

Die für die Durchführung der **ersten Stufe** des Zusammenschlusses notwendigen Schritte sind schematisch in Abbildung 3 dargestellt:



**Abbildung 3: Durchführung der ersten Stufe**

\*) Siehe Seiten 52 und 53.

Nach Durchführung der ersten Stufe (Kapitalerhöhungen gegen Sacheinlagen) stellt sich die DaimlerChrysler AG entsprechend der schematischen Darstellung in Abbildung 4 dar:



Abbildung 4: DaimlerChrysler AG – Erste Stufe des Zusammenschlusses

Die Daimler-Benz-Verschmelzung – zweite Stufe des Zusammenschlusses – ist schematisch in Abbildung 5 dargestellt.



Abbildung 5: Daimler-Benz-Verschmelzung

Nach Durchführung der **zweiten Stufe** wird sich die DaimlerChrysler AG entsprechend Abbildung 6 darstellen:



Abbildung 6: DaimlerChrysler –
Zweite Stufe des Zusammenschlusses

Die grundlegende Bedeutung der geplanten Maßnahmen, durch die die Daimler-Benz AG letztendlich aufgelöst und mit Chrysler in einem neuen Unternehmen, der DaimlerChrysler AG, zusammengeführt wird, hat die Vorstände der Daimler-Benz AG und der DaimlerChrysler AG veranlaßt, den außerordentlichen Hauptversammlungen ihrer Gesellschaften am 18. September 1998 nicht nur den Verschmelzungsvertrag zwischen der Daimler-Benz AG und der DaimlerChrysler AG, sondern auch den im Business Combination Agreement vereinbarten Gesamtplan zum Zusammenschluß beider Unternehmen (der Daimler-Benz AG und der Chrysler Corporation in der DaimlerChrysler AG) zur Zustimmung vorzulegen. Da die Daimler-Benz-Verschmelzung Teil des im Business Combination Agreement vereinbarten Gesamtplans ist und der Zustimmungsbeschluß gemäß § 65 UmwG einer Kapitalmehrheit von 75% bedarf, wurde vorsorglich auch der Beschluß zum Gesamtplan der gleichen Kapitalmehrheit unterworfen.

Die Chrysler Corporation hat ebenfalls am 18. September 1998 in Wilmington, Delaware, USA, eine außerordentliche Hauptversammlung durchgeführt und den Chrysler-Aktionären das Business Combination Agreement und die

hierin geregelten Transaktionen einschließlich des Reverse Triangular Merger zur Zustimmung vorgelegt. Berechtigt zur Stimmabgabe waren alle Inhaber von Chrysler-Aktien, die nach Geschäftsschluß am 20. Juli 1998 als solche registriert waren. Für die Zustimmung zum Business Combination Agreement war eine Mehrheit aller stimmberechtigten Chrysler-Aktien erforderlich.

Die Hauptversammlungen aller beteiligten Gesellschaften haben den im Business Combination Agreement vereinbarten Transaktionen zugestimmt.

Aktionäre der Daimler-Benz AG haben auf der außerordentlichen Hauptversammlung am 18. September 1998 gegen die Beschlüsse Widerspruch zu Protokoll gegeben.

Der Daimler-Benz AG sind bislang drei Anfechtungsklagen gegen die Beschlußfassungen auf der Hauptversammlung vom 18. September 1998 zugegangen. Eine Anfechtungsklage richtet sich gegen die Beschlußfassung zum Tagesordnungspunkt 2 „Zustimmung zu dem Verschmelzungsvertrag zwischen der DaimlerChrysler AG, Stuttgart, als übernehmender und der Daimler-Benz AG, Stuttgart, als übertragender Gesellschaft"; die weiteren Anfechtungsklagen richten sich sowohl gegen die Beschlußfassung zum Tagesordnungspunkt 2 als auch gegen die Beschlußfassung zum Tagesordnungspunkt 1 „Zustimmung zu dem Zusammenschluß der Daimler-Benz AG, Stuttgart, und der Chrysler Corporation, Auburn Hills, Michigan, USA, in der DaimlerChrysler AG, Stuttgart". Eine der weiteren Anfechtungsklagen richtet sich als Anfechtungs- und Nichtigkeitsklage auch gegen die DaimlerChrysler AG und wendet sich in erster Linie gegen die Sachkapitalerhöhungsbeschlüsse. Trotz dieser Anfechtungsklage sind die Sachkapitalerhöhungen in das Handelsregister eingetragen worden. Nach Überzeugung der Gesellschaft ist die Klage gegen die DaimlerChrysler AG offenkundig unzulässig und unbegründet. Darüber hinaus liegen der Daimler-Benz AG vier Anträge zu der Erlangung von Auskünften vor, die nach dem Vorbringen den antragstellenden Aktionären auf der Hauptversammlung vom 18. September 1998 nicht gegeben worden sind.

