IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKUS BLECHNER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DAIMLER-BENZ AG, DAIMLERCHRYSLER AG, JURGEN E. SCHREMPP, ECKHARD CORDES, MANFRED GENTZ, JURGEN HUBBERT, MANFRED BISCHOFF, KURT LAUK, KLAUS MANGOLD, HEINER TROPITZSCH, KLAUS-DIETER VOHRINGER, DIETER ZETSCHE, and THOMAS SONNENBERG,<br><br>　　　　　　　　Defendants. | Civil Action No.: 04-CV-331 (JJF) |

## JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER

Pursuant to the Stipulation and Order docketed on February 1, 2005 (D.I. 50) requiring the parties to reach a scheduling agreement regarding Defendant DaimlerChrysler AG's Motion to Dismiss the Complaint, IT IS HEREBY STIPULATED AND AGREED, by and among the parties to this Action, that:

1.　Plaintiffs shall have until May 2, 2005 to file a response to the Motion of DaimlerChrysler AG to Dismiss the Complaint (D.I. 51).

2.　DaimlerChrysler AG shall have until June 2, 2005 to file a reply.

DATED: March 24, 2005

| MILBERG WEISS BERSHAD<br>& SCHULMAN LLP<br><br>By: _____<br>Seth D. Rigrodsky, Esq. (#3147)<br>Ralph Sianni, Esq. (#4151)<br>919 N. Market Street, Suite 411<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-0597<br>Facsimile: (302) 984-0870 | SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br><br>By: _____<br>Thomas J. Allingham II (#0476)<br>Robert S. Saunders (#3027)<br>One Rodney Square, P.O. Box 636<br>Wilmington, Delaware 19899<br>Telephone: (302) 651-3000<br>Facsimile: (302) 651-3001 |

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
David A.P. Brower, Esq.
Ann Lipton, Esq.
One Pennsylvania Plaza – 49th Floor
New York, NY  10119-1065
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

**SCHIFFRIN & BARROWAY, LLP**
Katharine Ryan, Esq.
John Kehoe, Esq.
Ian Berg, Esq.
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**SEEGER WEISS, LLP**
David Buchanan, Esq.
Eric T. Chaffin, Esq.
One William Street
New York, New York 10004
Telephone: (212) 584-0700
Facsimile (212) 584-0799

*Plaintiffs' Co-Lead Counsel*

**SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP**
Jonathan J. Lerner
Lea Haber Kuck
Joseph N. Sacca
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendant
DaimlerChrysler AG*

IT IS SO ORDERED

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE