## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, do hereby certify that on May 2, 2005, I electronically filed PLAINTIFFS' BRIEF IN OPPOSITION TO THE MOTION OF DAIMLERCHRYSLER AG AND DAIMLER-BENZ AG TO DISMISS THE COMPLAINT with the Clerk of Court using CM/ECF which will send notification of such filings to the following:

> Thomas J. Allingham II
> Robert S. Saunders
> **SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
> One Rodney Square
> PO Box 636
> Wilmington DE  198999
> (302) 651-3000
> Tallingh@skadden.com
> rsaunder@skadden.com

> /s/ Ralph N. Sianni
> Ralph N. Sianni (DSBA # 4151)
> MILBERG WEISS BERSHAD & SCHULMAN, LLP
> 919 N. Market Street, Suite 411
> Wilmington, Delaware  19801
> Telephone: (302) 984-0597
> rsianni@milbergweiss.com