**CERTIFICATE OF SERVICE**

I, Ralph N. Sianni, do hereby certify that on May 2, 2005, I electronically filed COMPENDIUM OF UNREPORTED AUTHORITIES CITED IN PLAINTIFFS' BRIEF IN OPPOSITION TO THE MOTION OF DAIMLERCHRYSLER AG AND DAIMLER-BENZ AG TO DISMISS THE COMPLAINT, with the Clerk of Court using CM/ECF which will send notification of such filings to the following:

>Thomas J. Allingham II
>Robert S. Saunders
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
>One Rodney Square
>PO Box 636
>Wilmington DE  198999
>(302) 651-3000
>Tallingh@skadden.com
>rsaunder@skadden.com

>/s/ Ralph N. Sianni
>Ralph N. Sianni (DSBA # 4151)
>MILBERG WEISS BERSHAD & SCHULMAN, LLP
>919 N. Market Street, Suite 411
>Wilmington, Delaware  19801
>Telephone: (302) 984-0597
>rsianni@milbergweiss.com