IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKUS BLECHNER, CAPITAL INVEST, DIE KAPITALANLAGEGESELLSCHAFT DER BANK AUSTRIA CREDITANSTALT GRUPPE GmbH, and ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT, m.b.H., individually and on behalf of all others similarly situated, | : : : : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 04-331-JJF : |
| DAIMLER-BENZ AG, DAIMLER CHRYSLER AG, JURGEN E. SCHREMPP, ECKHARD CORDES, MANFRED GENTZ, JURGEN HUBBERT, MANFRED BISCHOFF, KURT LAUK, KLAUS MANGOLD, HEINER TROPITZCH, KLAUS-DIETER VOHRINGER, DIETER ZETSCHE, and THOMAS SONNENBERG, | : : : : : : : : |
| Defendants. | : |

**ORDER**

At Wilmington, the 24 day of January 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Motion Of Defendants DaimlerChrysler AG And Daimler-Benz AG To Dismiss The Complaint (D.I. 51) is **GRANTED**.

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE