NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

| | |
|---|---|
| **U.S. District Court for the District of Delaware** | CIRCUIT COURT DOCKET NUMBER: _____ |
| **FULL CAPTION IN DISTRICT COURT AS FOLLOWS:** | DISTRICT COURT DOCKET NUMBER: __04-cv-331-JJF__ |
| MARKUS BLECHNER, Individually and on Behalf of All Others Similarly Situated, | DISTRICT COURT JUDGE: __Judge Joseph J. Farnan, Jr.__ |

Plaintiff,

vs.

DAIMLER-BENZ AG, DAIMLERCHRYSLER AG,
JURGEN E. SCHREMPP, ECKHARD CORDES,
MANFRED GENTZ, JURGEN HUBBERT,
MANFRED BISCHOFF, KURT LAUK, KLAUS MANGOLD,
HEINER TROPITZSCH, KLAUS-DIETER VOHRINGER,
DIETER ZETSCHE and THOMAS SONNENBERG,

Defendants.

Notice is hereby given that __Capital Invest, die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe GmbH, Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., Markus Blechner__
(Named Party(ies))

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

_____

entered in this action on _____January 24, 2006_____

Dated: February 17, 2006

_/s/ Seth Rigrodsky_
(Counsel for Appellant-Signature)

__Seth D. Rigrodsky__                    __Thomas J. Allingham II and Robert S. Saunders__

| | |
|---|---|
| **MILBERG WEISS BERSHAD & SCHULMAN LLP** | **SKADDEN ARPS SLATE MEAGHER &FLOM LLP** |
| (Name of Counsel) | (Counsel for Appellee) |
| | |
| 919 North Market Street, Suite 980 | One Rodney Square, PO Box 636 |
| (Address) | (Address) |
| | |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (City, State Zip) | (City, State Zip) |
| | |
| (302) 984-0597 | (302) 651-3000 |
| (Telephone Number) | (Telephone Number) |

## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, do hereby certify that on February 17, 2006, I electronically filed Plaintiff-Appellant's Notice of Appeal with the Clerk of Court using CM/ECF which will send notification of such filings to the following:

>Thomas J. Allingham II
>Robert S. Saunders
>**SKADDEN, ARPS, SLATE, MEAGHER,**
>   **& FLOM LLP**
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899
>Tel: (302) 651-3000
>tallingh@skadden.com
>rsaunder@skadden.com

>/s/ Ralph N. Sianni  (DSBA #4151)
>Ralph N. Sianni  (DSBA #4151)