IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARKUS BLECHNER, CAPITAL INVEST, :
DIE KAPITALANLAGEGESELLSCHAFT DER :
BANK AUSTRIA CREDITANSTALT GRUPPE :
GmbH, and ERSTE-SPARINVEST :
KAPITALANLAGEGESELLSCHAFT, m.b.H., :
individually and on behalf of all :
others similarly situated, :
:
    Plaintiffs, :
:
  v. :Civil Action No. 04-331-JJF
:
DAIMLER-BENZ AG, DAIMLER CHRYSLER :
AG, JURGEN E. SCHREMPP, ECKHARD :
CORDES, MANFRED GENTZ, JURGEN :
HUBBERT, MANFRED BISCHOFF, KURT :
LAUK, KLAUS MANGOLD, HEINER :
TROPITZCH, KLAUS-DIETER VOHRINGER, :
DIETER ZETSCHE, and THOMAS :
SONNENBERG, :
:
    Defendants. :

### ORDER

WHEREAS, the Court signed a Stipulation And Order Regarding Service (D.I. 50) on January 31, 2005;

WHEREAS, the Stipulation provided that Plaintiffs would take no further action to attempt service of process of the Summons and Complaint upon the Individual Defendants until the later of (i) denial, in whole or in part, of the Motion Of Defendants DaimlerChysler AG And Daimler-Benz AG To Dismiss The Complaint (D.I. 61), or (ii) the resolution of an appeal in an action pending before the Constitutional Court in Germany;

WHEREAS, on January 24, 2006 the Court granted the Motion Of Defendants DaimlerChysler AG And Daimler-Benz AG To Dismiss The Complaint (D.I. 61);

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiffs shall submit a letter to the Court by **April 7, 2006**, indicating (1) whether they intend to proceed against the Individual Defendants and (2) if so, the status of service as to the Individual Defendants.

March 22, 2006

_____
UNITED STATES DISTRICT JUDGE