

**MILBERG WEISS**

Seth D. Rigrodsky
Direct Dial: 302-984-3208 (DE)
          212-631-8679 (NY)
srigrodsky@milbergweiss.com

April 7, 2006

VIA E-FILE

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street, Room 4124
Wilmington, DE 19801

      Re:    Blechner v. Daimler-Benz AG, et al.
              Civil Action No. 04-CV-331 (JJF)

Dear Judge Farnan:

      I write on behalf of Plaintiffs in the above-referenced class action in response to the Court's Order dated March 22, 2006, whereby the Court ordered Plaintiffs to submit a letter discussing whether they intend to proceed against the Individual Defendants.

      Plaintiffs do not intend to prosecute their claims against the Individual Defendants until such time as the Third Circuit Court of Appeals resolves the pending appeal in *In re DaimlerChrysler AG Sec. Litig.*, Docket No. 05-2363 (3d Cir.). Counsel for Daimler-Benz AG and DaimlerChrysler AG do not oppose proceeding in this matter. As the Court is aware, the Individual Defendants have not yet been served and consequently no counsel has entered an appearance on their behalf.

      If this manner of proceeding is acceptable to the Court, the parties will submit an appropriate form of Stipulation and Proposed Order for the Court's consideration.

**Milberg Weiss Bershad & Schulman LLP**
919 North Market Street, Suite 980 ·Wilmington, DE 19801 ·(302) 984-0597 ·Fax: (302) 984-0870 · www.milbergweiss.com
NEW YORK   BOCA RATON   WILMINGTON   WASHINGTON, D.C.   LOS ANGELES

The Hon. Joseph J. Farnan, Jr.
April 7, 2006
Page 2

      The parties are available at the Court's convenience if the Court has any questions about this matter.

Respectfully yours,

Seth D. Rigrodsky
(Del. Bar ID #3147)

SDR/nrw
cc:    David A. Brower, Esq.
        Jonathan J. Lerner, Esq.
        Lea H. Kuck, Esq.

**Milberg Weiss Bershad & Schulman LLP**