# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

April 19, 2006

Seth D. Rigrodsky
Milberg Weiss Bershad & Schulman LLP
919 North Market Street, Suite 980
Wilmington, Delaware 19801

Gary F. Traynor
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, Delaware 19899

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899

RE: Blechner v. Daimler-Benz AG, et al.
Civil Action No. 04-CV-331 JJF

Dear Counsel:

The Court is in receipt of Plaintiff's April 7, 2006 letter discussing how Plaintiff intends to proceed against the Individual Defendants. (D.I. 66). The manner of proceeding outlined in the letter is acceptable to the Court; however, to the extent that the Individual Defendants are not a party to the contemplated stipulation, the Court is not making any decision on issues that may be raised by the Individual Defendants once served.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr: kbc
Enclosure
cc: Clerk, U.S. District Court