IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARKUS BLECHNER, Individually :
and on Behalf of All Others :
Similarly Situated, :
         :
  Plaintiffs,   :
         :
  v.      : Civil Action No. 04-331-JJF
         :
DAIMLER-BENZ AG, et al., :
         :
  Defendants.  :

## <u>O R D E R</u>

WHEREAS, by letter (D.I. 66), counsel for Plaintiffs advised the Court that they intend to proceed against the Individual Defendants after the Third Circuit Court of Appeals resolves the pending appeal, <u>In re: DamilerChrysler AG Sec. Litig.</u>, Docket No. 05-2363;

WHEREAS, by letter (D. I. 67), the Court advised counsel that the manner of proceeding outlined in their letter was acceptable;

WHEREAS, in September 2007, the Third Circuit Court of Appeals issued an Order resolving the appeal cited in Plaintiffs' letter

WHEREAS, Federal Rule of Civil Procedure 4(m) provides for dismissal based on a failure to effectuate service;

WHEREAS, eight months have passed since resolution of the appeal, and to date Plaintiffs have failed to effectuate service on the Individual Defendants;

WHEREAS, no further activity has occurred in this case and Plaintiffs have not provided the Court with cause for the

inactivity;

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned case is **DISMISSED**.

August 7, 2008
DATE

UNITED STATES DISTRICT JUDGE