Die Anfechtungsklagen gegen die Daimler-Benz AG verhindern zunächst die Eintragung der Verschmelzung in das Handelsregister. Die Daimler-Benz AG beabsichtigt jedoch, bei dem zuständigen Prozeßgericht feststellen zu lassen, daß die Erhebung der Klagen der Eintragung nicht entgegensteht, so daß – bei einer entsprechenden Entscheidung – die Verschmelzung vor Abschluß der Klageverfahren in das Handelsregister eingetragen werden kann.

## II. An dem Zusammenschluß beteiligte Gesellschaften

### I. Daimler-Benz Aktiengesellschaft

#### I.1. Geschichte und Entwicklung

Die Daimler-Benz AG blickt auf eine mehr als hundertjährige Geschichte zurück. Gottlieb Daimler und Carl Benz, die dem Unternehmen seinen Namen gaben, waren Pioniere und Wegbereiter des Automobilbaus. Unabhängig voneinander brachten beide im Jahr 1886 die ersten Automobile in den Verkehr und leiteten damit das Zeitalter der Motorisierung ein.

Die Daimler-Motoren-Gesellschaft AG, Cannstatt, wurde 1890 gegründet. Bereits im Jahre 1889 entstand die andere Vorgängergesellschaft der Daimler-Benz AG, die Benz & Cie. Rheinische Automobil- und Motorenfabrik in Mannheim, welche zehn Jahre später in eine Aktiengesellschaft umgewandelt wurde. Die beiden Unternehmen fusionierten am 29. Juni 1926 zur Daimler-Benz AG.

Unterbrochen durch die Rüstungswirtschaft und die Zerstörung der Produktionswerke im Zweiten Weltkrieg, galten in der Nachkriegszeit besondere Anstrengungen der Wiederaufnahme der Produktion von Personenfahrzeugen und Nutzfahrzeugen und der Rückkehr auf den Weltmarkt. Schon im Jahre 1953 war Daimler-Benz in 79 Ländern vertreten. Der Umsatz erreichte 1954 DM 1 Mrd. Im Jahre 1959 rückten die USA an die erste Stelle unter den Exportmärkten.

Im Laufe der sechziger Jahre wurde bei Personenwagen der Grundstein für die international führende Position des Unternehmens im Bereich qualitativ und technisch hochwertiger Fahrzeuge gelegt. Dieser Spezialisierung im Personenwagenbereich stand schon damals ein breites Produktprogramm im Nutzfahrzeugbereich gegenüber. Die siebziger Jahre waren durch weiteres Wachstum gekennzeichnet, verbunden mit dem Ausbau der internationalen Position im Premiumsegment des Automobilgeschäfts. Dieses Wachstum wurde im wesentlichen aus eigener Kraft erreicht. Ende der 70er Jahre wurden weltweit bereits über 420.000 Personenwagen und über 250.000 Nutzfahrzeuge produziert. Die internationale Position wurde weiter durch den Zukauf von Unternehmen, insbesondere der Freightliner Corporation („Freightliner") in den USA, gestärkt.

Mitte der 80er Jahre begann die Daimler-Benz AG, ihre Aktivitäten durch Unternehmensakquisitionen in den Bereichen Luftfahrt, Raumfahrt und Elektrotechnik/Elektronik auszuweiten.

Als Folge der laufenden Überprüfung des Geschäftsportfolios hat sich Daimler-Benz seit Anfang der neunziger Jahre schrittweise aus Bereichen zurückgezogen, die nicht Teil der übergeordneten Konzernstrategie waren. Gleichzeitig wurde die Position in den Kerngeschäften durch die Entwicklung neuer Produkte (z.B. Mercedes-Benz-Personenwagen der A-Klasse, M-Klasse, V-Klasse), Joint Ventures/Akquisitionen (z.B. im Bereich AEG Bahnsysteme) und Kooperationen (z.B. bei Hubschraubern und in der Raumfahrt) teilweise wesentlich ausgebaut.

Aufgrund der Veränderungen im Umfeld des Unternehmens wie auch der Notwendigkeit, die Ertragskraft nachhaltig zu stärken, wurden im Laufe des Jahres 1995 alle Geschäftsfelder hinsichtlich ihres Ertrags- und Risikopotentials überprüft. Diese Prüfung hat ergeben, daß einige Geschäftsfelder von AEG und der Dasa den Einsatz weiterer erheblicher Mittel benötigt hätten, um in eine weltweit konkurrenzfähige Situation zu gelangen. Dieser Mitteleinsatz war im Interesse der Entwicklung des Gesamtunternehmens jedoch nicht zu rechtfertigen.

Die hierdurch veranlaßten Restrukturierungen des Konzerns betrafen bei der AEG vornehmlich die Bereiche Anlagen- und Automatisierungstechnik sowie Energieverteilung, die in neue Tochtergesellschaften ausgegründet bzw. ausgegliedert und anschließend veräußert wurden. Die AEG selbst wurde auf die Daimler-Benz AG verschmolzen.

Im Hinblick auf die Zukunft des Geschäftsfeldes Luftfahrt der Dasa wurde im Januar 1996, nach erfolgslosen Verhandlungen mit der niederländischen Regierung, die Strategie bei Regionalflugzeugen neu ausgerichtet. Aufgrund der schwierigen Wettbewerbsbedingungen in diesem Marktsegment war ein weitergehender einseitiger Mitteleinsatz bei der N.V. Koninklijke Nederlandse Vliegtuigenfabriek Fokker, an deren Obergesellschaft Fokker Holding B.V. („Fokker") die Dasa beteiligt ist, nicht mehr vertretbar. Die finanzielle Unterstützung von Fokker wurde daraufhin eingestellt.

Außer der Luftfahrt wurden weitere Geschäftsfelder der Dasa auf ihre längerfristigen Ertragsperspektiven und ihre strategische Bedeutung für den Daimler-Benz-Konzern überprüft. Bereiche, die nicht zum Kerngeschäft gehörten, wurden veräußert oder in Partnerschaften eingebracht, in denen der Partner die unternehmerische Führung übernahm.

Im Oktober 1997 wurden mit den drei Partnern im Airbus-Konsortium, Aérospatiale SNI, British Aerospace plc. und Construcciones Aeronauticas S.A., weitere Schritte vereinbart, um das Airbus-Konsortium in eine voll integrierte europäische Kapitalgesellschaft umzuwandeln. Gleichzeitig wurde das Geschäftsfeld Verteidigung und Zivile Systeme durch den Erwerb der Siemens-Sicherungstechnik im Jahre

1998 und die Partnerschaft mit der französisch-britischen Matra-BAe Dynamics S.A.S. im Lenkflugkörperbereich gestärkt.

### 1.2. Konzernstruktur

Parallel zur strategischen Weiterentwicklung des Konzerns hat Daimler-Benz auch seine Strukturen und Prozesse überprüft. Das Ergebnis war im Januar 1997 die Vorstellung einer neuen Konzernstruktur, die mit Wirkung zum 1. April 1997 umgesetzt wurde. Ziel war, schnellere, kostengünstigere und effizientere Verwaltungs- und Planungsprozesse im Konzern als Instrumente einer wertorientierten Unternehmensführung zu erreichen. Den Geschäftsbereichen wurden größere Entscheidungsspielräume gegeben, damit sie flexibler auf die Herausforderungen im weltweiten Wettbewerb reagieren können.

Wesentliches Element dieser Restrukturierung war die Verschmelzung der Mercedes-Benz AG auf die Daimler-Benz AG, die ebenfalls im Jahre 1997 vollzogen wurde. Damit wurde zugleich der Tatsache Rechnung getragen, daß das Fahrzeuggeschäft auf absehbare Zeit den Schwerpunkt der Konzernaktivitäten bilden wird.

Nach dieser Restrukturierung gliedert sich der Konzern in die folgenden Geschäftsfelder:

* Personenwagen

* Nutzfahrzeuge

* Luft- und Raumfahrt

* Dienstleistungen

* Direkt geführte industrielle Beteiligungen.

Soweit die Geschäftsfelder nicht in rechtlich unselbständigen Betriebsteilen, sondern in Tochtergesellschaften der Daimler-Benz AG geführt werden, sind sie größtenteils mit dieser durch Beherrschungs- und Gewinnabführungsverträge verbunden.

### Konzernaufbau nach Geschäftsfeldern

| | |
|---|---|
| Geschäftsfeld Personenwagen | Mercedes-Benz<br>smart |
| Geschäftsfeld Nutzfahrzeuge | Lkw Europa<br>Nutzfahrzeuge NAFTA<br>Transporter Europa<br>Antriebsstrang Europa<br>Omnibus Europa<br>Nutzfahrzeuge Lateinamerika<br>Unimog |
| Geschäftsfeld Luft- und Raumfahrt | Verkehrsflugzeuge und Hubschrauber<br>Verteidigung und Zivile Systeme<br>Antriebe Luftfahrt<br>Militärflugzeuge<br>Satelliten<br>Raumfahrt Infrastruktur |
| Geschäftsfeld Dienstleitung | Finanzdienstleistungen/<br>Versicherungen<br>IT Services<br>Telekommunikations- und Mediendienste<br>Handel<br>Immobilienmanagement |
| Direkt geführte industrielle Beteiligungen | Bahnsysteme<br>Automobil-Elektronik<br>MTU/Dieselantriebe |

Die folgende Tabelle zeigt den Umsatz des Daimler-Benz-Konzerns (konsolidiert) und seiner Geschäftsfelder (unkonsolidiert aus der Sicht des jeweiligen Geschäftsfeldes) in den Jahren 1997 und 1996:

### Umsatz Daimler-Benz-Konzern

| in Mrd. DM | 1997 | 1996 |
|---|---|---|
| Daimler-Benz-Konzern | 124,1 | 106,3 |
| Personenwagen | 53,9 | 46,7 |
| Nutzfahrzeuge | 39,1 | 32,2 |
| Luft- und Raumfahrt | 15,3 | 13,1 |
| Dienstleistungen | 15,5 | 13,1 |
| Direkt geführte industrielle Beteiligungen | 7,6 | 8,0 |

45

Im Jahr 1997 stieg der Umsatz des Daimler-Benz-Konzerns vergleichbar gerechnet, d.h. unter Berücksichtigung der im Konsolidierungskreis eingetretenen Veränderungen, um 19% auf DM 124,1 Mrd. Zum Wachstum haben alle Geschäftsfelder beigetragen – Personenwagen (+ 16%), Nutzfahrzeuge (+ 22%), Luft- und Raumfahrt (vergleichbar gerechnet + 20%), Dienstleistungen (vergleichbar gerechnet + 22%) und direkt geführte industrielle Beteiligungen (vergleichbar gerechnet + 17%). In regionaler Hinsicht erhöhte sich das Geschäftsvolumen insbesondere in den USA und den Ländern der Europäischen Union („EU"). Nach Abzug der konzerninternen Lieferungen steuerten die Personenfahrzeuge im Jahr 1997 41%, die Nutzfahrzeuge 30%, die Luft- und Raumfahrt 12%, Dienstleistungen 11% und die direkt geführten industriellen Beteiligungen 6% zum Konzernumsatz bei.

### 1.2.1 Geschäftsfeld Personenwagen

Im Geschäftsfeld Personenwagen werden im Geschäftsbereich Mercedes-Benz die Personenwagen des Premiumsegments des Konzerns entwickelt, produziert und vertrieben.

Das Produktspektrum umfaßt zur Zeit die S/SL-Klasse, E-Klasse, C-Klasse, A-Klasse, V-Klasse und M-Klasse.

Der Vertrieb der Personenwagen unter der neuen Konzernmarke smart wird im Herbst 1998 aufgenommen.

Mit 715.100 (1996: 645.000) Personenwagen und Geländewagen wurden im Geschäftsjahr 1997 mehr Fahrzeuge abgesetzt als jemals zuvor in der Geschichte des Unternehmens. Zugleich konnte die Jahresproduktion auf den neuen Höchststand von 726.700 (1996: 645.200) Personenwagen gesteigert werden.

In nahezu allen wichtigen Märkten hat das Geschäftsfeld Personenwagen den Absatz deutlich gesteigert und damit die Position im oberen Marktsegment weltweit ausgebaut.

### 1.2.2 Geschäftsfeld Nutzfahrzeuge

Das Geschäftsfeld Nutzfahrzeuge umfaßt die Geschäftsbereiche Lkw Europa, Nutzfahrzeuge NAFTA, Transporter Europa, Antriebsstrang Europa, Omnibus Europa, Nutzfahrzeuge Lateinamerika und Unimog. Die Produkte dieses Geschäftsfelds werden im In- und Ausland hergestellt bzw. montiert und weltweit unter den Marken Mercedes-Benz, Freightliner, Sterling und Setra vertrieben. Bei Nutzfahrzeugen ist Daimler-Benz ein Full-line-Hersteller mit einer kompletten Angebotspalette. die von leichten Transportern bis hin zu schweren Lkw, Omnibussen und Spezialfahrzeugen (Unimog) reicht.

Durch die Übernahme der Schwerlastwagensparte der Ford Motor Company Ende 1997 durch Freightliner hat das Geschäftsfeld Nutzfahrzeuge insbesondere seine strategische Position im Gebiet der NAFTA gestärkt und eine zweite Marke „Sterling" erfolgreich positioniert.

Das Geschäftsfeld hat im Jahr 1997 insgesamt 417.400 Nutzfahrzeuge abgesetzt und damit das Spitzenniveau des Vorjahres nochmals deutlich übertroffen (+ 20%).

### Umsatz*) nach Geschäftsbereichen

| in Mio. DM | 1997 | 1996 |
|---|---|---|
| Geschäftsfeld Nutzfahrzeuge | **39.140** | **32.152** |
| Lkw Europa | 10.897 | 8.953 |
| Nutzfahrzeuge NAFTA | 9.710 | 7.086 |
| Transporter Europa | 8.674 | 6.860 |
| Antriebsstrang Europa | 5.761 | 4.911 |
| Omnibus Europa | 3.776 | 3.585 |
| Nutzfahrzeuge Lateinamerika | 4.384 | 3.349 |
| Unimog | 625 | 557 |

*) Umsatz Geschäftsfeld Nutzfahrzeuge konsolidiert. Umsatz Geschäftsbereiche unkonsolidiert aus Sicht des jeweiligen Geschäftsbereichs.

### 1.2.3 Geschäftsfeld Luft- und Raumfahrt

Die Luft- und Raumfahrtaktivitäten von Daimler-Benz sind in der Dasa zusammengefaßt.

Der Geschäftsbereich Verkehrsflugzeuge und Hubschrauber umfaßt die Daimler-Benz Aerospace Airbus GmbH und die gemeinsam mit Aérospatiale SNI geführte Eurocopter-Gruppe, dem inzwischen weltweit größten Hersteller von Hubschraubern. Die Daimler-Benz Aerospace Airbus GmbH führt innerhalb des Airbus-Konsortiums den deutschen Anteil des Airbus-Programms. Dieses umfaßt auch die Endmontage der Airbus-Typen A321 und A319 in Hamburg.

Die vom Airbus-Konsortium gebildete Gesellschaft, Airbus Industrie G.I.E., ist verantwortlich für Verkauf, Marketing und Produktunterstützung für alle Airbus-Flugzeuge. Dasa hält mittelbar einen Anteil von 37,9% an Airbus Industrie G.I.E.

Im Geschäftsbereich Militärflugzeuge sind die Kapazitäten und Fähigkeiten des Konzerns zur Entwicklung, Produktion und Betreuung von Kampf- sowie von militärischen Transport- und Missionsflugzeugen zusammengefaßt. Zu den Arbeitsfeldern zählen auch flugzeuggestützte Aufklärungs- und Führungssysteme, Schulflugzeuge und Trainingssysteme.

Der Geschäftsbereich Raumfahrt Infrastruktur ist für Orbitalsysteme und deren Nutzung sowie für Träger und Antriebe verantwortlich. Schwerpunkte bilden die Beteiligungen an den Programmen Ariane und Columbus Orbital Facility für die internationalen Raumstationen.

Der Geschäftsbereich Satelliten entwickelt und produziert Satellitensysteme für Anwendungen in Wissenschaft, Erdbeobachtung und Kommunikation.

Im Geschäftsbereich Verteidigung und Zivile Systeme sind die Aktivitäten auf den Gebieten Verteidigungstechnik mit Schwerpunkten bei Verteidigungselektronik und Flugkörpersystemen sowie zivile Ausrüstungssysteme und Dienstleistungen zusammengefaßt. In diesem Bereich ist auch die Nortel Dasa Network Systems GmbH & Co. KG, ein Gemeinschaftsunternehmen mit Northern Telecom Inc., Kanada, tätig.

Die Geschäftsbereiche Satelliten sowie Verteidigung und Zivile Systeme werden über die Dornier GmbH geführt.

Im Geschäftsbereich Antriebe Luftfahrt entwickelt und fertigt die MTU München in Kooperation mit europäischen, amerikanischen und japanischen Partnern Triebwerke für zivile und militärische Flugzeuge und Hubschrauber sowie für stationäre Anwendungen.

**Umsatz\*) nach Geschäftsbereichen**

| in Mio. DM | 1997 | 1996 |
|---|---|---|
| Geschäftsfeld Luft- und Raumfahrt | 15.286 | 13.053 |
| Verkehrsflugzeuge und Hubschrauber | 5.970 | 4.603 |
| Verteidigung und Zivile Systeme | 2.841 | 2.712 |
| Antrieb Luftfahrt | 2.963 | 2.311 |
| Satelliten | 1.450 | 1.145 |
| Militärflugzeuge | 1.654 | 1.589 |
| Raumfahrt Infrastruktur | 1.105 | 1.012 |

\*) Umsatz Geschäftsfeld Luft- und Raumfahrt konsolidiert, Umsatz Geschäftsbereiche unkonsolidiert aus Sicht der jeweiligen Geschäftsbereichs.

### 1.2.4 Geschäftsfeld Dienstleistungen

Das Geschäftsfeld Dienstleistungen (debis) gliedert sich in die Geschäftsbereiche debis Finanzdienstleistungen/Versicherungen, debis IT Services, debis Telekommunikations- und Mediendienste, debis Handel und debis Immobilienmanagement.

Das Leistungsspektrum des Geschäftsbereichs debis Finanzdienstleistungen/Versicherungen umfaßt Finanzie-

rungen und Leasing in Europa, Nordamerika, Lateinamerika und Asien und steht insbesondere im Zusammenhang mit dem Verkauf der Produkte der Geschäftsfelder Personenwagen und Nutzfahrzeuge.

Der Geschäftsbereich debis IT Services wird über die debis Systemhaus GmbH geführt und ist in Deutschland der größte Anbieter von kompletten IT-Systemlösungen, der nicht an einen Hardware-Hersteller gebunden ist. Das Angebotsspektrum reicht von der Beratung über Software-Produkte, den Betrieb von Anwendersystemen und Rechenzentren bis zu Desktop-Services und Kommunikationsnetzen. Etwa 64 % des Umsatzes wird mit Kunden außerhalb des Daimler-Benz-Konzerns erwirtschaftet.

Die strategische Partnerschaft mit und die Beteiligung an Cap Gemini S.A. wurde 1997 aufgegeben, und gleichzeitig wurden die von Cap Gemini S.A. gehaltenen Anteile an der debis Systemhaus GmbH zurückerworben.

Die Aktivitäten des Geschäftsbereichs debis Telekommunikations- und Mediendienste bestehen im wesentlichen aus der debitel Kommunikationstechnik GmbH & Co. KG („debitel"), einem Gemeinschaftsunternehmen von debis und Metro Vermögensverwaltung GmbH & Co. KG. Seit Anfang des Jahres 1998 hat debitel sein Angebotsportfolio erfolgreich auf das Festnetz ausgeweitet.

Der Geschäftsbereich debis Handel unterstützt durch moderne Countertrade-Methoden Exporte in devisenschwache Länder und dient als Türöffner für weitergehende Projektgeschäfte.

Der Projektbereich debis Immobilienmanagement betreut das Daimler-Benz-Projekt Potsdamer Platz sowie eine Reihe weiterer Immobilien-Entwicklungs-Projekte.

Der Umsatz des Geschäftsfelds Dienstleistungen nach Geschäftsbereichen in den Jahren 1997 und 1996 gliedert sich wie folgt:

**Umsatz\*) nach Geschäftsbereichen**

| in Mio. DM | 1997 | 1996 |
|---|---|---|
| Geschäftsfeld Dienstleistungen | 15.498 | 13.143 |
| Finanzdienstleistungen/ Versicherungen | 9.533 | 8.316 |
| IT Services | 3.155 | 2.397 |
| Telekommunikations- und Mediendienste | 2.312 | 1.606 |
| Handel | 445 | 445 |
| Immobilienmanagement | 220 | 69 |

\*) Umsatz Geschäftsfeld Dienstleistungen konsolidiert, Umsatz Geschäftsbereiche unkonsolidiert aus Sicht des jeweiligen Geschäftsbereichs.